UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 28  P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

| Douglas Dynamics, LLC, d/b/a/ Western Products, |
|---|
| Plaintiff, |
| v. |
| B&P SUPPLY, INC., |
| Defendant |

CIVIL ACTION
Docket No:

**04 cv 11467 RCL**

MAGISTRATE JUDGE _Collings_

## COMPLAINT

Plaintiff Douglas Dynamics, LLC d/b/a Western Products hereby complains against Defendant B& P Supply, Inc. as follows:

### PARTIES

1. Plaintiff Douglas Dynamics, LLC, d/b/a Western Products ("Western") is a Limited Liability Company formed under the laws of the State of Delaware, with its principal place of business in Milwaukee, Wisconsin.

2. Defendant B&P Supply, Inc. ("B&P") is a Massachusetts corporation with a principal place of business in Pittsfield, Berkshire County, Commonwealth of Massachusetts.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as this action is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

4. Venue lies in this district pursuant to 28 U.S.C. § 1391(a) and (b) because B&P's primary place of business in located in this district and because a substantial part of the events giving rise to this action occurred in this district.

{W0241000.1}

## COUNT I - BREACH OF CONTRACT

5. Western manufactures and sells snow and ice removal equipment and accessories such as snowplows and snowplow assemblies.

6. B&P is a distributor that purchases snow and ice removal equipment and accessories from Western for resale to consumers.

7. During the period from November 2003 through March 2004, Western sold and delivered to B&P, and B&P purchased and accepted from Western, snow and ice removal equipment and accessories with a sales price of $118,727.12.

8. A true and accurate copy of B&P's statement of account as of May 22, 2004 is attached hereto as Exhibit A.

9. The terms of sale governing the purchases made by B&P required payment in full within 30 days of the invoice date, and further provided for a 1.5% service charge per month on amounts overdue and unpaid.

10. Despite repeated demands by Western that B&P make payment on the outstanding invoices, B&P has failed and refused, and continues to fail and refuse, to make such payment to Western.

11. As of May 22, 2004, approximately $3,349.95 of unpaid interest has accrued with respect to the amounts overdue and unpaid by B&P.

12. Pursuant to the terms of sale that governed the purchases made by B&P, interest continues to accrue on the amount of $118,727.12 at the rate of 1.5% per month.

13. B&P has breached its agreement with Western for purchase of the snow and ice removal equipment and accessories by failing and refusing to make payment to Western of the outstanding amounts due.

14. Western has been damaged by B&P's breach of the agreement.

WHEREFORE, Western requests that this Court enter judgment in its favor against B&P in the amount of $122,077.07 plus interest on and after May 22, 2004 at the rate of 1.5% per month on the amount of $118,727.12, plus costs of suit and interest permitted by statute, and for such other and further relief as the Court deems appropriate.

## COUNT II – ACTION ON THE PRICE

15. Western repeats and realleges each and every allegation contained in paragraphs 1 through 14 of this Complaint as though fully set forth herein.

16. The sales of Western's snow and ice removal equipment and accessories to B&P were sales of goods within the meaning of Article 2 of the Uniform Commercial Code in effect in both Massachusetts and Wisconsin. *See* M.G.L.A. 106 § 2-105 (2003); Wis. Stat. § 402.105 (2003).

17. The price of the goods that Western sold and delivered to B&P, and which B&P purchased and accepted from Western, totals $118,727.12.

18. To date, B&P has failed and refused to make payment to Western on the amount due.

19. As of May 22, 2004, approximately $3,349.95 of unpaid interest has accrued with respect to the amounts overdue and unpaid by B&P.

20. Pursuant to the terms of sale that governed the purchases made by B&P, interest continues to accrue on the amount of $118,727.12 at the rate of 1.5% per month.

21. Pursuant to Uniform Commercial Code, Western is entitled to recover the price of the goods accepted by B&P, together with incidental damages. *See* M.G.L.A. 106 §§ 2-109, 2-710 and Wis. Stat. §§ 402.709, 402.710.

WHEREFORE, Western requests that this Court enter judgment in its favor against B&P in the amount of $122,077.07 plus interest on and after May 22, 2004 at the rate of 1.5% per month on the amount of $118,727.12, plus costs of suit and interest permitted by statute, and for such other and further relief as the Court deems appropriate.

Dated: June 24, 2004

_____
Christopher R. Drury, Mass. Bar No. 181400
cdrury@pierceatwood.com

Jeffrey M. White, Maine Bar No. 1287
jwhite@pierceatwood.com

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
207-791-1100

*Attorneys for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products*

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DOUGLAS DYNAMICS, LLC D/B/A WESTERN PRODUCTS

## DEFENDANTS
B&P SUPPLY, INC.

(b) County of Residence of First Listed Plaintiff **MILWAUKEE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **BERKSHIRE**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher R. Drury, Esq.
Pierce Atwood
One Monument Square
Portland, Maine 04101 (207) 791-1100

Attorneys (If Known)

04CV 11467 RCL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIW C/DIW W (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Breach of contract action on the price MGLA 106 Sections 2-109, Wis. Stat. Sec. 402.709

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $122,104.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Douglas Dynamics, LLC d/b/a Western Products v. B&P Supply__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☑ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

   **04 CV 11467 RCL**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ☑

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Christopher R. Drury, Esq.__
ADDRESS __Pierce Atwood, One Monument Square, Portland, Maine 04101__
TELEPHONE NO. __(207) 791-1100__

(Coversheetlocal.wpd - 10/17/02)