UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Douglas Dynamics, LLC, d/b/a/ Western
Products,

                    Plaintiff,

        v.

B&P SUPPLY, INC.,

                    Defendant

CIVIL ACTION
Docket No:

**04 ᶜᵛ 1 1 4 6 7 RCL**

### PLAINTIFF DOUGLAS DYNAMICS, LLC d/b/a WESTERN PRODUCTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff

Douglas Dynamics, LLC d/b/a Western Products states that it is a single member limited liability

company owned by Douglas Dynamics Holdings, Inc.

Dated: June 24, 2004

_____
Christopher R. Drury, Mass. Bar No. 181400
cdrury@pierceatwood.com

Jeffrey M. White, Maine Bar No. 1287
jwhite@pierceatwood.com

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
207-791-1100

*Attorneys for Plaintiff Douglas Dynamics, LLC
d/b/a/ Western Products*

{W0251937.1}