# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

Douglas Dynamics, LLC, d/b/a Western Products

**SUMMONS IN A CIVIL CASE**

V.

B&P Supply, Inc.

CASE NUMBER:

04 11467 RCL

TO: (Name and address of Defendant)

B&P Supply, Inc.
260 Columbus Avenue
Pittsfield, MA 01201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Drury, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841

**Berkshire, ss.**

July 19, 2004

I hereby certify and return that on 7/15/2004 at 9:20AM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by delivering in hand to Carl Dawson, Manager, for Peter Dus, d/b/a B&P Supply, Inc. at 260 Columbus Avenue, Pittsfield, MA 01201. Attestation ($5.00), Conveyance ($1.50), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $60.20

Deputy Sheriff, Antonio J. Marcella

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.