UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS DYNAMICS, LLC, d/b/a )
WESTERN PRODUCTS, )
                Plaintiff )
                 )
v. )   CIVIL ACTION
                 )   Docket No.04CV11467RCL
B&P SUPPLY, INC., )
                Defendant )
                 )

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as attorney for Defendant, B&P Supply, Inc., in the above-entitled action.

Lanny M. Zuckerman
29 Wendell Avenue
Pittsfield, MA  01201
(413) 447-9619
MA BBO #541260

Attorney for Defendant B&P Supply, Inc.

Dated: August 3. 2004

C:\lotus\wordpro\Misc\B&PSupply\Appearance