UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS DYNAMICS, LLC, d/b/a WESTERN PRODUCTS,<br>  Plaintiff<br><br>v.<br><br>B&P SUPPLY, INC.,<br>  Defendant | CIVIL ACTION<br>Docket No.04CV11467RCL |

## MOTION FOR EXTENSION OF TIME

Now comes the Defendant, B&P Supply, Inc., and moves that the time for filing a responsive pleading to the Complaint be extended to and including September 3, 2004. Plaintiff's attorney has advised the undersigned that this motion is assented to.

_____
Lanny M. Zuckerman
29 Wendell Avenue
Pittsfield, MA  01201
(413) 447-9619
MA BBO #541260

Attorney for Defendant B&P Supply, Inc.

Dated:  August 3. 2004