

**PIERCE ATWOOD**
———LLP———
*ATTORNEYS AT LAW*

Christopher R. Drury

One Monument Square
Portland, ME 04101

207-791-1135 voice
207-791-1350 fax
cdrury@pierceatwood.com
www.pierceatwood.com

*Admitted in:* MA, ME

October 7, 2004

Tony Anastas, Clerk of Court
U.S. District Court
District of Massachusetts
John Joseph Moakly U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:   *Douglas Dynamics, LLC, d/b/a Western Products v. B&P Supply, Inc.*
      CV –04CV11467RCL

Dear Mr. Anastas:

This letter will advise that Plaintiff Western Products does not object to an extension of time within which B&P Supply, Inc. may answer the complaint to and including October 17, 2004. If B&P Supply, Inc. has not filed a response by that date, we will request the entry of a default.

Thank you for your attention to this matter.

Very truly yours,

Christopher R. Drury
CRD/kq


cc:   Harris Aaronson, Esq.