UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS DYNAMICS, LLC, d/b/a ) <br> WESTERN PRODUCTS, ) <br>              Plaintiff ) <br> ) <br> v. ) <br> ) <br> B&P SUPPLY, INC., ) <br>              Defendant ) <br> ) | CIVIL ACTION <br> Docket No.04CV11467RCL |

## MOTION FOR EXTENSION OF TIME

Now comes the Defendant, B&P Supply, Inc., and moves that the time for filing a responsive pleading to the Complaint be extended to and including November 15, 2004. Plaintiff's attorney has advised the undersigned that this motion is assented to.

_____
Lanny M. Zuckerman
29 Wendell Avenue
Pittsfield, MA  01201
(413) 447-9619
MA BBO #541260

Attorney for Defendant B&P Supply, Inc.

Dated:  October 20, 2004

C:\lotus\wordpro\Misc\B&PSupply\Motion