UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a/ Western Products,<br><br>                    Plaintiff,<br><br>v.<br><br>B&P SUPPLY, INC.,<br><br>                    Defendant | CIVIL ACTION<br>Docket No: 04-cv-11467 |

**PLAINTIFF DOUGLAS DYNAMICS, LLC d/b/a WESTERN PRODUCTS'
OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Plaintiff Douglas Dynamics, LLC d/b/a Western Products ("Western") hereby opposes Defendant B&P Supply, Inc.'s ("B&P's") Motion for Extension of Time. As grounds therefore, Western states as follows:

On or about June 24, 2004, Western filed a Complaint against B&P seeking damages for breach of contract. (*See* Complaint; docket entry No. 1.) B&P was served with the Summons and a copy of the Complaint on or about July 15, 2004. (*See* docket entry No. 3.) After B&P was served with a copy of the Complaint, counsel for B&P contacted counsel for Western to determine if the parties could resolve the dispute before B&P had to file an Answer to the Complaint. In light of the settlement discussions between Western and B&P, Western assented to a motion by B&P to extend the deadline for filing an Answer to September 3, 2004, which motion this Court granted on August 5, 2004. (*See* Order granting docket entry No. 5.) Western and B&P continued to work towards settling the dispute; however, despite their efforts, they were not able to reach an agreement before the September 3, 2004 deadline.

Although B&P did not file an Answer to the Complaint, by letter dated October 7, 2004, Western informed the Court and counsel for B&P that it would not object to extending the

{W0285477.1}

deadline for answering the Complaint to October 17, 2004. (*See* docket entry No. 6.) Western made it clear in that letter that it would request the entry of a default judgment against B&P if B&P did not file an Answer by October 17, 2004. *Id.* B&P did not file an Answer by October 17, 2004 - instead, B&P filed a motion to extend the deadline for responding to the Complaint to November 15, 2004. Western has filed a motion requesting the Court to enter a default judgment against B&P for failing to file an Answer to the Complaint and therefore, Western opposes B&P's motion for extension of time.

Dated: October 25, 2004

/s/ Christopher R. Drury
Christopher R. Drury, Mass. Bar No. 181400
cdrury@pierceatwood.com

Jeffrey M. White, Maine Bar No. 1287
jwhite@pierceatwood.com

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
207-791-1100

*Attorneys for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2004, I electronically filed <u>Plaintiff Douglas Dynamics, LLC d/b/a Western Products' Opposition To Defendant's Motion For Extension Of Time</u> with the Clerk of Court using the CM/ECF system. I also served a copy of the same, via First-Class Mail, postage prepaid, upon the following:

> Lanny M. Zuckerman, Esq.
> 29 Wendell Ave.
> Pittsfield, MA 01201

> /s/  Christopher R. Drury
> Christopher R. Drury
> cdrury@piercatwood.com
>
> PIERCE ATWOOD LLP
> One Monument Square
> Portland, ME   04101
> (207) 791-1100
>
> *Attorney for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products*

{W0285477.1}                     3