UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a/ Western Products,<br><br>                    Plaintiff,<br><br>     v.<br><br>B&P SUPPLY, INC.,<br><br>                    Defendant | CIVIL ACTION<br>Docket No: 04-cv-11467 |

**DECLARATION OF ROBERT J. YOUNG IN SUPPORT OF PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

I, Robert J, Young, under pains and penalty of law, hereby declare that the following is true based upon my own knowledge:

1.  I am the Controller of Plaintiff Douglas Dynamics, LLC, d/b/a/ Western Products ("Western"), a Limited Liability Company formed under the laws of the State of Delaware, with its principal place of business in Milwaukee, Wisconsin.

2.  I make this declaration in support of Western's motion for default judgment against Defendant B&P Supply, Inc. ("B&P").

3.  Western manufactures and sells snow and ice removal equipment and accessories such as snowplows and snowplow assemblies.

4.  B&P is a retail distributor that purchased snow and ice removal equipment and accessories from Western for resale to consumers.

5.  From November 2003 through March 2004, Western sold and delivered to B&P, and B&P purchased and accepted from Western, snow and ice removal equipment and accessories with a sales price of $118,727.12.

6.      A true and accurate copy of B&P's statement of account as of May 22, 2004 is attached Exhibit A to the Complaint filed with the United States District Court for the District of Massachusetts on or about June 24, 2004.

7.      The terms of sale governing the purchases made by B&P required payment in full within 30 days of the invoice date, and further provided for a 1.5% service charge per month on amounts overdue and unpaid.

8.      Western made repeated demands to B&P to make payment on the outstanding invoices, yet B&P failed and refused to make any such payment to Western.

9.      As of October 22, 2004, approximately $13,674.55 of unpaid interest has accrued with respect to the amounts overdue and unpaid by B&P.  As of October 22, 2004, the total amount that B&P owes to Western is $132,401.67.


DATED: October 25, 2004

                                        /s/ Robert J. Young
                                        Robert J. Young

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2004, I electronically filed <u>Declaration of Robert J. Young in Support of Plaintiff's Motion for Default Judgment</u> with the Clerk of Court using the CM/ECF system. I also served a copy of the same, via First-Class Mail, postage prepaid, upon the following:

Lanny M. Zuckerman, Esq.
29 Wendell Ave.
Pittsfield, MA 01201


/s/  Christopher R. Drury
Christopher R. Drury
cdrury@piercatwood.com

PIERCE ATWOOD LLP
One Monument Square
Portland, ME   04101
(207) 791-1100

*Attorney for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products*