# LANNY M. ZUCKERMAN
ATTORNEY AT LAW

29 WENDELL AVENUE
PITTSFIELD, MA 01201
TEL (413) 447-9619
FAX (413) 447-1629

FILED
IN CLERKS OFFICE
2004 OCT 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

October 25, 2004

**Via Federal Express #8464 7345 4847**

United States District Court
District of Massachusetts
Attn.: Docket Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Douglas Dynamics, LLL d/b/a Western Products V. B&P Supply, Inc.
      Civil Action Docket No. 04CV11467RCL

Dear Sir/Madam:

I am writing to advise the court that I was in error in stating that the Motion for Extension of Time that I filed on behalf of the Defendant had been assented to by Plaintiff's attorney. There have been ongoing settlement negotiations between the parties, involving another attorney's office in addition to my own, and through miscommunication I was given to understand that the extension was agreed upon. I apologize for the misunderstanding.

Very truly yours,

Lanny M. Zuckerman

LMZ:ck

cc:   Christopher R. Drury, Esq.
      Aaronson & Lucido, P.C.

C:\lotus\wordpro\Misc\B&PSupply\Courtltr3