UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOUGLAS DYNAMICS, L.L.C., D/B/A<br>WESTERN PRODUCTS,<br><br>        Plaintiff<br>v.<br><br>B&P SUPPLY, INC.<br><br>        Defendant | CIVIL ACTION<br>Docket No: 04-cv-11467 *RCL* |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL DOCUMENTS

I, Paul B. Sherr, Esq., hereby enter my appearance in this matter as attorney for the defendant, B&P Supply, Inc. I am with the office of Aaronson & Lucido, P.C., 57 Wendell Avenue, Pittsfield, MA 01201, (413) 499-1200. I have taken over responsibility of this matter from Lanny Zuckerman, Esq.

I hereby request that henceforth, copies of <u>all</u> documents required by the Federal Rules of Civil Procedure be forwarded to my attention at the above address.

Respectfully Submitted,

Dated: November 24, 2004

_____
Paul B. Sherr, Esq.
B.B.O.# 637050
AARONSON & LUCIDO, P.C.
57 Wendell Avenue
Pittsfield, MA 01201
(413) 499-1200
(413) 499-9838 fax