UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS DYNAMICS, L.L.C., D/B/A WESTERN PRODUCTS,<br><br>          Plaintiff<br>v.<br><br>B&P SUPPLY, INC.<br><br>          Defendant | CIVIL ACTION<br>Docket No: 04-cv-11467 REL |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee of Paul B. Sherr, Esq., Aaronson & Lucido, P.C. and is a person of such age and discretion as to be competent to serve papers.

That on November 24, 2004, she served a copy of the following: **ANSWER** and **APPEARANCE** by placing same in an envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is last known addresses, and by depositing said envelopes and contents in the United States Mail at Pittsfield, Massachusetts 01201.

Addressees:

Christopher R. Drury, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101

Lanny M. Zuckerman, Esq.
29 Wendell Avenue
Pittsfield, MA 01201

_____
Lynn M. Field
Legal Secretary