UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS DYNAMICS, LLC, d/b/a/ WESTERN PRODUCTS,<br>　　　　　　Plaintiff,<br><br>v.<br><br>B & P SUPPLY, INC.,<br>　　　　　　Defendant | CIVIL ACTION<br>DOCKET NO:<br>04-cv-11467 RCL |

## ENTRY OF APPEARANCE

PLEASE ENTER my appearance as Attorney on behalf of B & P Supply, Inc., in connection with the above-entitled matter.

Dated: December 23, 2004

Respectfully submitted,

_____
Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
B.B.O. # 241040

## CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr., hereby certify that I have served the within Entry Of Appearance, by mailing same by first class mail, postage prepaid to:

1. Attorney for the Plaintiff,
   Christopher R. Drury, Esq.
   Pierce Atwood
   One Monument Square,
   Portland, ME 04101

2. Lanny M. Zuckerman, Esq.
   29 Wendell Avenue
   Pittsfield, MA 01201

3. Paul B. Sherr, Esq.
   Aaronson & Lucido, P.C.
   57 Wendell Avenue
   Pittsfield, MA 01201


Dated: December 23, 2004

_____
Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
B.B.O. # 241040