UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS DYNAMICS, L.L.C., D/B/A WESTERN PRODUCTS,<br><br>Plaintiff<br><br>v.<br><br>B&P SUPPLY, INC.<br><br>Defendant | CIVIL ACTION<br>Docket No: 04-cv-1.467 |

## NOTICE OF DIS-APPEARANCE

I, Paul B. Sherr, Esq., hereby enter my Dis-Appearance in this matter as attorney for the defendant, B&P Supply, Inc. I am with the office of Aaronson & Lucido, P.C., 57 Wendell Avenue, Pittsfield, MA 01201, (413) 499-1200. I have learned that attorney Jack E. Houghton, Jr., 78 Bartlett Ave., Pittsfield, MA 01201 has filed an Appearance in this matter.

Respectfully Submitted,

[signature]

Dated: December 23, 2004

Paul B. Sherr, Esq.
B.B.O.# 637050
AARONSON & LUCIDO, P.C.
57 Wendell Avenue
Pittsfield, MA 01201
(413) 499-1200
(413) 499-9838 fax

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS DYNAMICS, L.L.C., D/B/A WESTERN PRODUCTS,<br><br>        Plaintiff<br><br>v.<br><br>B&P SUPPLY, INC.<br><br>        Defendant | CIVIL ACTION<br>Docket No: 04-cv-1.467 |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee of Paul B. Sherr, Esq., Aaronson & Lucido, P.C. and is a person of such age and discretion as to be competent to serve papers, and that on December 23, 2004, she served a copy of the following: **DIS-APPEARANCE** by placing same in an envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is last known addresses, and by depositing said envelopes and contents in the United States Mail at Pittsfield, Massachusetts 01201.

Jack E. Houghton, Jr.
78 Bartlett Ave.
Pittsfield, MA 01201

Christopher R. Drury, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101

Lanny M. Zuckerman, Esq.
29 Wendell Avenue
Pittsfield, MA 01201

*/s/ Lynn M. Field*
Lynn M. Field
Legal Secretary