UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil Action No. 04 - 11467

Title: Douglas Dynamics, LLC v. B+P Supply, Inc.

**NOTICE**

Please take notice that the above entitled civil matter was inadvertently assigned to Judge Lindsay at case opening and should have been assigned to Judge Neiman. The case has now been reassigned to Judge Neiman for all further proceedings. From this date forward the number on all pleadings should be followed by the initials KPN.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By: Don Stanhope
Deputy Clerk

Date: 1/7/05

Copies to:   Counsel

(Notice of Transfer - Error.wpd - 12/98)

[ntccsasgn.]