# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:  Civil / Criminal No._**3: 04-CV-11467-KPN**_____

   Title:_ DOUGLAS DYNAMICS, LLC, V. B & P SUPPLY,  INC._____

## <u>NOTICE</u>

Please take notice that the above-entitled case previously assigned to Judge **Reginald C.**

**Lindsay** has been transferred to Judge **Kenneth P. Neiman**  for all further proceedings. From

this date forward the number on all pleadings should be followed by the letter (s) **KPN**. In

addition, please ensure that all future correspondence with the Clerk's Office has the proper

number and letter on the lower left hand corner of the envelope, as well on the correspondence or

pleading being filed.

   Thank you for your cooperation in this matter.

                                   **Tony Anastas, Clerk**

                              **By**: /s/ *Maurice G. Lindsay*____
                                   **Deputy Clerk**

**Date:** January 11, 2005___

__X__        Please **NOTE** that the above case has been transferred to the Western Section in
            Springfield. All future filings should be made at the Clerk's Office, **U.S.**
            **District Court,** Federal Building & Courthouse, 1550 Main Street, Springfield,
             MA 01103.

_____        Please **NOTE** that the above case has been transferred to the Central Section in
            Worcester. All future filings should be made at the Clerk's Office, **U.S. District**
            **Court,** Donohue Federal Bldg, 595 Main Street, Worcester, MA 01608

Copies to: Counsel, Systems Administrator