UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a/ Western Products,<br><br>            Plaintiff,<br><br>     v.<br><br>B&P SUPPLY, INC.,<br><br>            Defendant | CIVIL ACTION<br>Docket No: 04-cv-11467-MAP |

**PLAINTIFF WESTERN PRODUCTS' ANSWER
TO DEFENDANT'S COUNTERCLAIM**

Plaintiff Douglas Dynamics, LLC d/b/a Western Products ("Western") hereby answers Defendant B&P Supply, Inc.'s ("B&P's") Counterclaim as follows:

COUNT I

1.     Western is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of B&P's Counterclaim.

2.     Western admits the allegations contained in Paragraph 2 of B&P's Counterclaim.

3.     Western admits the allegations contained in Paragraph 3 of B&P's Counterclaim.

4.     Western admits that B&P is in the business of selling snow and ice removal equipment.  Western is without knowledge or information sufficient to form a belief as to the truth of the allegation that B&P sells snow and ice removal equipment throughout the Western New England – Eastern New York area and so denies the remaining allegations contained in Paragraph 4 of B&P's Counterclaim.

5.     Western admits that B&P has purchased snow and ice removal equipment and accessories from Western for resale to consumers since July 1982 and denies the remaining allegations contained in Paragraph 5 of B&P's Counterclaim.

6. Western is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of B&P's Counterclaim.

7. Western denies the allegations contained in Paragraph 7 of B&P's Counterclaim.

8. Western denies the allegations contained in Paragraph 8 of B&P's Counterclaim.

9. Western denies the allegations contained in Paragraph 9 of B&P's Counterclaim.

10. Western denies the allegations contained in Paragraph 10 of B&P's Counterclaim.

11. Western denies the allegations contained in Paragraph 11 of B&P's Counterclaim.

WHEREFORE, Western respectfully requests that this Court enter judgment in its favor against B&P on its Counterclaim and award such other and further relief as the Court deems just and appropriate.

## COUNT II

12. Western repeats and restates its answers to the allegations contained in paragraphs 1 through 11 of B&P's Counterclaim as if fully set forth herein.

13. Western denies the allegations contained in Paragraph 13 of B&P's Counterclaim.

14. Western denies the allegations contained in Paragraph 14 of B&P's Counterclaim.

15. Western denies the allegations contained in Paragraph 15 of B&P's Counterclaim.

16. Western denies the allegations contained in Paragraph 16 of B&P's Counterclaim.

17. Western denies the allegations contained in Paragraph 17 of B&P's Counterclaim.

18. Western denies the allegations contained in Paragraph 18 of B&P's Counterclaim.

WHEREFORE, Western respectfully requests that this Court enter judgment in its favor against B&P on its Counterclaim and award such other and further relief as the Court deems just and appropriate.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

B&P's Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

B&P's equitable claims are barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

B&P's claims are barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

B&P's claims are barred by its own breach of contract.

### FIFTH AFFIRMATIVE DEFENSE

B&P failed to plead a cause of action for violations of 15 U.S.C. §§ 1 & 2 and M.G.L. c. 93 with sufficient particularity.

Dated: April 13, 2005

/s/ Christopher R. Drury
Christopher R. Drury, Mass. Bar No. 181400
cdrury@pierceatwood.com

Jeffrey M. White, Maine Bar No. 1287
jwhite@pierceatwood.com

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
207-791-1100

*Attorneys for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2005, I electronically filed <u>Western Products' Answer to Defendant's Counterclaim</u> with the Clerk of Court using the CM/ECF system. I also served a copy of the same, via First-Class Mail, postage prepaid, upon the following:

>Jack E. Houghton, Jr.
>78 Bartlett Avenue
>Pittsfield, MA 01201
>(413) 447-7385

>/s/ Christopher R. Drury
>Christopher R. Drury
>cdrury@piercatwood.com
>
>PIERCE ATWOOD LLP
>One Monument Square
>Portland, ME 04101
>(207) 791-1100
>
>*Attorney for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products*