UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a/ Western Products,<br><br>                    Plaintiff,<br><br>    v.<br><br>B&P SUPPLY, INC.,<br><br>                    Defendant | CIVIL ACTION<br>Docket No: 3:04-cv-11467-MAP |

**DECLARATION OF MICHAEL J. SCHAUT IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

I, Michael J. Schaut, under pains and penalty of law, hereby declare that the following is true based upon my own knowledge:

1.      I am the Controller of Plaintiff Douglas Dynamics, LLC, d/b/a/ Western Products ("Western"), a Limited Liability Company formed under the laws of the State of Delaware, with its principal place of business in Milwaukee, Wisconsin.

2.      I make this declaration in support of Western's opposition to Defendant B&P Supply, Inc.'s ("B&P") motion for summary judgment.

3.      I have reviewed Western's business records, with respect to the matters set forth in this affidavit, and I make this affidavit based on my personal knowledge of the contents of those business records.

4.      For over 50 years, Western has been in the business of manufacturing and selling snow and ice removal equipment and accessories such as snowplows and snowplow assemblies. Western typically sells its products through selected outlets, which are authorized to purchase products from Western for retail sale to the general public.  Western does not sell franchises.

5.      Selection as an outlet authorized to sell Western's products does not constitute the grant of a franchise or any other exclusive or special right to purchase or sell Western's products. Aside from the costs of the goods sold, Western does not charge its authorized outlets any franchise fee or other charges.

6.      B&P Supply, Inc. ("B&P") is a corporation that sells snow and ice removal equipment and accessories throughout Western New England and Eastern New York.  According to Western's records, in July 1982, Western orally agreed to allow B&P act as an authorized outlet for Western's products and to purchase products from Western for resale to consumers. Western and B&P never signed a written distributorship agreement.

7.      During the period from November 2003 through March 2004, Western sold and delivered to B&P, and B&P purchased and accepted from Western, snow and ice removal equipment and accessories with a total sales price of $118,727.12.  Western continued to sell products to B&P through March 2004, even though some of the invoices for the products B&P had purchased from Western remained unpaid for more than three months.  A true and accurate copy of B&P's statement of account as of June 30, 2005 is attached hereto as Exhibit A.

8.      In accordance with Western's Credit Policy, Western has assessed late fees on B&P's account from March 2004 through July 2005 at the rate of 1.5% per month.  As of July 15, 2005, approximately $29,171.10 of unpaid interest has accrued with respect to the amounts overdue and unpaid by B&P.

9.      Every time that B&P purchased products from Western, it would receive an invoice for the purchases.  True and accurate copies of the invoices for the purchases that B&P made during the period from November 2003 through March 2004 are attached hereto as Exhibit B.

10.    The bottom of the invoices for the purchases that B&P made from Western

clearly state:

> A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE
> ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.
>
> SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE
> WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF
> SECTION 12(A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR
> LABOR STANDARDS ACT OF 1938 AS AMENDED.
>
> ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY,
> WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED
> TO CUSTOMER.

11.    According to Western's records, since at least as early as 2002, Western has

provided B&P with copies of its Terms of Sale and Credit Policy on an annual basis.  True and

accurate copies of the Western's Terms of Sale and Credit Policy are attached hereto as Exhibit

C.

12.    Western reserves the right to sell to others and to decline to sell to an authorized

outlet for any reason, in Western's sole discretion, at any time.  For example, paragraph 2 of

Western's Terms of Sale is entitled "Products" and it provides as follows:

> You may produce [*sic*] those products authorized by us from time to time, and we
> reserve the right to discontinue, withdraw or limit the sale of any and all products,
> and to change the design and specifications of the products.

13.    In addition, paragraph 5 of Western's Terms of Sale is entitled "Nonexclusivity"

and it provides as follows:

> Although Western Products uses care in selecting its authorized outlets, you agree
> that your approval as an authorized outlet in no way constitutes the grant of a
> franchise or other exclusive or special right to purchase or sell Western Products'
> products.  There is no franchise fee or other charge to you, other than the costs of
> the goods sold to you.  We reserve the right to sell to others and to decline to sell
> to you for any reason or no reason, in our sole discretion, at any time.

14.     According to Western's records, from March 2004 through April 2004, employees at Western called B&P six times and demanded that B&P pay its outstanding invoices.  For example, Karen Gutknecht called Peter Dus at B&P on March 2, 2004, Robert Hannum called Peter Dus at B&P on March 8, 2004, Robert Young called Peter Dus at B&P on March 18, 2004, Dan Bousman and Robert Young called Peter Dus at B&P on March 22, 2004, Karen Gutknecht and Robert Young called Peter Dus at B&P on March 24, 2004, and Robert Hannum called Peter Dus at B&P on April 5, 2004.

15.     On April 13, 2004, Robert Young at Western sent a letter to Peter Dus at B&P and demanded that B&P pay its outstanding invoices.  A true and accurate copy of that letter is attached hereto as Exhibit D.  In the letter, Western offered to allow B&P to take a 1% cash discount on the past due invoices and waive the late fees that had accumulated, if B&P paid off the balance of its account within 10 days of receipt of the letter.  B&P did not accept Western's offer and refused to pay off its account.

16.     Despite Western's repeated demands to B&P to make payment on the outstanding invoices, B&P failed and refused to make any such payment to Western.  According to Western's records, B&P did not attempt to purchase any additional products from Western after April 9, 2004, and Western never refused to fill any order placed by B&P.

DATED: July 15, 2005

I DECLARE, PURSUANT TO 28 U.S.C. § 1746, UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT.

/s/ Michael J. Schaut
Michael J. Schaut

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2005, I electronically filed the **DECLARATION OF MICHAEL J. SCHAUT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system.  I also served a copy of the same, via First-Class Mail, postage prepaid, upon the following:

> Jack E. Houghton, Jr.
> 78 Bartlett Avenue
> Pittsfield, MA 01201
> (413) 447-7385

DATED:  July 15, 2005

> /s/  Christopher R. Drury
> Christopher R. Drury
> cdrury@piercatwood.com
>
> PIERCE ATWOOD LLP
> One Monument Square
> Portland, ME   04101
> (207) 791-1100
>
> *Attorney for Plaintiff Douglas Dynamics, LLC*
> *d/b/a/ Western Products*

**Statement of Account as of: 6/30/2005**



Remittance Address:
**Western Products**
**25028 Network Place**
**Chicago, IL  60673-1250**

B & P SUPPLY
NON-CURRENT
NON-CURRENT

| Invoice # | Sufx | Terms Code/ Description | Invoice Date | Due Date | Amount Due | Current | 1 to 30 | 31 to 60 | 61 to 90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 139595 | 0 | 1   1% 10 NET 30 | 11/26/2003 | 12/26/2003 | 335.43 | 0.00 | 0.00 | 0.00 | 0.00 | 335.43 |
| 140189 | 0 | 1   1% 10 NET 30 | 12/2/2003 | 1/1/2004 | 331.21 | 0.00 | 0.00 | 0.00 | 0.00 | 331.21 |
| 140427 | 0 | 1   1% 10 NET 30 | 12/3/2003 | 1/2/2004 | 247.85 | 0.00 | 0.00 | 0.00 | 0.00 | 247.85 |
| 140589 | 0 | 1   1% 10 NET 30 | 12/4/2003 | 1/3/2004 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 141464 | 0 | 1   1% 10 NET 30 | 12/8/2003 | 1/7/2004 | 61690.26 | 0.00 | 0.00 | 0.00 | 0.00 | 61690.26 |
| 142601 | 0 | 1   1% 10 NET 30 | 12/13/2003 | 12/13/2003 | -450.00 | 0.00 | 0.00 | 0.00 | 0.00 | -450.00 |
| 142865 | 0 | 1   1% 10 NET 30 | 12/15/2003 | 1/14/2004 | 282.96 | 0.00 | 0.00 | 0.00 | 0.00 | 282.96 |
| 143265 | 0 | 1   1% 10 NET 30 | 12/16/2003 | 1/15/2004 | 746.27 | 0.00 | 0.00 | 0.00 | 0.00 | 746.27 |
| 143585 | 0 | 1   1% 10 NET 30 | 12/18/2003 | 1/17/2004 | 342.11 | 0.00 | 0.00 | 0.00 | 0.00 | 342.11 |
| 143657 | 0 | 1   1% 10 NET 30 | 12/18/2003 | 1/17/2004 | 123.39 | 0.00 | 0.00 | 0.00 | 0.00 | 123.39 |
| 144114 | 0 | 1   1% 10 NET 30 | 12/22/2003 | 1/21/2004 | 2357.93 | 0.00 | 0.00 | 0.00 | 0.00 | 2357.93 |
| 144237 | 0 | 1   1% 10 NET 30 | 12/22/2003 | 1/21/2004 | 224.39 | 0.00 | 0.00 | 0.00 | 0.00 | 224.39 |
| 144289 | 0 | 1   1% 10 NET 30 | 12/22/2003 | 1/21/2004 | 588.37 | 0.00 | 0.00 | 0.00 | 0.00 | 588.37 |
| 144300 | 0 | 1   1% 10 NET 30 | 12/22/2003 | 1/21/2004 | 347.71 | 0.00 | 0.00 | 0.00 | 0.00 | 347.71 |
| 144614 | 0 | 1   1% 10 NET 30 | 12/23/2003 | 1/22/2004 | 398.64 | 0.00 | 0.00 | 0.00 | 0.00 | 398.64 |
| 144802 | 0 | 1   1% 10 NET 30 | 12/26/2003 | 1/25/2004 | 132.60 | 0.00 | 0.00 | 0.00 | 0.00 | 132.60 |
| 144819 | 0 | 1   1% 10 NET 30 | 12/26/2003 | 1/25/2004 | 648.90 | 0.00 | 0.00 | 0.00 | 0.00 | 648.90 |
| 144954 | 0 | 15   NET | 12/26/2003 | 12/26/2003 | -274.22 | 0.00 | 0.00 | 0.00 | 0.00 | -274.22 |
| 144983 | 0 | 15   NET | 12/26/2003 | 12/26/2003 | -90.40 | 0.00 | 0.00 | 0.00 | 0.00 | -90.40 |
| 145252 | 0 | 15   NET | 12/29/2003 | 12/29/2003 | 326.88 | 0.00 | 0.00 | 0.00 | 0.00 | 326.88 |
| 145704 | 0 | 15   NET | 12/30/2003 | 12/30/2003 | -973.86 | 0.00 | 0.00 | 0.00 | 0.00 | -973.86 |
| 145705 | 0 | 15   NET | 12/30/2003 | 12/30/2003 | -265.20 | 0.00 | 0.00 | 0.00 | 0.00 | -265.20 |
| 145717 | 0 | 1   1% 10 NET 30 | 12/31/2003 | 1/30/2004 | 453.95 | 0.00 | 0.00 | 0.00 | 0.00 | 453.95 |
| 145877 | 0 | 1   1% 10 NET 30 | 1/2/2004 | 2/1/2004 | 10711.41 | 0.00 | 0.00 | 0.00 | 0.00 | 10711.41 |
| 145904 | 0 | 1   1% 10 NET 30 | 1/2/2004 | 2/1/2004 | 28735.38 | 0.00 | 0.00 | 0.00 | 0.00 | 28735.38 |
| 145968 | 0 | 1   1% 10 NET 30 | 1/2/2004 | 2/1/2004 | 3874.38 | 0.00 | 0.00 | 0.00 | 0.00 | 3874.38 |
| 146017 | 0 | 1   1% 10 NET 30 | 1/2/2004 | 2/1/2004 | 238.69 | 0.00 | 0.00 | 0.00 | 0.00 | 238.69 |
| 146174 | 0 | 15   NET | 1/2/2004 | 1/2/2004 | 1550.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1550.38 |
| 146199 | 0 | 15   NET | 1/2/2004 | 1/2/2004 | 90.43 | 0.00 | 0.00 | 0.00 | 0.00 | 90.43 |
| 146313 | 0 | 1   1% 10 NET 30 | 1/5/2004 | 2/4/2004 | 8.20 | 0.00 | 0.00 | 0.00 | 0.00 | 8.20 |

**Statement of Account as of:  6/30/2005**



**Remittance Address:**
**Western Products**
**25028 Network Place**
**Chicago, IL  60673-1250**

B & P SUPPLY
NON-CURRENT
NON-CURRENT

| Invoice # | Sufx | Terms Code/ Description | | Invoice Date | Due Date | Amount Due | Current | 1 to 30 | 31 to 60 | 61 to 90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 146328 | 0 | 1 | 1% 10 NET 30 | 1/5/2004 | 2/4/2004 | 130.48 | 0.00 | 0.00 | 0.00 | 0.00 | 130.48 |
| 146330 | 0 | 1 | 1% 10 NET 30 | 1/5/2004 | 2/4/2004 | 44.03 | 0.00 | 0.00 | 0.00 | 0.00 | 44.03 |
| 146935 | 0 | 1 | 1% 10 NET 30 | 1/7/2004 | 2/6/2004 | 928.91 | 0.00 | 0.00 | 0.00 | 0.00 | 928.91 |
| 147106 | 0 | 1 | 1% 10 NET 30 | 1/7/2004 | 2/6/2004 | 150.33 | 0.00 | 0.00 | 0.00 | 0.00 | 150.33 |
| 147234 | 0 | 1 | 1% 10 NET 30 | 1/8/2004 | 2/7/2004 | 912.75 | 0.00 | 0.00 | 0.00 | 0.00 | 912.75 |
| 147542 | 0 | 1 | 1% 10 NET 30 | 1/9/2004 | 2/8/2004 | 112.38 | 0.00 | 0.00 | 0.00 | 0.00 | 112.38 |
| 148032 | 0 | 1 | 1% 10 NET 30 | 1/12/2004 | 2/11/2004 | 932.54 | 0.00 | 0.00 | 0.00 | 0.00 | 932.54 |
| 148046 | 0 | 1 | 1% 10 NET 30 | 1/12/2004 | 2/11/2004 | 174.72 | 0.00 | 0.00 | 0.00 | 0.00 | 174.72 |
| 148903 | 0 | 15 | NET | 1/14/2004 | 1/14/2004 | -250.00 | 0.00 | 0.00 | 0.00 | 0.00 | -250.00 |
| 149754 | 0 | 1 | 1% 10 NET 30 | 1/19/2004 | 2/18/2004 | 247.00 | 0.00 | 0.00 | 0.00 | 0.00 | 247.00 |
| 149908 | 0 | 1 | 1% 10 NET 30 | 1/20/2004 | 2/19/2004 | 246.09 | 0.00 | 0.00 | 0.00 | 0.00 | 246.09 |
| 150036 | 0 | 1 | 1% 10 NET 30 | 1/21/2004 | 2/20/2004 | 298.24 | 0.00 | 0.00 | 0.00 | 0.00 | 298.24 |
| 150419 | 0 | 1 | 1% 10 NET 30 | 1/22/2004 | 2/21/2004 | 277.02 | 0.00 | 0.00 | 0.00 | 0.00 | 277.02 |
| 150700 | 0 | 1 | 1% 10 NET 30 | 1/23/2004 | 2/22/2004 | 538.87 | 0.00 | 0.00 | 0.00 | 0.00 | 538.87 |
| 150713 | 0 | 1 | 1% 10 NET 30 | 1/23/2004 | 2/22/2004 | 219.48 | 0.00 | 0.00 | 0.00 | 0.00 | 219.48 |
| 150925 | 0 | 1 | 1% 10 NET 30 | 1/23/2004 | 2/22/2004 | 1732.06 | 0.00 | 0.00 | 0.00 | 0.00 | 1732.06 |
| 151441 | 0 | 15 | NET | 1/27/2004 | 1/27/2004 | 268.38 | 0.00 | 0.00 | 0.00 | 0.00 | 268.38 |
| 151452 | 0 | 15 | NET | 1/27/2004 | 1/27/2004 | -1732.06 | 0.00 | 0.00 | 0.00 | 0.00 | -1732.06 |
| 151568 | 0 | 15 | NET | 1/27/2004 | 1/27/2004 | -1732.06 | 0.00 | 0.00 | 0.00 | 0.00 | -1732.06 |
| 151680 | 0 | 15 | NET | 1/27/2004 | 1/27/2004 | -302.50 | 0.00 | 0.00 | 0.00 | 0.00 | -302.50 |
| 151696 | 0 | 15 | NET | 1/27/2004 | 1/27/2004 | -8.16 | 0.00 | 0.00 | 0.00 | 0.00 | -8.16 |
| 151842 | 0 | 15 | NET | 1/28/2004 | 1/28/2004 | -276.42 | 0.00 | 0.00 | 0.00 | 0.00 | -276.42 |
| 151922 | 0 | 1 | 1% 10 NET 30 | 1/28/2004 | 2/27/2004 | 999.72 | 0.00 | 0.00 | 0.00 | 0.00 | 999.72 |
| 151943 | 0 | 1 | 1% 10 NET 30 | 1/28/2004 | 2/27/2004 | 445.98 | 0.00 | 0.00 | 0.00 | 0.00 | 445.98 |
| 152035 | 0 | 1 | 1% 10 NET 30 | 1/29/2004 | 1/29/2004 | -33.00 | 0.00 | 0.00 | 0.00 | 0.00 | -33.00 |
| 152488 | 0 | 1 | 1% 10 NET 30 | 1/30/2004 | 2/29/2004 | 168.26 | 0.00 | 0.00 | 0.00 | 0.00 | 168.26 |
| 154384 | 0 | 15 | NET | 2/7/2004 | 2/7/2004 | -110.00 | 0.00 | 0.00 | 0.00 | 0.00 | -110.00 |
| 154620 | 0 | 1 | 1% 10 NET 30 | 2/10/2004 | 2/10/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |
| 154680 | 0 | 1 | 1% 10 NET 30 | 2/10/2004 | 3/11/2004 | 50.71 | 0.00 | 0.00 | 0.00 | 0.00 | 50.71 |
| 155676 | 0 | 15 | NET | 2/13/2004 | 2/13/2004 | -94.47 | 0.00 | 0.00 | 0.00 | 0.00 | -94.47 |

**Statement of Account as of:   6/30/2005**



Remittance Address:
**Western Products**
**25028 Network Place**
**Chicago, IL  60673-1250**

B & P SUPPLY
NON-CURRENT
NON-CURRENT

| Invoice # | Sufx | Terms Code/ Description | Invoice Date | Due Date | Amount Due | Current | 1 to 30 | 31 to 60 | 61 to 90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 155679 | 0 | 15 | NET | 2/13/2004 | 2/13/2004 | -52.93 | 0.00 | 0.00 | 0.00 | 0.00 | -52.93 |
| 155934 | 0 | 15 | NET | 2/16/2004 | 2/16/2004 | -8.16 | 0.00 | 0.00 | 0.00 | 0.00 | -8.16 |
| 156015 | 0 | 1 | 1% 10 NET 30 | 2/16/2004 | 3/17/2004 | 85.86 | 0.00 | 0.00 | 0.00 | 0.00 | 85.86 |
| 156046 | 0 | 1 | 1% 10 NET 30 | 2/16/2004 | 3/17/2004 | 43.68 | 0.00 | 0.00 | 0.00 | 0.00 | 43.68 |
| 156257 | 0 | 1 | 1% 10 NET 30 | 2/17/2004 | 2/17/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |
| 156258 | 0 | 1 | 1% 10 NET 30 | 2/17/2004 | 2/17/2004 | -11.00 | 0.00 | 0.00 | 0.00 | 0.00 | -11.00 |
| 156263 | 0 | 1 | 1% 10 NET 30 | 2/17/2004 | 2/17/2004 | -11.00 | 0.00 | 0.00 | 0.00 | 0.00 | -11.00 |
| 156362 | 0 | 15 | NET | 2/17/2004 | 2/17/2004 | -280.74 | 0.00 | 0.00 | 0.00 | 0.00 | -280.74 |
| 156363 | 0 | 15 | NET | 2/17/2004 | 2/17/2004 | -100.26 | 0.00 | 0.00 | 0.00 | 0.00 | -100.26 |
| 156920 | 0 | 15 | NET | 2/19/2004 | 2/19/2004 | -4.08 | 0.00 | 0.00 | 0.00 | 0.00 | -4.08 |
| 156921 | 0 | 15 | NET | 2/19/2004 | 2/19/2004 | -4.08 | 0.00 | 0.00 | 0.00 | 0.00 | -4.08 |
| 156922 | 0 | 15 | NET | 2/19/2004 | 2/19/2004 | -4.08 | 0.00 | 0.00 | 0.00 | 0.00 | -4.08 |
| 157088 | 0 | 1 | 1% 10 NET 30 | 2/20/2004 | 2/20/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |
| 157103 | 0 | 1 | 1% 10 NET 30 | 2/20/2004 | 2/20/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |
| 157105 | 0 | 1 | 1% 10 NET 30 | 2/20/2004 | 2/20/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |
| 157168 | 0 | 1 | 1% 10 NET 30 | 2/20/2004 | 3/21/2004 | 2987.65 | 0.00 | 0.00 | 0.00 | 0.00 | 2987.65 |
| 157175 | 0 | 1 | 1% 10 NET 30 | 2/23/2004 | 3/24/2004 | 539.22 | 0.00 | 0.00 | 0.00 | 0.00 | 539.22 |
| 157373 | 0 | 15 | NET | 2/23/2004 | 2/23/2004 | -520.62 | 0.00 | 0.00 | 0.00 | 0.00 | -520.62 |
| 157374 | 0 | 15 | NET | 2/23/2004 | 2/23/2004 | -339.36 | 0.00 | 0.00 | 0.00 | 0.00 | -339.36 |
| 157375 | 0 | 15 | NET | 2/23/2004 | 2/23/2004 | -202.80 | 0.00 | 0.00 | 0.00 | 0.00 | -202.80 |
| 158061 | 0 | 15 | NET | 2/26/2004 | 2/26/2004 | -8.16 | 0.00 | 0.00 | 0.00 | 0.00 | -8.16 |
| 158158 | 0 | 1 | 1% 10 NET 30 | 2/27/2004 | 3/28/2004 | 73.49 | 0.00 | 0.00 | 0.00 | 0.00 | 73.49 |
| 158163 | 0 | 1 | 1% 10 NET 30 | 2/27/2004 | 2/27/2004 | -33.00 | 0.00 | 0.00 | 0.00 | 0.00 | -33.00 |
| 158181 | 0 | 15 | NET | 2/27/2004 | 2/27/2004 | -4.08 | 0.00 | 0.00 | 0.00 | 0.00 | -4.08 |
| 158295 | 0 | 1 | 1% 10 NET 30 | 3/1/2004 | 3/1/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |
| 158296 | 0 | 1 | 1% 10 NET 30 | 3/1/2004 | 3/1/2004 | -44.00 | 0.00 | 0.00 | 0.00 | 0.00 | -44.00 |
| 158297 | 0 | 1 | 1% 10 NET 30 | 3/1/2004 | 3/1/2004 | -5.50 | 0.00 | 0.00 | 0.00 | 0.00 | -5.50 |
| 158298 | 0 | 1 | 1% 10 NET 30 | 3/1/2004 | 3/1/2004 | -33.00 | 0.00 | 0.00 | 0.00 | 0.00 | -33.00 |
| 158299 | 0 | 1 | 1% 10 NET 30 | 3/1/2004 | 3/1/2004 | -22.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.00 |
| 158498 | 0 | 1 | 1% 10 NET 30 | 3/2/2004 | 3/2/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |

**Statement of Account as of:   6/30/2005**



Remittance Address:
**Western Products
25028 Network Place
Chicago, IL  60673-1250**

B & P SUPPLY
NON-CURRENT
NON-CURRENT

| Invoice # | Sufx | Terms Code/ Description | | Invoice Date | Due Date | Amount Due | Current | 1 to 30 | 31 to 60 | 61 to 90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 159174 | 0 | 1 | 1% 10 NET 30 | 3/10/2004 | 4/9/2004 | 100.26 | 0.00 | 0.00 | 0.00 | 0.00 | 100.26 |
| 159538 | 0 | 15 | NET | 3/15/2004 | 3/15/2004 | -125.00 | 0.00 | 0.00 | 0.00 | 0.00 | -125.00 |
| 159539 | 0 | 15 | NET | 3/15/2004 | 3/15/2004 | -48.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.00 |
| 160415 | 0 | 15 | NET | 3/29/2004 | 3/29/2004 | -24.50 | 0.00 | 0.00 | 0.00 | 0.00 | -24.50 |
| 160551 | 0 | 15 | NET | 3/30/2004 | 3/30/2004 | -74.51 | 0.00 | 0.00 | 0.00 | 0.00 | -74.51 |
| 849 | 0 | 99 | FINANCE CHARGES | 3/31/2004 | 3/31/2004 | 1608.58 | 0.00 | 0.00 | 0.00 | 0.00 | 1608.58 |
| 161308 | 0 | 1 | 1% 10 NET 30 | 4/20/2004 | 4/20/2004 | -27.50 | 0.00 | 0.00 | 0.00 | 0.00 | -27.50 |
| 868 | 0 | 99 | FINANCE CHARGES | 4/30/2004 | 4/30/2004 | 1741.37 | 0.00 | 0.00 | 0.00 | 0.00 | 1741.37 |
| 884 | 0 | 99 | FINANCE CHARGES | 5/31/2004 | 5/31/2004 | 1780.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.35 |
| 900 | 0 | 99 | FINANCE CHARGES | 6/30/2004 | 6/30/2004 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 912 | 0 | 99 | FINANCE CHARGES | 7/31/2004 | 7/31/2004 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 921 | 0 | 99 | FINANCE CHARGES | 8/31/2004 | 8/31/2004 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 929 | 0 | 99 | FINANCE CHARGES | 9/30/2004 | 9/30/2004 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 937 | 0 | 99 | FINANCE CHARGES | 10/31/2004 | 10/31/2004 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 944 | 0 | 99 | FINANCE CHARGES | 11/30/2004 | 11/30/2004 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 967 | 0 | 99 | FINANCE CHARGES | 12/31/2004 | 12/31/2004 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 991 | 0 | 99 | FINANCE CHARGES | 1/31/2005 | 1/31/2005 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 1020 | 0 | 99 | FINANCE CHARGES | 2/26/2005 | 2/26/2005 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 1058 | 0 | 99 | FINANCE CHARGES | 3/31/2005 | 3/31/2005 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1780.80 |
| 1089 | 0 | 99 | FINANCE CHARGES | 4/30/2005 | 4/30/2005 | 1780.80 | 0.00 | 0.00 | 0.00 | 1780.80 | 0.00 |
| 1117 | 0 | 99 | FINANCE CHARGES | 5/31/2005 | 5/31/2005 | 1780.80 | 0.00 | 1780.80 | 0.00 | 0.00 | 0.00 |
| 1138 | 0 | 99 | FINANCE CHARGES | 6/30/2005 | 6/30/2005 | 1780.80 | 1780.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | W04100 | B & P SUPPLY | | | 147007.82 | 1780.80 | 1780.80 | 0.00 | 1780.80 | 141665.42 |

Case 3:04-cv-01467-WMC    Document 36-4    Filed 07/18/2006    Page 1 of 30



# WESTERN PRODUCTS    INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 131170-00 | 099506 | 10 | YELLOW | | COLLECT | 00139595 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 11/03/2003 | 11/26/2003 | WO4100 | 1497# | | 16 | 11/26/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 27 | 63472 BLADE ASSY - 7'-2"LSX | EA Disc%: | 1 44.00 | 1 598.99 | 0 598.99 | 335.43 |
| 28 | 63470 A,Q & L ASSY U LSX | EA Disc%: | 1 44.00 | 0 810.63 | 1 .00 | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 335.43 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          1% 10  NET 30
MERCHANDISE ONLY.

INVOICE TOTAL          $335.43

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000005



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 135676-00 | 100036 | 10 | UPS | | PREPAID | 00140189 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/02/2003 | 12/02/2003 | W04100 | PO-1560# | | 16 | 12/02/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: PRICES: | ORDERED PER UNIT | SHIPPED EXTENDED | BACKORDERED | NET |
|---|---|---|---|---|---|---|---|
| | * * * * * * * * * * * * * * * | | | | | | |
| | HOT SHIPMENT!!!!!!!!!!!!!!! | | | | | | |
| | * * * * * * * * * * * * * * * | | | | | | |
| 1 | 61845 | EA | 1 | 1 | 0 | | |
| | 4" CONTROL HARNESS EXTENTION | | 20.17 | 20.17 | | | 11.30 |
| | Disc%: | | 44.00 | | | | |
| 2 | 63392 | EA | 1 | 1 | 0 | | |
| | HARNESS KIT HB 3 & 4 9-PIN -F | | 189.41 | 189.41 | | | 106.07 |
| | Disc%: | | 44.00 | | | | |
| 3 | 67040-2 | EA | 1 | 1 | 0 | | |
| | VEH MOUNT DODGE 15-35 94-01 | | 56.24 | 56.24 | | | 56.24 |
| | 2002 25/35 | | | | | | |
| | Part number 67040 has been replaced by 67040-2 | | | | | | |
| 4 | 68790 | EA | 3 | 3 | 0 | | |
| | RATCHET TIE DOWN KIT | | 67.60 | 202.80 | | | 141.96 |
| | Disc%: | | 30.00 | | | | |

| | |
|---|---|
| Sales Amount | 315.57 |
| Misc. Charges | .00 |
| Freight | 15.64 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

INVOICE TOTAL          $331.21

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000006

# WESTERN PRODUCTS    INVOICE

Page. 000001

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310



**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 135715-00 | 100223 | 10 | UPS | | PREPAID | 00140427 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/02/2003 | 12/03/2003 | W04100 | 1561# | | 16 | 12/03/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 21294 | EA | 2 | 2 | 0 | |
| | PLOW BATTERY CABLE | | | 30.30 | 60.60 | 36.36 |
| | | Disc%: | 40.00 | | | |
| 2 | 49310 | EA | 1 | 1 | 0 | |
| | GRILL CONNECTOR KIT 12 PIN | | | 54.52 | 54.52 | 32.71 |
| | | Disc%: | 40.00 | | | |
| 3 | 56131K | EA | 4 | 4 | 0 | |
| | MOTOR RELAY KIT | | | 11.08 | 44.32 | 26.60 |
| | | Disc%: | 40.00 | | | |
| 4 | 67076 | EA | 2 | 2 | 0 | |
| | 1/4-20  HEX LOCK NUT | | | .24 | .48 | .28 |
| | | Disc%: | 40.00 | | | |
| 5 | 68662 | EA | 1 | 1 | 0 | |
| | 5/8 4 BOLT FLANGE BEARING | | | 25.34 | 25.34 | 15.20 |
| | | Disc%: | 40.00 | | | |
| 6 | 93033K | EA | 1 | 1 | 0 | |
| | PIN 1/2" X 5.5" | | | 6.62 | 6.62 | 3.97 |
| | | Disc%: | 40.00 | | | |
| 7 | 93042K | EA | 2 | 2 | 0 | |
| | LINCH PIN 3/16" | | | 2.97 | 5.94 | 3.56 |
| | | Disc%: | 40.00 | | | |
| 8 | 94496 | EA | 2 | 0 | 2 | |
| | 1/4-20X2 HEX CAP SCREW | | | .57 | .00 | .00 |
| | | Disc%: | 40.00 | | | |
| 9 | 94510 | EA | 1 | 1 | 0 | |
| | SPINNER POLY SERVICE KIT | | | 63.43 | 63.43 | 38.06 |
| | LOW PROFILE | | | | | |
| | | Disc%: | 40.00 | | | |
| 10 | M2005 | EA | 1 | 1 | 0 | |
| | 3/8-16 HX LK NUT PKG OF 5 | | | 4.99 | 4.99 | 2.99 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



# WESTERN PRODUCTS INVOICE

Page: 000002

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|---|-----------|-----------|
| 135715-00 | 100223 | 10 | UPS | | | PREPAID | 00140427 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/02/2003 | 12/03/2003 | W04100 | 1561# | | 16 | 12/03/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|------------------------|-----|--------|-----------------|------------------|---------------------|-----|
| | | | Disc%: | 40.00 | | | |
| 11 | M2071 | EA | 1 | 1 | 0 | | |
| | CS HX 3/8-16X1 STS | | | 9.59 | 9.59 | | 5.75 |
| | PKG OF 5 | | | | | | |
| | | | Disc%: | 40.00 | | | |
| 12 | P2028 | EA | 1 | 1 | 0 | | |
| | AUGER ASSEMBLY | | | 54.80 | 54.80 | | 32.88 |
| | | | Disc%: | 40.00 | | | |
| 13 | P3046 | EA | 1 | 1 | 0 | | |
| | TGS 110/1000/2000 DRIVE SHAFT | | | 71.95 | 71.95 | | 43.17 |
| | | | Disc%: | 40.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 241.53 |
| Misc. Charges | .00 |
| Freight | 6.32 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          1% 10 NET 30
MERCHANDISE ONLY.

INVOICE TOTAL          $247.85

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000008



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 135715-00 | 100419 | 10 | UPS | | PREPAID | 00140589 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/02/2003 | 12/04/2003 | W04100 | 1561# | | 16 | 12/04/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|--------|-----------------|------------------|----------------------|-----|
| 8 | 94496 | EA | | 2 | 2 | 0 | |
| | 1/4-20X2 HEX CAP SCREW | | | .57 | | 1.14 | .68 |
| | | | Disc%: | 40.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | .68 |
| Misc. Charges | .00 |
| Freight | 3.82 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.          1% 10 NET 30

| INVOICE TOTAL | $4.50 |
|---------------|-------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000009



# WESTERN PRODUCTS   INVOICE

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 1203 TRUCK MOUNT FORD | EA | 1 | 1 176.00 | 1 176.00 | 0 | 98.56 |
| | | | Disc%: | 44.00 | | | |
| 2 | 2313 TRUCK MOUNT - TOYOTA | EA | 2 | 2 176.00 | 2 352.00 | 0 | 197.12 |
| | | | Disc%: | 44.00 | | | |
| 3 | 28400 PLUG IN HARNESS KIT H13 | EA | 2 | 2 233.00 | 2 466.00 | 0 | 260.96 |
| | | | Disc%: | 44.00 | | | |
| 4 | 3919 DODGE MOUNT ASSY | EA | 2 | 0 351.90 | .00 | 2 | .00 |
| | | | Disc%: | 44.00 | | | |
| 5 | 49071 HD DISC SHOE ASSY P | EA | 1 | 1 38.48 | 1 38.48 | 0 | 23.09 |
| | | | Disc%: | 40.00 | | | |
| 6 | 49229K CARTRIDGE 40 W/JAM NUT | EA | 1 | 1 63.08 | 1 63.08 | 0 | 37.85 |
| | | | Disc%: | 40.00 | | | |
| 7 | 56133 MOTOR ASSY 4-1/2" | EA | 2 | 2 115.40 | 2 230.80 | 0 | 138.48 |
| | | | Disc%: | 40.00 | | | |
| 8 | 56369 SOLENOID CONTROL KIT - U | EA | 12 | 12 201.83 | 12 2,421.96 | 0 | 1,356.36 |
| | | | Disc%: | 44.00 | | | |
| 9 | 56400 ISAR MKIIIA SOL HYD 16RAM UHW | EA | 1 | 0 1,701.85 | .00 | 1 | .00 |
| | | | Disc%: | 44.00 | | | |
| 10 | 56462 HAND-HELD CONTROL KIT | EA | 1 | 1 237.22 | 1 237.22 | 0 | 132.84 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.
\*\*\* Continued On The Next Page \*\*\*

INVOICE TOTAL

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**
Page: 000002

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------|------|------|------|------|------|------|
| | | Disc%: | 44.00 | | | |
| 11 | 60308 <br> 8-1/2 FT. BLADE ASSY P | EA | 1 <br> 1,024.44 | 1 <br> 1,024.44 | 0 | 573.69 |
| | | Disc%: | 44.00 | | | |
| 12 | 60390 <br> 8 FT. BLADE ASSY P | EA | 1 <br> 926.18 | 1 <br> 926.18 | 0 | 518.66 |
| | | Disc%: | 44.00 | | | |
| 13 | 62300-1 <br> A,Q&L ASSY UHW(62298-1&62299-1 | EA | 1 <br> 1,160.21 | 0 <br> .00 | 1 | .00 |
| | | Disc%: | 44.00 | | | |
| 14 | 62302 <br> 10 FT BLADE UHW 62891 & 62425 | EA | 1 <br> 1,663.78 | 0 <br> .00 | 1 | .00 |
| | | Disc%: | 44.00 | | | |
| 15 | 62370 <br> TOYOTA MOUNT ASSY U #2365 <br> TACOMA PICK-UP 4X4 95 & LATER | EA | 1 <br> 445.20 | 1 <br> 445.20 | 0 | 249.31 |
| | | Disc%: | 44.00 | | | |
| 16 | 62510 <br> HARNESS KIT 2B/2D 9 PIN LG U-A | EA | 1 <br> 143.87 | 0 <br> .00 | 1 | .00 |
| | | Disc%: | 44.00 | | | |
| 17 | 63350-1 <br> FORD MOUNT ASSY U #3225 <br> SD F450,550 W/HW 99 & LATER | EA | 1 <br> 445.20 | 1 <br> 445.20 | 0 | 249.31 |
| | | Disc%: | 44.00 | | | |
| 18 | 63470 <br> A,Q & L ASSY U LSX | EA | 1 <br> 810.63 | 0 <br> .00 | 1 | .00 |
| | | Disc%: | 44.00 | | | |
| 19 | 63472 <br> BLADE ASSY - 7'-2"LSX | EA | 1 <br> 598.99 | 0 <br> .00 | 1 | .00 |
| | | Disc%: | 44.00 | | | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

\*\*\* Continued On The Next Page \*\*\*

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**
Page: 000003

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 20 | 63710-1 | EA | 2 | 2 | 0 | |
| | MOUNT-FORD-1349 | | | 351.90 | 703.80 | 394.12 |
| | SEE SELECTION LIST FOR APPS | | | | | |
| | | | Disc%: | 44.00 | | |
| 21 | 64100 | EA | 8 | 8 | 0 | |
| | HEADLAMP KIT 11-PIN | | | 170.00 | 1,360.00 | 761.60 |
| | | | Disc%: | 44.00 | | |
| 22 | 64500 | EA | 3 | 3 | 0 | |
| | FORD MOUNT ASSY #3239 | | | 351.90 | 1,055.70 | 591.18 |
| | | | Disc%: | 44.00 | | |
| 23 | 64545 | EA | 1 | 0 | 1 | |
| | ISAR SOL HYD SYS 8RAM U IM | | | 1,482.37 | .00 | .00 |
| | LSX | | | | | |
| | | | Disc%: | 44.00 | | |
| 24 | 64588 | EA | 7 | 7 | 0 | |
| | FLOSTAT HYD SYS 10"RAM UT IM | | | 1,423.13 | 9,961.91 | 5,578.65 |
| | STD & PRO | | | | | |
| | | | Disc%: | 44.00 | | |
| 25 | 64999 | EA | 5 | 5 | 0 | |
| | FLOSTAT HYD SYS 12"RAM UT IM | | | 1,427.27 | 7,136.35 | 3,996.35 |
| | PRO PLUS | | | | | |
| | | | Disc%: | 44.00 | | |
| 26 | 65605-2 | EA | 1 | 0 | 1 | |
| | BATTERY KIT, SPREADER | | | 75.11 | .00 | .00 |
| | | | Disc%: | 49.00 | | |
| 27 | 66490 | EA | 5 | 5 | 0 | |
| | UT PP AQ&L ASSY | | | 750.27 | 3,751.35 | 2,100.75 |
| | 66900 BOX1/2 | | | | | |
| | | | Disc%: | 44.00 | | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

**INVOICE TOTAL**

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**    **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000004

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 28 | 67951-2<br>UT P/PY/PP/MVP AQ&L ASSY<br>66880/66900/56810 BOX 2/2<br>Disc%: | EA | 5<br><br>44.00 | 5<br>607.14 | 0<br>3,035.70 | 1,700.00 |
| 29 | 66763<br>INLET FITTING/FILTER KIT<br>Disc%: | EA | 1<br><br>40.00 | 1<br>15.44 | 0<br>15.44 | 9.26 |
| 30 | 66974<br>8.5' BLADE ASSY PP<br>Disc%: | EA | 1<br><br>44.00 | 1<br>1,032.93 | 0<br>1,032.93 | 578.44 |
| 31 | 66980<br>8.0' BLADE ASSY PP<br>Disc%: | EA | 5<br><br>44.00 | 5<br>935.64 | 0<br>4,678.20 | 2,619.80 |
| 32 | 66999<br>8.5' BACK DRAG EDGE 0.25THK<br>Disc%: | EA | 3<br><br>44.00 | 3<br>58.64 | 0<br>175.92 | 98.52 |
| 33 | 67865<br>GM/CHEV MOUNT ASSY 1589<br>1500/2500/3500 4X4 88-98<br>Disc%: | EA | 3<br><br><br>44.00 | 3<br>351.90 | 0<br>1,055.70 | 591.18 |
| 34 | 67960-1<br>GM/CHEVY MOUNT ASSY 3519<br>1500 4X4 99 & LATER<br>Disc%: | EA | 4<br><br><br>44.00 | 4<br>351.90 | 0<br>1,407.60 | 788.24 |
| 35 | 67980<br>DODGE MOUNT ASSY #989<br>W1500 - 3500, 1994 & LATER<br>Disc%: | EA | 4<br><br><br>44.00 | 4<br>351.90 | 0<br>1,407.60 | 788.24 |
| 36 | 67981-2<br>GM MOUNT ASSY #3529 | EA | 4 | 4<br>351.90 | 0<br>1,407.60 | 788.24 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.
  *** Continued On The Next Page ***

INVOICE TOTAL

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000013

Case 8:04-cv-01467-MAP Document 52-5 Filed 07/15/2005 Page 10 of 60



7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA                01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA                01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|------------------------|------------------|----------------------|-----|
| | | Disc%: | 44.00 | | | |
| 37 | 67982 | EA | 6 | 2 | 4 | |
| | FORD MOUNT ASSY #3219 | | | 351.90 | 703.80 | 394.12 |
| | F250-550 SD 1999 & LATER | | | | | |
| | | Disc%: | 44.00 | | | |
| 38 | 67991 | EA | 4 | 4 | 0 | |
| | UT S/SY AQ&L ASSY | | | 539.65 | 2,158.60 | 1,208.80 |
| | 63560 BOX1/2 | | | | | |
| | | Disc%: | 44.00 | | | |
| 39 | 67992 | EA | 4 | 4 | 0 | |
| | AQ&L ASSY UT S/SY | | | 607.14 | 2,428.56 | 1,360.00 |
| | 63560 BOX2/2 | | | | | |
| | | Disc%: | 44.00 | | | |
| 40 | 68790 | EA | 3 | 3 | 0 | |
| | RATCHET TIE DOWN KIT | | | 67.60 | 202.80 | 141.96 |
| | | Disc%: | 30.00 | | | |
| 41 | 94480 | EA | 1 | 0 | 1 | |
| | TOP SCREEN 7' RC | | | 261.87 | .00 | .00 |
| | | Disc%: | 30.00 | | | |
| 42 | 94800-1 | EA | 1 | 1 | 0 | |
| | ICEBREAKER 7' RC MS TECUMSEH | | | 3,521.04 | 3,521.04 | 1,795.73 |
| | | Disc%: | 49.00 | | | |
| 43 | 94809-1 | EA | 1 | 1 | 0 | |
| | ICEBREAKER 8' RC STS TECUMSEH | | | 4,897.36 | 4,897.36 | 2,497.65 |
| | | Disc%: | 49.00 | | | |
| 44 | 95424 | EA | 1 | 1 | 0 | |
| | CHUTE ASSY 14" MS | | | 398.90 | 398.90 | 203.44 |
| | CENTER BELT DRIVE | | | | | |
| | | Disc%: | 49.00 | | | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.          *** Continued On The Next Page ***          INVOICE TOTAL

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



# WESTERN PRODUCTS

**INVOICE**

Page: 000006

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB# | SLS | DATE |
|---|---|---|---|---|---|---|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 45 | 95425<br>CHUTE ASSY 14" STS<br>CENTER BELT DRIVE | EA | 1 | 0<br>526.24 | 1<br>.00 | .00 |
| | Disc%: | | 49.00 | | | |
| 46 | 94806-1<br>ICEBREAKER 8' RC MS TECUMSEH | EA | 2 | 1<br>3,624.57 | 1<br>3,624.57 | 1,848.53 |
| | Disc%: | | 49.00 | | | |
| 47 | 95424<br>CHUTE ASSY 14" MS<br>CENTER BELT DRIVE | EA | 2 | 1<br>398.90 | 1<br>398.90 | 203.44 |
| | Disc%: | | 49.00 | | | |
| 48 | 65118<br>TOP SCREEN HD 8' RC | EA | 2 | 2<br>261.87 | 0<br>523.74 | 366.62 |
| | Disc%: | | 30.00 | | | |
| 49 | 65605-2<br>BATTERY KIT, SPREADER | EA | 2 | 0<br>75.11 | 2<br>.00 | .00 |
| | Disc%: | | 49.00 | | | |
| 50 | 66980<br>8.0' BLADE ASSY PP | EA | 3 | 3<br>935.64 | 0<br>2,806.92 | 1,571.88 |
| | Disc%: | | 44.00 | | | |
| 51 | 66490<br>UT PP AQ&L ASSY<br>66900 BOX1/2 | EA | 3 | 3<br>750.27 | 0<br>2,250.81 | 1,260.45 |
| | Disc%: | | 44.00 | | | |
| 52 | 67951-2<br>UT P/PY/PP/MVP AQ&L ASSY<br>66880/66900/56810 BOX 2/2 | EA | 3 | 3<br>607.14 | 0<br>1,821.42 | 1,020.00 |
| | Disc%: | | 44.00 | | | |
| 53 | 64999<br>FLOSTAT HYD SYS 12"RAM UT IM | EA | 3 | 3<br>1,427.27 | 0<br>4,281.81 | 2,397.81 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

\*\*\* Continued On The Next Page \*\*\*

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000015



**WESTERN PRODUCTS** **INVOICE**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | PRO PLUS | | Disc%: | 44.00 | | | |
| 54 | 56369 SOLENOID CONTROL KIT - U | EA | 12 | 12 201.83 | 12 2,421.96 | 0 | 1,356.36 |
| | | | Disc%: | 44.00 | | | |
| 55 | 64100 HEADLAMP KIT 11-PIN | EA | 5 | 5 170.00 | 5 850.00 | 0 | 476.00 |
| | | | Disc%: | 44.00 | | | |
| 56 | 67982 FORD MOUNT ASSY #3219 F250-550 SD 1999 & LATER | EA | 3 | 0 351.90 | 0 .00 | 3 | .00 |
| | | | Disc%: | 44.00 | | | |
| 57 | 60381 7-1/2 FT. BLADE ASSY P | EA | 2 | 2 831.06 | 2 1,662.12 | 0 | 930.78 |
| | | | Disc%: | 44.00 | | | |
| 58 | 66974 8.5' BLADE ASSY PP | EA | 2 | 2 1,032.93 | 2 2,065.86 | 0 | 1,156.88 |
| | | | Disc%: | 44.00 | | | |
| 59 | 64999 FLOSTAT HYD SYS 12"RAM UT IM PRO PLUS | EA | 2 | 2 1,427.27 | 2 2,854.54 | 0 | 1,598.54 |
| | | | Disc%: | 44.00 | | | |
| 60 | 67951-2 UT P/PY/PP/MVP AQ&L ASSY 66880/66900/56810 BOX 2/2 | EA | 2 | 2 607.14 | 2 1,214.28 | 0 | 680.00 |
| | | | Disc%: | 44.00 | | | |
| 61 | 66490 UT PP AQ&L ASSY 66900 BOX1/2 | EA | 2 | 2 750.27 | 2 1,500.54 | 0 | 840.30 |
| | | | Disc%: | 44.00 | | | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**
Page: 000008

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | 00141464 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|----------------------------|-----|-------------------------|--------------------|------------------------|-----|
| 62 | 67040-2 | EA | 1 | 1 | 0 | |
| | VEH MOUNT DODGE 15-35 94-01 | | | 56.24 | 56.24 | 56.24 |
| | 2002 25/35 | | | | | |
| 63 | 63392 | EA | 1 | 1 | 0 | |
| | HARNESS KIT HB 3 & 4 9-PIN -F | | 189.41 | 189.41 | | 106.07 |
| | | | Disc% 44.00 | | | |
| 64 | 61300 | EA | 1 | 0 | 1 | |
| | 6-1/2 FT. BLADE ASSY SU | | | 446.37 | .00 | .00 |
| | | | Disc% 44.00 | | | |
| 65 | 61930 | EA | 2 | 0 | 2 | |
| | A,Q & L ASSY U SU | | | 774.93 | .00 | .00 |
| | | | Disc% 44.00 | | | |
| 66 | 62370 | EA | 1 | 1 | 0 | |
| | TOYOTA MOUNT ASSY U #2365 | | | 445.20 | 445.20 | 249.31 |
| | TACOMA PICK-UP 4X4 95 & LATER | | | | | |
| | | | Disc% 44.00 | | | |
| 67 | 64355 | EA | 2 | 2 | 0 | |
| | ISAR SOL HYD SYS 6RAM U IM | | 1,482.37 | 2,964.74 | | 1,660.26 |
| | SPORT UTILITY | | | | | |
| | | | Disc% 44.00 | | | |
| 68 | 60381 | EA | 1 | 1 | 0 | |
| | 7-1/2 FT. BLADE ASSY P | | | 831.06 | 831.06 | 465.39 |
| | | | Disc% 44.00 | | | |
| 69 | 49067 | EA | 6 | 6 | 0 | |
| | DISC SHOE ASSY C & S | | | 14.82 | 88.92 | 53.34 |
| | | | Disc% 40.00 | | | |
| 70 | 8436 | EA | 6 | 6 | 0 | |
| | PLUG IN HARNESS KIT | | | 233.00 | 1,398.00 | 782.88 |
| | HB-1 OR HB-5 | | | | | |
| | | | Disc% 44.00 | | | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000017



## WESTERN PRODUCTS

**INVOICE**

Page: 000009

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|--|-----------|--|-----------|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | | 00114464 |
| **ORDER DATE** | **SHIP DATE** | **CUST #** | **PURCHASE ORDER #** | **JOB #** | **SLS** | **DATE** | |
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 | |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 71 | 56462 HAND-HELD CONTROL KIT | EA | 3 | 3 237.22 | 0 711.66 | 398.52 |
| | | | Disc%: 44.00 | | | |
| 72 | 63470 A,Q & L ASSY U LSX | EA | 1 | 0 810.63 | 1 .00 | .00 |
| | | | Disc%: 44.00 | | | |
| 73 | 64545 ISAR SOL HYD SYS 8RAM U IM LSX | EA | 1 | 0 1,482.37 | 1 .00 | .00 |
| | | | Disc%: 44.00 | | | |
| 74 | 63670 KIT, 9' POLY DEFLECTOR | EA | 6 | 6 106.05 | 0 636.30 | 356.34 |
| | | | Disc%: 44.00 | | | |
| 75 | 67982 FORD MOUNT ASSY #3219 F250-550 SD 1999 & LATER | EA | 6 | 0 351.90 | 6 .00 | .00 |
| | | | Disc%: 44.00 | | | |
| 76 | 64588 FLOSTAT HYD SYS 10"RAM UT IM STD & PRO | EA | 5 | 5 1,423.13 | 0 7,115.65 | 3,984.75 |
| | | | Disc%: 44.00 | | | |
| 77 | 67950 UT P/PY AQ&L ASSY 66880 BOX1/2 | EA | 4 | 4 623.48 | 0 2,493.92 | 1,396.60 |
| | | | Disc%: 44.00 | | | |
| 78 | 67951-2 UT P/PY/PP/MVP AQ&L ASSY 66880/66900/56810 BOX 2/2 | EA | 4 | 4 607.14 | 0 2,428.56 | 1,360.00 |
| | | | Disc%: 44.00 | | | |
| 79 | 49347 | EA | 3 | 3 | 0 | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000018



# WESTERN PRODUCTS INVOICE
## 7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000010

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | | 00141464 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | CUTTING EDGE ASSY 8.0" P 1/2" | | Disc%: 44.00 | 80.08 | 240.24 | 134.55 |
| 80 | 56130 EA | | 2 | 2 | 0 | |
| | CABLE ASSY 9' BLACK ADJUST | | Disc%: 40.00 | 23.03 | 46.06 | 27.64 |
| 81 | 60390 EA | | 2 | 2 | 0 | |
| | 8 FT. BLADE ASSY P | | Disc%: 44.00 | 926.18 | 1,852.36 | 1,037.32 |
| 82 | 63883-1 EA | | 3 | 3 | 0 | |
| | DODGE RAM MOUNT ASSY # 969 | | Disc%: 44.00 | 351.90 | 1,055.70 | 591.18 |
| 83 | 67592 EA | | 1 | 1 | 0 | |
| | MOUNT, PS | | Disc%: 40.00 | 166.04 | 166.04 | 99.62 |
| 84 | 93033K EA | | 4 | 4 | 0 | |
| | PIN 1/2" X 5.5" | | Disc%: 40.00 | 6.62 | 26.48 | 15.88 |
| 85 | 93034K EA | | 2 | 2 | 0 | |
| | STAND LOCK PIN 5/8" X 2" | | Disc%: 40.00 | 8.96 | 17.92 | 10.76 |
| 86 | 93042K EA | | 10 | 10 | 0 | |
| | LINCH PIN 3/16" | | Disc%: 40.00 | 2.97 | 29.70 | 17.80 |
| 87 | 63250-1 EA | | 1 | 1 | 0 | |
| | JEEP MOUNT ASSY #3715 | | Disc%: 44.00 | 445.20 | 445.20 | 249.31 |
| 88 | 49090 EA | | 1 | 1 | 0 | |
| | AIR BAG KIT JEEP CHER WGN/EER | | Disc%: 44.00 | 190.02 | 190.02 | 106.41 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

*** Continued On The Next Page ***

INVOICE TOTAL

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-11467-MAP   Document 52-9   Filed 07/15/2005   Page 16 of 60



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000011

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|--|-----------|--|-----------|
| 134598-00 | 100975 | 10 | hoffman | | COLLECT | | 00141464 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 12/08/2003 | W04100 | PO-1546# | | 16 | 12/08/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|--------|-----------------|------------------|----------------------|-----|
| | | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 61,690.26 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $61,690.26 |
|---------------|------------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000020



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

> WESTERN PRODUCTS DIVISION
> DOUGLAS DYNAMICS L.L.C.
> 1340 SOLUTIONS CENTER
> CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 138300-00 | | 10 | DO NOT SHIP | | PREPAID | 00142601 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/13/2003 | 12/13/2003 | W04100 | INSEASON FRT ALLOWANCE | | 16 | 12/13/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY's: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | * * * * * * * * * * * * * | | | | | |
| | THIS CREDIT IS FOR INSEASON FRT ALLOWANCE ON ORDER#134598 | | | | | |
| | * * * * * * * * * * * * * | | | | | |
| 2 | XFI | EA | 1- | 1- | 0 | |
| | FREIGHT ALLOWANCE IN SEASON | | 450.00 | 450.00- | | 450.00- |

| | | |
|---|---|---|
| | Sales Amount | 450.00- |
| | Misc. Charges | .00 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Freight | .00 |
| | Sales Tax | .00 |

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 | INVOICE TOTAL | $450.00- |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000021



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**
Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|-----|-----------|-----------|
| 138418-00 | 101969 | 10 | UPS 2ND DAY | | PREPAID | 00142865 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 12/15/2003 | 12/15/2003 | | W04100 | PO-1585# | | 16 | 12/15/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|------------------------|------------------|---------------------|-----|
| | * * * * * * * * * * * * * * *<br>THIS IS A 2ND DAY AIR ORDER<br>* * * * * * * * * * * * * * * | | | | | |
| 1 | 8436<br>PLUG IN HARNESS KIT<br>HB-1 OR HB-5 | EA<br><br>Disc%: | 2<br><br>44.00 | 2<br>233.00 | 0<br>466.00 | 260.96 |

|  | | Sales Amount | 260.96 |
|--|--|--------------|--------|
| THANK YOU FOR YOUR PROMPT PAYMENT | | Misc. Charges | .00 |
| | | Freight | 22.00 |
| | | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          1% 10 NET 30          INVOICE TOTAL          $282.96
MERCHANDISE ONLY.

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 138421-00 | 102270 | 10 | UPS | | PREPAID | 00143265 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/15/2003 | 12/16/2003 | W04100 | PO-1583# | | 16 | 12/16/2003 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | | PRICES: | PER UNIT | EXTENDED | NET |
| | PLEASE NOTE: THIS DOES NOT QUALIFY FOR A PRIORITY ORDER AS CERTAIN PARTS ARE INELIGIBLE - PLEASE REVIEW PPS LIST | | | | | |
| 1 | 8436 | EA | 3 | 3 | 0 | |
| | PLUG IN HARNESS KIT HB-1 OR HB-5 | | | 233.00 | 699.00 | 391.44 |
| | | | Disc%: 44.00 | | | |
| 2 | 61555 | EA | 2 | 2 | 0 | |
| | HARNESS KIT 2B/2D 12 PIN -B | | | 130.41 | 260.82 | 146.06 |
| | | | Disc%: 44.00 | | | |
| 3 | 56131K | EA | 6 | 6 | 0 | |
| | MOTOR RELAY KIT | | | 11.08 | 66.48 | 39.90 |
| | | | Disc%: 40.00 | | | |
| 4 | 49308 | EA | 3 | 3 | 0 | |
| | GRILL CONNECTOR KIT 9 PIN | | | 41.56 | 124.68 | 74.82 |
| | | | Disc%: 40.00 | | | |
| 5 | 49317 | EA | 3 | 3 | 0 | |
| | PLOW PLUG KIT 9-PIN | | | 46.31 | 138.93 | 83.37 |
| | | | Disc%: 40.00 | | | |

| | | |
|---|---|---|
| | Sales Amount | 735.59 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | 10.68 |
| | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30        INVOICE TOTAL        **$746.27**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000023

Case 3:04-cv-01467-MWB Document 30-4 Filed 07/15/05 Page 20 of 60



# WESTERN PRODUCTS

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | INVOICE # |
|---------|--------|------|----------|--|--|---------|-----------|
| 137782-00 | 102481 | 10 | YELLOW | | | PREPAID | 00143585 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 12/11/2003 | 12/18/2003 | | W04100 | PETER | | | 16 | 12/18/2003 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S ORDERED | SHIPPED | BACKORDERED | |
|------------|-------------|-----|---------------|---------|-------------|--|
| | DESCRIPTION | | PRICES: | PER UNIT | EXTENDED | NET |
| | --- | | | | | |
| | SHIP WITH ANOTHER ORDER | | | | | |
| | --- | | | | | |
| 1 | 95427 | EA | 1 | 1 | 0 | |
| | CHUTE ASSY 26" STS | | | 670.80 | 670.80 | 342.11 |
| | CENTER BELT DRIVE | | | | | |
| | | Disc%: | 49.00 | | | |

|  | Sales Amount | 342.11 |
|--|--------------|--------|
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | .00 |
| | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          1% 10 NET 30          INVOICE TOTAL          $342.11
MERCHANDISE ONLY.

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000024



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 138530-00 | 102536 | 10 | UPS | | PREPAID | 00143657 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/15/2003 | 12/18/2003 | W04100 | 1584# | | 16 | 12/18/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: PRICES: | ORDERED | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 61550-1 | EA | | 1 | 1 | 0 | |
| | HEADLAMP KIT 12-PIN | | Disc%: | 44.00 | 210.11 | 210.11 | 117.66 |
| | Part number 61550 | | | has been replaced by 61550-1 | | | |

| | | |
|---|---|---|
| | Sales Amount | 117.66 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | 5.73 |
| | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          1% 10 NET 30          INVOICE TOTAL          $123.39
MERCHANDISE ONLY.

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000025



# WESTERN PRODUCTS    INVOICE

Page: 000001

7777 NORTH 73RD STREET

P.O. BOX 245038

MILWAUKEE, WISCONSIN 53224-9538

414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 138631-00 | 103017 | 10 | UPS | | PREPAID | 00144114 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|-------|------------------|-------|-----|------|
| 12/15/2003 | 12/22/2003 | W04100 | 1582# | | 16 | 12/22/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 22511 BATTERY CABLE 22" RED | EA | 2 | 2 8.00 | 0 16.00 | 9.60 |
| | Disc%: | | 40.00 | | | |
| 2 | 25861K MOTOR GASKET KIT | EA | 6 | 6 1.30 | 0 7.80 | 4.68 |
| | Disc%: | | 40.00 | | | |
| 3 | 49067 DISC SHOE ASSY C & S | EA | 2 | 2 14.82 | 0 29.64 | 17.78 |
| | Disc%: | | 40.00 | | | |
| 4 | 49138K RELIEF VALVE KIT - 2 SETS | EA | 2 | 2 14.08 | 0 28.16 | 16.90 |
| | Disc%: | | 40.00 | | | |
| 5 | 49230K COIL W/SPADE TERMINALS | EA | 2 | 2 13.05 | 0 26.10 | 15.66 |
| | Disc%: | | 40.00 | | | |
| | Part number 49230 | | has been replaced by 49230K | | | |
| 6 | 49298 HEADLIGHT HOUSING ASSY | EA | 2 | 2 46.32 | 0 92.64 | 55.58 |
| | Disc%: | | 40.00 | | | |
| 7 | 49308 GRILL CONNECTOR KIT 9 PIN | EA | 6 | 6 41.56 | 0 249.36 | 149.64 |
| | Disc%: | | 40.00 | | | |
| 8 | 49310 GRILL CONNECTOR KIT 12 PIN | EA | 2 | 0 54.52 | 2 .00 | .00 |
| | Disc%: | | 40.00 | | | |
| 9 | 49317 PLOW PLUG KIT 9-PIN | EA | 6 | 6 46.31 | 0 277.86 | 166.74 |
| | Disc%: | | 40.00 | | | |
| 10 | 49319 PLOW PLUG KIT 12-PIN | EA | 2 | 0 47.83 | 2 .00 | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

**INVOICE TOTAL**

\*\*\* Continued On The Next Page \*\*\*

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000026



# WESTERN PRODUCTS

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000002

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
    B & P SUPPLY
    260 COLUMBUS AVE
    PITTSFIELD MA          01201

Ship-to:
    B & P SUPPLY
    260 COLUMBUS AVE
    PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 138631-00 | 103017 | 10 | UPS | | PREPAID | 00144114 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/15/2003 | 12/22/2003 | W04100 | 1582# | | 16 | 12/22/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | | | Disc%: 40.00 | | | |
| 11 | 56035 | EA | 2 | 2 | 0 | |
| | CABLE ASSY 9' BLACK | | | 20.53 | 41.06 | 24.64 |
| | | | Disc%: 40.00 | | | |
| 12 | 56131K | EA | 20 | 20 | 0 | |
| | MOTOR RELAY KIT | | | 11.08 | 221.60 | 133.00 |
| | | | Disc%: 40.00 | | | |
| 13 | 56133 | EA | 4 | 4 | 0 | |
| | MOTOR ASSY 4-1/2" | | | 115.40 | 461.60 | 276.96 |
| | | | Disc%: 40.00 | | | |
| 14 | 56185K | EA | 1 | 0 | 1 | |
| | SUCTION FILTER KIT | | | 4.82 | .00 | .00 |
| | | | Disc%: 40.00 | | | |
| | Part number 56185 | | has been replaced by 56185K | | | |
| 15 | 56462 | EA | 4 | 4 | 0 | |
| | HAND-HELD CONTROL KIT | | | 237.22 | 948.88 | 531.36 |
| | | | Disc%: 44.00 | | | |
| 16 | 61548K | EA | 6 | 6 | 0 | |
| | PLUG COVER KIT | | | 3.73 | 22.38 | 13.44 |
| | | | Disc%: 40.00 | | | |
| | Part number 61548 | | has been replaced by 61548K | | | |
| 17 | 61555 | EA | 1 | 1 | 0 | |
| | HARNESS KIT 2B/2D 12 PIN -B | | 130.41 | 130.41 | | 73.03 |
| | | | Disc%: 44.00 | | | |
| 18 | 65109 | EA | 1 | 1 | 0 | |
| | TARP - 8' | | | 64.96 | 64.96 | 45.47 |
| | | | Disc%: 30.00 | | | |
| 19 | 65193 | EA | 1 | 1 | 0 | |
| | SPROCKET, #40 X 24T X 3/4" ID | | 26.80 | 26.80 | | 16.08 |
| | | | Disc%: 40.00 | | | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000027

Case 3:04-cv-01467-MAP Document 60-4 Filed 07/15/2005 Page 24 of 60



# WESTERN PRODUCTS INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 138631-00 | 103017 | 10 | UPS | | PREPAID | 00144114 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/15/2003 | 12/22/2003 | W04100 | 1582# | | 16 | 12/22/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 20 | 65215 | EA | 1 | 1 | 0 | |
| | #40 ROLLER CHAIN, 39" LONG | | 20.05 | 20.05 | | 12.03 |
| | Disc%: | | 40.00 | | | |
| 21 | 68351 | EA | 3 | 3 | 0 | |
| | #40 ROLLER CHAIN 26 1/2" LONG | | 12.08 | 36.24 | | 21.75 |
| | WITH MASTER LINK (HARDENED) | | | | | |
| | Disc%: | | 40.00 | | | |
| 22 | 8436 | EA | 5 | 5 | 0 | |
| | PLUG IN HARNESS KIT | | 233.00 | 1,165.00 | | 652.40 |
| | HB-1 OR HB-5 | | | | | |
| | Disc%: | | 44.00 | | | |
| 23 | 91965K | EA | 30 | 30 | 0 | |
| | HAIRPIN COTTER 5/32" | | .62 | 18.60 | | 11.10 |
| | Disc%: | | 40.00 | | | |
| | Part number 91965 | | has been replaced by 91965K | | | |
| 24 | 93028K | EA | 12 | 12 | 0 | |
| | HITCH PIN 1" X 3-1/2" | | 4.16 | 49.92 | | 30.00 |
| | Disc%: | | 40.00 | | | |
| 25 | 93033K | EA | 2 | 2 | 0 | |
| | PIN 1/2" X 5.5" | | 6.62 | 13.24 | | 7.94 |
| | Disc%: | | 40.00 | | | |

| | | |
|---|---|---|
| | Sales Amount | 2,285.78 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | 72.15 |
| | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.          1% 10 NET 30

| INVOICE TOTAL | $2,357.93 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000028

Case 3:04-cv-1467-M Document Filed 07/15 Page 25 of 60



## WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 139031-00 | 102867 | 10 | UPS | | PREPAID | 00144237 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/17/2003 | 12/22/2003 | W04100 | 1592# | | 16 | 12/22/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 22511 | EA | 2 | 2 | 0 | |
| | BATTERY CABLE 22" RED | | 8.00 | 16.00 | | 9.60 |
| | | | Disc%: 40.00 | | | |
| 2 | 63411 | EA | 2 | 2 | 0 | |
| | VEHICLE BATTERY CABLE | | 44.70 | 89.40 | | 53.64 |
| | | | Disc%: 40.00 | | | |
| 3 | 65374 | EA | 1 | 1 | 0 | |
| | ELECTRIC THROTTLE MOTOR | | 110.32 | 110.32 | | 66.19 |
| | | | Disc%: 40.00 | | | |
| 4 | 93028K | EA | 6 | 6 | 0 | |
| | HITCH PIN 1" X 3-1/2" | | 4.16 | 24.96 | | 15.00 |
| | | | Disc%: 40.00 | | | |
| 5 | 94591 | EA | 3 | 0 | 3 | |
| | GAS SPREADER PARTS KIT WP | | 360.50 | .00 | | .00 |
| | | | Disc%: 40.00 | | | |
| 6 | 61590 | EA | 1 | 1 | 0 | |
| | HARNESS KIT HB-5 9 PIN -A | | 130.41 | 130.41 | | 73.03 |
| | | | Disc%: 44.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 217.46 |
| Misc. Charges | .00 |
| Freight | 6.93 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $224.39 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000029

Case 3:04-cv-01467-MJR   Document 82-9   Filed 07/19/2005   Page 26 of 60



## WESTERN PRODUCTS INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 139238-00 | 103117 | 10 | UPS | | PREPAID | 00144289 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/18/2003 | 12/22/2003 | W04100 | 1593# | | 16 | 12/22/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 21394 COVER ASSY | EA | 2 | 2 7.06 | 0 14.12 | 8.48 |
| | Disc%: | | 40.00 | | | |
| 2 | 56538K RAM ASSY 1-1/2 X 8 KIT | EA | 2 | 2 98.01 | 0 196.02 | 117.62 |
| | Disc%: | | 40.00 | | | |
| 3 | 64148 RAM ASSEMBLY 1-1/2 X 12 KIT | EA | 2 | 2 145.91 | 0 291.82 | 175.10 |
| | Disc%: | | 40.00 | | | |
| 4 | 8436 PLUG IN HARNESS KIT HB-1 OR HB-5 | EA | 1 | 1 233.00 | 0 233.00 | 130.48 |
| | Disc%: | | 44.00 | | | |
| 5 | 8437 PLUG-IN HARNESS KIT HB-3 &HB-4-A,LIGHT GREEN LABEL | EA | 1 | 0 233.00 | 1 .00 | .00 |
| | Disc%: | | 44.00 | | | |
| 6 | 56614 RAM ASSY 1-1/2 X 10 | EA | 2 | 2 77.98 | 0 155.96 | 93.58 |
| | Disc%: | | 40.00 | | | |
| 7 | 61353 STAND | EA | 2 | 2 14.82 | 0 29.64 | 17.78 |
| | Disc%: | | 40.00 | | | |

| | | |
|---|---|---|
| | Sales Amount | 543.04 |
| | Misc. Charges | .00 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Freight | 45.33 |
| | Sales Tax | .00 |

| CASH DISCOUNTS, WHEN OFFERED ARE 1% 10 NET 30 APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | INVOICE TOTAL | $588.37 |
|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000030



# WESTERN PRODUCTS — INVOICE

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 139930-00 | 103117 | 10 | UPS | | PREPAID | 00144300 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/18/2003 | 12/22/2003 | W04100 | 1595# | | 16 | 12/22/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|---------------------------|-----|------------------------|------------------|----------------------|-----|
| 1 | 21500 | EA | 1 | 1 | 0 | |
| | MOTOR ASSY 4-1/2" - FS | | | 115.40 | 115.40 | 69.24 |
| | | Disc%: | 40.00 | | | |
| 2 | 21501 | EA | 1 | 0 | 1 | |
| | HYD PUMP KIT - FS | | | 179.87 | .00 | .00 |
| | | Disc%: | 40.00 | | | |
| 3 | 26352 | EA | 1 | 0 | 1 | |
| | PLUG-IN HARNESS HB-3 & HB-4 -B LONG | | | 73.39 | .00 | .00 |
| | | Disc%: | 40.00 | | | |
| 4 | 56507 | EA | 1 | 1 | 0 | |
| | BYPASS CHECK VALVE ASSEMBLY | | | 4.12 | 4.12 | 2.47 |
| | | Disc%: | 40.00 | | | |
| 5 | 56616 | EA | 2 | 2 | 0 | |
| | HOSE KIT, 1/4X42 W/ F-JIC ENDS | | | 21.44 | 42.88 | 25.72 |
| | | Disc%: | 40.00 | | | |
| 6 | 61515 | EA | 1 | 1 | 0 | |
| | HARNESS KIT HB-3 & 4 9 PIN -A | | | 130.41 | 130.41 | 73.03 |
| | | Disc%: | 44.00 | | | |
| 7 | 61530 | EA | 2 | 2 | 0 | |
| | HARNESS KIT 2B/2D 9 PIN -C | | | 130.41 | 260.82 | 146.06 |
| | | Disc%: | 44.00 | | | |
| 8 | 67528 | EA | 1 | 1 | 0 | |
| | LIGHT 12V PANEL MOUNT-RED | | | 26.52 | 26.52 | 15.91 |
| | | Disc%: | 40.00 | | | |
| 9 | 68350 | EA | 2 | 2 | 0 | |
| | #40 ROLLER CHAIN 29 1/2" LONG WITH MASTER LINK (HARDENED) | | | 12.73 | 25.46 | 15.28 |
| | | Disc%: | 40.00 | | | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000031



# WESTERN PRODUCTS    INVOICE

Page: 000002

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA        01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA        01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 139330-00 | 103117 | 10 | UPS | | PREPAID | 00144300 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|-------|------------------|-------|-----|------|
| 12/18/2003 | 12/22/2003 | W04100 | 1595# | | 16 | 12/22/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|------------------------|------------------|----------------------|-----|
| | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 347.71 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.     1% 10 NET 30

| INVOICE TOTAL | $347.71 |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000032



**WESTERN PRODUCTS**  **INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|--|--|-----------|--|-----------|
| 139410-00 | 103262 | 10 | UPS | | | PREPAID | | 00144614 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 12/19/2003 | 12/23/2003 | | W04100 | PETER | | | 16 | 12/23/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 64100 | EA | | 4 | 4 | 0 | |
| | HEADLAMP KIT 11-PIN | | | 170.00 | | 680.00 | 380.80 |
| | | Disc%: | 44.00 | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 380.80 |
| Misc. Charges | .00 |
| Freight | 17.84 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

INVOICE TOTAL

**$398.64**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

**WESTERN 000000033**

Case 3:04-cv-01467-MRK Document 82-3 Filed 07/15/2005 Page 30 of 60



7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 138631-00 | 103577 | 10 | UPS | | PREPAID | 00144802 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/15/2003 | 12/26/2003 | W04100 | 1582# | | 16 | 12/26/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 8 | 49310 GRILL CONNECTOR KIT 12 PIN Disc%: | EA 40.00 | 2 | 2 54.52 | 0 109.04 | 65.42 |
| 10 | 49319 PLOW PLUG KIT 12-PIN Disc%: | EA 40.00 | 2 | 2 47.83 | 0 95.66 | 57.40 |
| 14 | 56185K SUCTION FILTER KIT Disc%: | EA 40.00 | 1 | 0 4.82 | 1 .00 | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 122.82 |
| Misc. Charges | .00 |
| Freight | 9.78 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.   1% 10 NET 30

INVOICE TOTAL      $132.60

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000034



## WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 139031-00 | 103577 | 10 | UPS | | PREPAID | 00144819 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 12/15/2003 | 12/26/2003 | W04100 | 1592# | | 16 | 12/26/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 5 | 94591 | EA | | 3 | 3 | 0 | |
| | GAS SPREADER PARTS KIT WP | | | | 360.50 | 1,081.50 | 648.90 |
| | | | Disc%: | 40.00 | | | |

|  |  |
|---|---|
| Sales Amount | 648.90 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $648.90 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000035



**WESTERN PRODUCTS**

### INVOICE

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 140029-00 | | 10 | DO NOT SHIP | | | PREPAID | 00144954 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 12/26/2003 | 12/26/2003 | | W04100 | MUNI | | 16 | 12/26/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT MEMO | | | | | | |
| | XMP | EA | | 1- | 1- | 0 | 274.22- |
| | MUNI DISCOUNT PLOWS | | | | 274.22 | 274.22- | |
| | MUNICIPAL CREDIT ON 1 PLOW SOLD TO: | | | | | | |
| | TOWN OF LEE SI5402 | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

|  |  |
|---|---|
| Sales Amount | 274.22- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $274.22- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

**WESTERN 000000036**

Case 3:04-cv-11467-MAP Document 5 Filed 07/15 Page 33 of 60



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 140058-00 | | 10 | DO NOT SHIP | | PREPAID | 00144983 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/26/2003 | 12/26/2003 | WO4100 | FREIGHT CREDIT | | 16 | 12/26/2003 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | XFC | EA | 1- | 1- | 0 | |
| | FREIGHT CREDIT | | | 90.40 | 90.40- | 90.40- |
| | --- | | | | | |
| | FREIGHT CREDIT ON LSC BLADE BACKORDERED AND SHIPPED BY IT SELF WHEN CUSTOMER REQUESTED THE ORDER SHIP COMPLETE REFER YELLOW PRO # 125095712 | | | | | |
| | --- | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 90.40- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $90.40- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000037

Case 3:04-cv-01467-MRK Document 32-3 Filed 07/15/2005 Page 34 of 60



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 140345-00 | | 10 | DO NOT SHIP | | | PREPAID | 00145252 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 12/29/2003 | 12/29/2003 | | W04100 | COOP YP BILLING | | | 16 | 12/29/2003 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | XCA | EA | 1 | 1 | 0 | |
| | CO-OP ADVERTISING | | | 326.88 | 326.88 | 326.88 |

40% BILLING ($326.88) FOR WESTERN TRADENAME LISTINGS IN THE
NORTH ADAMS, GREATER BARRINGTON & BERKSHIRE YELLOW PAGES
PUBLISHED 2003.

YP BILL COPIES & TEARSHEETS IN THE MAIL

| | |
|---|---|
| Sales Amount | 326.88 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF     NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $326.88 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000038



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 140580-00 | | 10 | DO NOT SHIP | | PREPAID | 00145704 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 12/30/2003 | 12/30/2003 | | W04100 | COOP CREDIT | | 16 | 12/30/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|----------------|----------|-------------|-----|
| 1 | XCA | EA | 1- | 1- | 0 | |
| | CO-OP ADVERTISING | | | 973.86 | 973.86- | 973.86- |
| | 60% CREDIT FOR ADVERTISING WESTERN PLOWS IN THE YANKEE | | | | | |
| | SHOPPER, WANT AD DIGEST & SHOPPERS GUIDE FALL 2003 | | | | | |
| | | | | | | |
| | CREDIT MEMO | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 973.86- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $973.86- |
|---------------|----------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000039



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE# |
|---------|--------|------|----------|--|--|-----------|----------|
| 140581-00 | | 10 | DO NOT SHIP | | | PREPAID | 00145705 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/30/2003 | 12/30/2003 | W04100 | COOP CREDIT | | 16 | 12/30/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------|------|------|------|------|------|------|
| 1 | XCA | EA | 1- | 1- | 0 | 265.20- |
| | CO-OP ADVERTISING | | | 265.20 | 265.20- | |
| | 60% CREDIT FOR ADVERTISING WESTERN ULTRAMOUNT PLOWS 136 | | | | | |
| | TIMES ON PITTSFIELD CABLE TV OCT 10-25, 2003 | | | | | |
| | | | | | | |
| | CREDIT MEMO | | | | | |

| | | |
|---|---|---|
| | Sales Amount | 265.20- |
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | .00 |
| | Sales Tax | .00 |

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | NET | INVOICE TOTAL | $265.20- |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000040

Case 304-cv-N1467-MAP Document 23-3 Filed 07/15/2005 Page 37 of 60



7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|---|---|-----------|---|-----------|
| 131170-00 | 104083 | 10 | YELLOW | | | COLLECT | | 00145717 |
| **ORDER DATE** | **SHIP DATE** | | **CUST #** | **PURCHASE ORDER #** | | **JOB #** | **SLS** | **DATE** |
| 11/03/2003 | 12/31/2003 | | W04100 | 1497# | | | 16 | 12/31/2003 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|--------|-----------------|------------------|----------------------|-----|
| 28 | 63470 | EA | | 1 | 1 | 0 | |
| | A,Q & L ASSY U LSX | | Disc%: | 44.00 | 810.63 | 810.63 | 453.95 |

| | |
|---|---|
| Sales Amount | 453.95 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.   1% 10 NET 30

| INVOICE TOTAL | $453.95 |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000041



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 134598-00 | 104134 | 10 | YELLOW | | COLLECT | 00145877 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 11/24/2003 | 1/02/2004 | W04100 | PO-1546# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 4 | 3919 DODGE MOUNT ASSY | EA | 2 | 0 351.90 Disc%: 44.00 | 2 | .00 | .00 |
| 9 | 56400 ISAR MKIIIA SOL HYD 16RAM UHW | EA | 1 | 1 1,701.85 Disc%: 44.00 | 0 1,701.85 | 953.04 |
| 13 | 62300-1 A,Q&L ASSY UHW(62298-1&62299-1 | EA | 1 | 1 1,160.21 Disc%: 44.00 | 0 1,160.21 | 649.72 |
| 14 | 62302 10 FT BLADE UHW 62891 & 62425 | EA | 1 | 1 1,663.78 Disc%: 44.00 | 0 1,663.78 | 931.72 |
| 16 | 62510 HARNESS KIT 2B/2D 9 PIN LG U-A | EA | 1 | 1 143.87 Disc%: 44.00 | 0 143.87 | 80.57 |
| 18 | 63470 A,Q & L ASSY U LSX | EA | 1 | 1 810.63 Disc%: 44.00 | 0 810.63 | 453.95 |
| 19 | 63472 BLADE ASSY - 7'-2"LSX | EA | 1 | 0 598.99 Disc%: 44.00 | 1 .00 | .00 |
| 23 | 64545 ISAR SOL HYD SYS 8RAM U IM LSX | EA | 1 | 1 1,482.37 Disc%: 44.00 | 0 1,482.37 | 830.13 |
| 26 | 65605-2 BATTERY KIT, SPREADER | EA | 1 | 0 75.11 Disc%: 49.00 | 1 .00 | .00 |
| 37 | 67982 FORD MOUNT ASSY #3219 | EA | 4 | 4 351.90 | 0 1,407.60 | 788.24 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



# WESTERN PRODUCTS

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page. 000002

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 134598-00 | 104134 | 10 | YELLOW | | COLLECT | 00145877 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 11/24/2003 | 1/02/2004 | W04100 | PO-1546# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | F250-550 SD 1999 & LATER | | Disc%: | 44.00 | | | |
| 41 | 94480 | EA | 1 | 0 | 1 | | |
| | TOP SCREEN 7' RC | | | 261.87 | .00 | | .00 |
| | | | Disc%: | 30.00 | | | |
| 45 | 95425 | EA | 1 | 0 | 1 | | |
| | CHUTE ASSY 14" STS CENTER BELT DRIVE | | | 526.24 | .00 | | .00 |
| | | | Disc%: | 49.00 | | | |
| 46 | 94806-1 | EA | 1 | 1 | 0 | | |
| | ICEBREAKER 8' RC MS TECUMSEH | | | 3,624.57 | 3,624.57 | | 1,848.53 |
| | | | Disc%: | 49.00 | | | |
| 47 | 95424 | EA | 1 | 0 | 1 | | |
| | CHUTE ASSY 14" MS CENTER BELT DRIVE | | | 398.90 | .00 | | .00 |
| | | | Disc%: | 49.00 | | | |
| 49 | 65605-2 | EA | 2 | 0 | 2 | | |
| | BATTERY KIT, SPREADER | | | 75.11 | .00 | | .00 |
| | | | Disc%: | 49.00 | | | |
| 56 | 67982 | EA | 3 | 3 | 0 | | |
| | FORD MOUNT ASSY #3219 F250-550 SD 1999 & LATER | | | 351.90 | 1,055.70 | | 591.18 |
| | | | Disc%: | 44.00 | | | |
| 64 | 61300 | EA | 1 | 1 | 0 | | |
| | 6-1/2 FT. BLADE ASSY SU | | | 446.37 | 446.37 | | 249.97 |
| | | | Disc%: | 44.00 | | | |
| 65 | 61930 | EA | 2 | 2 | 0 | | |
| | A,Q & L ASSY U SU | | | 774.93 | 1,549.86 | | 867.92 |
| | | | Disc%: | 44.00 | | | |
| 72 | 63470 | EA | 1 | 1 | 0 | | |

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | INVOICE TOTAL | |
|---|---|---|

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



# WESTERN PRODUCTS    INVOICE

Page: 000003

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

| Sold-to: | Ship-to: |
|---|---|
| B & P SUPPLY | B & P SUPPLY |
| 260 COLUMBUS AVE | 260 COLUMBUS AVE |
| PITTSFIELD MA    01201 | PITTSFIELD MA    01201 |

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 134598-00 | 104134 | 10 | YELLOW | | COLLECT | 00145877 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 11/24/2003 | 1/02/2004 | W04100 | PO-1546# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | A,Q & L ASSY U LSX | | | 810.63 | 810.63 | 453.95 |
| | Disc%: | | 44.00 | | | |
| 73 | 64545 | EA | 1 | 1 | 0 | |
| | ISAR SOL HYD SYS 8RAM U IM LSX | | | 1,482.37 | 1,482.37 | 830.13 |
| | Disc%: | | 44.00 | | | |
| 75 | 67982 | EA | 6 | 6 | 0 | |
| | FORD MOUNT ASSY #3219 F250-550 SD 1999 & LATER | | | 351.90 | 2,111.40 | 1,182.36 |
| | Disc%: | | 44.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 10,711.41 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.    1% 10 NET 30

| INVOICE TOTAL | $10,711.41 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000044



# WESTERN PRODUCTS    INVOICE

Page: 000001

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | 00145904 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/11/2003 | 1/02/2004 | W04100 | PO-1576# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 22511 BATTERY CABLE 22" RED | EA | 3 | 3 8.00 | 3 24.00 | 0 | 14.40 |
| | | | Disc%: | 40.00 | | | |
| 2 | 25861K MOTOR GASKET KIT | EA | 5 | 5 1.30 | 0 6.50 | | 3.90 |
| | | | Disc%: | 40.00 | | | |
| 3 | 49067 DISC SHOE ASSY C & S | EA | 12 | 12 14.82 | 0 177.84 | | 106.68 |
| | | | Disc%: | 40.00 | | | |
| 4 | 49071 HD DISC SHOE ASSY P | EA | 2 | 2 38.48 | 0 76.96 | | 46.18 |
| | | | Disc%: | 40.00 | | | |
| 6 | 49138K RELIEF VALVE KIT - 2 SETS | EA | 1 | 1 14.08 | 0 14.08 | | 8.45 |
| | | | Disc%: | 40.00 | | | |
| 7 | 49297 REPLACEMENT SEALED BEAM (2E1) TYPE 2E1 PER SAE J1383 GLASS | EA | 4 | 4 24.45 | 0 97.80 | | 58.68 |
| | | | Disc%: | 40.00 | | | |
| 8 | 49298 HEADLIGHT HOUSING ASSY | EA | 2 | 2 46.32 | 0 92.64 | | 55.58 |
| | | | Disc%: | 40.00 | | | |
| 9 | 49308 GRILL CONNECTOR KIT 9 PIN | EA | 8 | 8 41.56 | 0 332.48 | | 199.52 |
| | | | Disc%: | 40.00 | | | |
| 10 | 49310 GRILL CONNECTOR KIT 12 PIN | EA | 2 | 2 54.52 | 0 109.04 | | 65.42 |
| | | | Disc%: | 40.00 | | | |
| 11 | 49317 PLOW PLUG KIT 9-PIN | EA | 8 | 8 46.31 | 0 370.48 | | 222.32 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.
   *** Continued On The Next Page ***

**INVOICE TOTAL**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**
Page: 000002

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | | 00145904 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 12/11/2003 | 1/02/2004 | | W04100 | PO-1576# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | | Disc%: | 40.00 | | | |
| 12 | 49319 | EA | 2 | 2 | 0 | |
| | PLOW PLUG KIT 12-PIN | | | 47.83 | 95.66 | 57.40 |
| | | Disc%: | 40.00 | | | |
| 13 | 49346 | EA | 5 | 5 | 0 | |
| | CUTTING EDGE ASSY 7.5' P 1/2" | | | 72.80 | 364.00 | 203.85 |
| | | Disc%: | 44.00 | | | |
| 14 | 49347 | EA | 5 | 5 | 0 | |
| | CUTTING EDGE ASSY 8.0' P 1/2" | | | 80.08 | 400.40 | 224.25 |
| | | Disc%: | 44.00 | | | |
| 15 | 49349 | EA | 5 | 5 | 0 | |
| | CUTTING EDGE ASSY 9.0' P 1/2" | | | 100.88 | 504.40 | 282.45 |
| | | Disc%: | 44.00 | | | |
| 16 | 55350 | EA | 1 | 1 | 0 | |
| | COVER GASKET 3W | | | 1.49 | 1.49 | .89 |
| | | Disc%: | 40.00 | | | |
| 17 | 55357 | EA | 1 | 1 | 0 | |
| | COVER GASKET 4W | | | 1.49 | 1.49 | .89 |
| | | Disc%: | 40.00 | | | |
| 18 | 55984 | EA | 1 | 1 | 0 | |
| | GROUND CABLE 60" BLACK | | | 6.47 | 6.47 | 3.88 |
| | | Disc%: | 40.00 | | | |
| 19 | 56018 | EA | 2 | 2 | 0 | |
| | IIIA CONTROL ASSY | | | 171.60 | 343.20 | 205.92 |
| | | Disc%: | 40.00 | | | |
| 20 | 56035 | EA | 3 | 3 | 0 | |
| | CABLE ASSY 9' BLACK | | | 20.53 | 61.59 | 36.96 |
| | | Disc%: | 40.00 | | | |
| 21 | 56130 | EA | 3 | 3 | 0 | |
| | CABLE ASSY 9' BLACK ADJUST | | | 23.03 | 69.09 | 41.46 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE of 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000046



# WESTERN PRODUCTS   INVOICE

Page: 000003

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | 00145904 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/11/2003 | 1/02/2004 | W04100 | PO-1576# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / Disc%: | SHIPPED / PRICES: PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 22 | 56131K MOTOR RELAY KIT | EA | 40.00 / 15 | 15 / 11.08 | 0 / 166.20 | 99.75 |
| 23 | 56133 MOTOR ASSY 4-1/2" | EA | 40.00 / 1 | 1 / 115.40 | 0 / 115.40 | 69.24 |
| 24 | 56355 ISAR MK111A SOL HYD SYS 6RAM U | EA | 40.00 / 1 | 1 / 1,684.20 | 0 / 1,684.20 | 943.15 |
| 25 | 56462 HAND-HELD CONTROL KIT | EA | 44.00 / 7 | 7 / 237.22 | 0 / 1,660.54 | 929.88 |
| 26 | 59700 BLADE GUIDE & FLAG ASSY 24" | EA | 44.00 / 2 | 2 / 31.20 | 0 / 62.40 | 34.94 |
| 27 | 60018 7-1/2 FT. BLADE ASSY STD | EA | 44.00 / 1 | 1 / 621.99 | 0 / 621.99 | 348.31 |
| 28 | 60036 QUADRANT U S SERVICE KIT | EA | 44.00 / 2 | 2 / 233.14 | 0 / 466.28 | 279.76 |
| 29 | 60381 7-1/2 FT. BLADE ASSY P | EA | 40.00 / 2 | 2 / 831.06 | 0 / 1,662.12 | 930.78 |
| 30 | 60390 8 FT. BLADE ASSY P | EA | 44.00 / 3 | 3 / 926.18 | 0 / 2,778.54 | 1,555.98 |
| 31 | 60741 | EA | 44.00 / 1 | 1 | 0 | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

**INVOICE TOTAL**

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 8:04-cv-11467-MAP Document 52-3 Filed 07/15/2005 Page 44 of 60



# WESTERN PRODUCTS    INVOICE

Page: 000004

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|---|-----------|---|-----------|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | | 00145904 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 12/11/2003 | 1/02/2004 | W04100 | PO-1576# | | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|---------------------------|-----|--------------------------|--------------------|------------------------|-----|
| | HEADLAMP - RECT 4WIRE 2E DR | | | 112.82 | 112.82 | 67.69 |
| | Disc%: | | 40.00 | | | |
| 32 | 61300 | EA | 2 | 2 | 0 | |
| | 6-1/2 FT. BLADE ASSY SU | | | 446.37 | 892.74 | 499.94 |
| | Disc%: | | 44.00 | | | |
| 33 | 61540-1 | EA | 1 | 1 | 0 | |
| | HEADLAMP KIT 9-PIN | | | 210.11 | 210.11 | 117.66 |
| | Disc%: | | 44.00 | | | |
| 34 | 61550-1 | EA | 1 | 1 | 0 | |
| | HEADLAMP KIT 12-PIN | | | 210.11 | 210.11 | 117.66 |
| | Disc%: | | 44.00 | | | |
| 35 | 61555 | EA | 2 | 2 | 0 | |
| | HARNESS KIT 2B/2D 12 PIN -B | | | 130.41 | 260.82 | 146.06 |
| | Disc%: | | 44.00 | | | |
| 37 | 61930 | EA | 2 | 2 | 0 | |
| | A,Q & L ASSY U SU | | | 774.93 | 1,549.86 | 867.92 |
| | Disc%: | | 44.00 | | | |
| 38 | 62370 | EA | 2 | 0 | 2 | |
| | TOYOTA MOUNT ASSY U #2365 | | | 445.20 | .00 | .00 |
| | TACOMA PICK-UP 4X4 95 & LATER | | | | | |
| | Disc%: | | 44.00 | | | |
| 39 | 62530 | EA | 3 | 0 | 3 | |
| | RUBBER DEFLECTOR KIT 8.0' | | | 130.65 | .00 | .00 |
| | ORDER IN MULT OF 3 ONLY | | | | | |
| | Disc%: | | 44.00 | | | |
| 40 | 63760 | EA | 1 | 1 | 0 | |
| | DODGE MOUNT ASSY #959 | | | 351.90 | 351.90 | 197.06 |
| | Disc%: | | 44.00 | | | |
| 41 | 63883-1 | EA | 1 | 1 | 0 | |
| | DODGE RAM MOUNT ASSY # 969 | | | 351.90 | 351.90 | 197.06 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

\*\*\* Continued On The Next Page \*\*\*

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000048



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000005

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA        01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA        01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | 00145904 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/11/2003 | 1/02/2004 | W04100 | PO-1576# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | | | Disc%: 44.00 | | | |
| 42 | 63980 | EA | 3 | 3 | 0 | |
| | 8.0' CUTTING EDGE KIT - PP | | 87.55 | | 262.65 | 157.59 |
| | | | Disc%: 40.00 | | | |
| 43 | 64100 | EA | 7 | 7 | 0 | |
| | HEADLAMP KIT 11-PIN | | 170.00 | | 1,190.00 | 666.40 |
| | | | Disc%: 44.00 | | | |
| 44 | 64355 | EA | 1 | 1 | 0 | |
| | ISAR SOL HYD SYS 6RAM U IM SPORT UTILITY | | 1,482.37 | | 1,482.37 | 830.13 |
| | | | Disc%: 44.00 | | | |
| 45 | 64588 | EA | 10 | 10 | 0 | |
| | FLOSTAT HYD SYS 10"RAM UT IM STD & PRO | | 1,423.13 | | 14,231.30 | 7,969.50 |
| | | | Disc%: 44.00 | | | |
| 46 | 65201 | EA | 2 | 2 | 0 | |
| | SPINNER DISK RC MS | | 59.98 | | 119.96 | 71.98 |
| | | | Disc%: 40.00 | | | |
| 47 | 65215 | EA | 3 | 3 | 0 | |
| | #40 ROLLER CHAIN, 39" LONG | | 20.05 | | 60.15 | 36.09 |
| | | | Disc%: 40.00 | | | |
| 50 | 67950 | EA | 3 | 3 | 0 | |
| | UT P/PY AQ&L ASSY 66880 BOX1/2 | | 623.48 | | 1,870.44 | 1,047.45 |
| | | | Disc%: 44.00 | | | |
| 51 | 67951-2 | EA | 3 | 3 | 0 | |
| | UT P/PY/PP/MVP AQ&L ASSY 66880/66900/56810 BOX 2/2 | | 607.14 | | 1,821.42 | 1,020.00 |
| | | | Disc%: 44.00 | | | |
| 52 | 67981-2 | EA | 3 | 3 | 0 | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000049



# WESTERN PRODUCTS    INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000006

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | 00145904 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/11/2003 | 1/02/2004 | W04100 | PO-1576# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | GM MOUNT ASSY #3529 | | | 351.90 | 1,055.70 | 591.18 |
| | | Disc%: | 44.00 | | | |
| 54 | 67991 | EA | 1 | 1 | 0 | |
| | UT S/SY AQ&L ASSY 63560 BOX1/2 | | | 539.65 | 539.65 | 302.20 |
| | | Disc%: | 44.00 | | | |
| 55 | 67992 | EA | 1 | 1 | 0 | |
| | AQ&L ASSY UT S/SY 63560 BOX2/2 | | | 607.14 | 607.14 | 340.00 |
| | | Disc%: | 44.00 | | | |
| 56 | 8436 | EA | 5 | 5 | 0 | |
| | PLUG IN HARNESS KIT HB-1 OR HB-5 | | | 233.00 | 1,165.00 | 652.40 |
| | | Disc%: | 44.00 | | | |
| 57 | 91965K | EA | 25 | 25 | 0 | |
| | HAIRPIN COTTER 5/32" | | | .62 | 15.50 | 9.25 |
| | | Disc%: | 40.00 | | | |
| 58 | 93028K | EA | 15 | 15 | 0 | |
| | HITCH PIN 1" X 3-1/2" | | | 4.16 | 62.40 | 37.50 |
| | | Disc%: | 40.00 | | | |
| 59 | 93033K | EA | 4 | 4 | 0 | |
| | PIN 1/2" X 5.5" | | | 6.62 | 26.48 | 15.88 |
| | | Disc%: | 40.00 | | | |
| 60 | 93034K | EA | 1 | 1 | 0 | |
| | STAND LOCK PIN 5/8" X 2" | | | 8.96 | 8.96 | 5.38 |
| | | Disc%: | 40.00 | | | |
| 61 | 93042K | EA | 8 | 8 | 0 | |
| | LINCH PIN 3/16" | | | 2.97 | 23.76 | 14.24 |
| | | Disc%: | 40.00 | | | |
| 62 | 65125 | EA | 1 | 1 | 0 | |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

**INVOICE TOTAL**

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000050



**WESTERN PRODUCTS**     **INVOICE**

7777 NORTH 73RD STREET

P.O. BOX 245038

MILWAUKEE, WISCONSIN 53224-9538

414-354-2310

Page: 000007

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA    01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA    01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | | 00145904 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/11/2003 | 1/02/2004 | W04100 | PO-1576# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | CHUTE ASSY 14" RC STS | | | 451.00 | 451.00 | 230.01 |
| | Disc%: | | 49.00 | | | |
| 63 | 61930 | EA | 4 | 4 | 0 | |
| | A,Q & L ASSY U SU | | | 774.93 | 3,099.72 | 1,735.84 |
| | Disc%: | | 44.00 | | | |
| 64 | 62330 | EA | 1 | 1 | 0 | |
| | CHEV/GMC MOUNT ASSY U 1585 4X4 1988 & LATER | | | 445.20 | 445.20 | 249.31 |
| | Disc%: | | 44.00 | | | |
| 65 | 63470 | EA | 1 | 1 | 0 | |
| | A,Q & L ASSY U LSX | | | 810.63 | 810.63 | 453.95 |
| | Disc%: | | 44.00 | | | |
| 66 | 65890 | EA | 1 | 1 | 0 | |
| | VEH MOUNT GM 15-35 88-96 STANDARD BOX | | | 56.24 | 56.24 | 56.24 |
| 67 | 67830-2 | EA | 1 | 1 | 0 | |
| | FORD MOUNT ASSY 1299 F250,350.92-97 F150-BRONCO 4X4 | | | 351.90 | 351.90 | 197.06 |
| | Disc%: | | 44.00 | | | |
| 68 | 67991 | EA | 2 | 2 | 0 | |
| | UT S/SY AQ&L ASSY 63560 BOX1/2 | | | 539.65 | 1,079.30 | 604.40 |
| | Disc%: | | 44.00 | | | |
| 69 | 67992 | EA | 2 | 2 | 0 | |
| | AQ&L ASSY UT S/SY 63560 BOX2/2 | | | 607.14 | 1,214.28 | 680.00 |
| | Disc%: | | 44.00 | | | |
| 70 | 49311 | EA | 12 | 12 | 0 | |
| | ONE QT. HIGH PERFORMANCE FLUID 12 QUARTS PER CASE | | | 7.28 | 87.36 | 48.96 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000051



WESTERN PRODUCTS INVOICE
Page: 000008

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 137715-00 | 104134 | 10 | YELLOW | | COLLECT | 00145904 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/11/2003 | 1/02/2004 | W04100 | PO-1576# | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | | Disc%: | | 44.00 | | | |
| 71 | 61300 | EA | | 4 | 4 | 0 | |
| | 6-1/2 FT. BLADE ASSY SU | | | | 446.37 | 1,785.48 | 999.88 |
| | | Disc%: | | 44.00 | | | |
| 72 | 61540-1 | EA | | 3 | 3 | 0 | |
| | HEADLAMP KIT 9-PIN | | | | 210.11 | 630.33 | 352.98 |
| | | Disc%: | | 44.00 | | | |
| 73 | 61550-1 | EA | | 1 | 1 | 0 | |
| | HEADLAMP KIT 12-PIN | | | | 210.11 | 210.11 | 117.66 |
| | | Disc%: | | 44.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 28,735.38 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.          1% 10 NET 30

| INVOICE TOTAL | $28,735.38 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-11467-MAP   Document 29-2   Filed 07/15/15   Page 49 of 60



## WESTERN PRODUCTS
### INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA     .    01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|--|-----------|-----------|
| 139947-00 | 104134 | 10 | YELLOW | | | COLLECT | 00145968 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 12/24/2003 | 1/02/2004 | | W04100 | PO-1576-MISSED | | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED | SHIPPED | BACKORDERED | |
|------------|-------------|-----|----------------|---------|-------------|--|
| | DESCRIPTION | | PRICES: PER UNIT | EXTENDED | | NET |
| | * * * * * * * * * * * * * * * | | | | | |
| | PLEASE SHIP WITH ORDER# 906580!!!!!!!!!!!!!!!!! | | | | | |
| | * * * * * * * * * * * * * * * | | | | | |
| 1 | 56355 | EA | 3 | 3 | 0 | |
| | ISAR MK111A SOL HYD SYS 6RAM U | | 1,684.20 | 5,052.60 | | 2,829.45 |
| | | Disc%: | 44.00 | | | |
| 2 | 60018 | EA | 3 | 3 | 0 | |
| | 7-1/2 FT. BLADE ASSY STD | | 621.99 | 1,865.97 | | 1,044.93 |
| | | Disc%: | 44.00 | | | |

|  | |
|--|--|
| Sales Amount | 3,874.38 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 . | INVOICE TOTAL | $3,874.38 |
|--|--|--|--|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000053

Case 2:04-cv-11467-NMG   Document 32-3   Filed 07/15/2005   Page 50 of 60



**WESTERN PRODUCTS**   **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA        01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA        01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 140567-00 | 104249 | 10 | UPS | | PREPAID | 00146017 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 12/30/2003 | 1/02/2004 | W04100 | PETER | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 67830-2 | EA | | 1 | 1 | 0 | 197.06 |
| | FORD MOUNT ASSY 1299 | | | | 351.90 | 351.90 | |
| | F250,350.92-97 F150-BRONCO 4X4 | | | | | | |
| | Disc%: 44.00 | | | | | | |
| | --- | | | | | | |
| | HOT HOT RUSH - SHIP ASAP | | | | | | |
| | --- | | | | | | |

| | | |
|---|---|---|
| Sales Amount | 197.06 |
| Misc. Charges | .00 |
| Freight | 41.63 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF         1% 10 NET 30      INVOICE TOTAL      **$238.69**
MERCHANDISE ONLY.

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000054



# WESTERN PRODUCTS

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|---|-----------|---|-----------|
| 140935-00 | | 10 | DO NOT SHIP | | PREPAID | | 00146174 |
| **ORDER DATE** | **SHIP DATE** | | **CUST #** | **PURCHASE ORDER #** | **JOB #** | **SLS** | **DATE** |
| 1/02/2004 | 1/02/2004 | | W04100 | 1546 FREIGHT | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|---------------------------|-----|--------|-----------------|-------------------|----------------------|-----|
| 1 | XFB | EA | | 1 | 1 | 0 | |
| | FREIGHT BILLING | | | 1,550.38 | 1,550.38 | | 1,550.38 |
| | FREIGHT CHARGES RELATING TO YOUR ORDER SHIPPED PREPAID ON | | | | | | |
| | 12/8/03 VIA HOFFMAN TRANSIT. | | | | | | |
| | REF WESTERN INV 141464 | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 1,550.38 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          **NET**
MERCHANDISE ONLY.

**INVOICE TOTAL**          **$1,550.38**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000055



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 140974-00 | | 10 | DO NOT SHIP | | PREPAID | 00146199 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 1/02/2004 | 1/02/2004 | W04100 | PETER- FREIGHT | | 16 | 1/02/2004 |

| LINE SEQ # | ITEM NUMBER<br>DESCRIPTION | UOM | QTY'S:<br>PRICES: | ORDERED | SHIPPED<br>PER UNIT | BACKORDERED<br>EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | XFB<br>FREIGHT BILLING | EA | 1 | 1 | 1<br>90.43 | 0<br>90.43 | 90.43 |

FREIGHT CHARGES RELATING TO YOUR ORDER SHIPPED PREPAID ON
12/18/03 VIA YELLOW (PRO 125101394)
REF WESTERN INV 143585

|  | |
|---|---|
| Sales Amount | 90.43 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| CASH DISCOUNTS, WHEN OFFERED ARE NET<br>APPLICABLE TO THE AMOUNT OF<br>MERCHANDISE ONLY. | INVOICE TOTAL | $90.43 |
|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000056



**WESTERN PRODUCTS**          **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 138631-00 | 104487 | 10 | UPS | | PREPAID | 00146313 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/15/2003 | 1/05/2004 | W04100 | 1582# | | 16 | 1/05/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|------------------------|-----|-------|-----------------|------------------|----------------------|-----|
| 14 | 56185K | EA | | 1 | 1 | 0 | |
| | SUCTION FILTER KIT | | | | 4.82 | 4.82 | 2.89 |
| | | | Disc%: | 40.00 | | | |

|  |  |
|--|--|
| Sales Amount | 2.89 |
| Misc. Charges | .00 |
| Freight | 5.31 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.                    1% 10 NET 30

| INVOICE TOTAL | $8.20 |
|---------------|-------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000057

Case 3:04-cv-01467-MAP Document 32-3 Filed 07/15/2005 Page 54 of 60



7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA    01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA    01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|---|
| 139238-00 | 104487 | 10 | UPS | . | | PREPAID | | 00146328 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 12/15/2003 | 1/05/2004 | | W04100 | 1593# | | | 16 | 1/05/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 5 | 8437 | EA | | 1 | 1 | 0 | |
| | PLUG-IN HARNESS KIT | | | | 233.00 | 233.00 | 130.48 |
| | HB-3 &HB-4-A,LIGHT GREEN LABEL | | | | | | |
| | Disc%: | | | 44.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 130.48 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF   1% 10 NET 30
MERCHANDISE ONLY.

| INVOICE TOTAL | $130.48 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000058

Case 3:04-cv-01467-N Document 115 Filed 07/15/05 Page 55 of 60



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|------|-----------|-----------|
| 139330-00 | 104487 | 10 | UPS | | PREPAID | 00146330 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 12/15/2003 | 1/05/2004 | W04100 | 1595# | | 16 | 1/05/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------|------------------------|-----|------|------|------|------|
| 2 | 21501 | EA | 1 | 0 | 1 | |
| | HYD PUMP KIT - FS | | | 179.87 | .00 | .00 |
| | | | Disc%: 40.00 | | | |
| 3 | 26352 | EA | 1 | 1 | 0 | |
| | PLUG-IN HARNESS HB-3 & HB-4 -B LONG | | | 73.39 | 73.39 | 44.03 |
| | | | Disc%: 40.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 44.03 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

INVOICE TOTAL          $44.03

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000059

Case 2:04-cv-01467-MJP   Document 32-3   Filed 07/15/2005   Page 56 of 60



# WESTERN PRODUCTS    INVOICE

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 141276-00 | 104947 | 10 | UP8 | | PREPAID | 00146935 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/06/2004 | 1/07/2004 | W04100 | 1620# | | 16 | 1/07/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 27780 | EA | 3 | 3 | 0 | |
| | PLUG-IN HARNESS KIT | | | 233.00 | 699.00 | 391.44 |
| | HB-3 &HB-4-B,LIGHT GREEN LABEL | | | | | |
| | Disc%: | | 44.00 | | | |
| 2 | 56369 | EA | 8 | 0 | 8 | |
| | SOLENOID CONTROL KIT - U | | | 201.83 | .00 | .00 |
| | Disc%: | | 44.00 | | | |
| 3 | 8437 | EA | 4 | 4 | 0 | |
| | PLUG-IN HARNESS KIT | | | 233.00 | 932.00 | 521.92 |
| | HB-3 &HB-4-A,LIGHT GREEN LABEL | | | | | |
| | Disc%: | | 44.00 | | | |

|  | |
|---|---|
| Sales Amount | 913.36 |
| Misc. Charges | .00 |
| Freight | 15.55 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE 1% 10 NET 30
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

| INVOICE TOTAL | $928.91 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000060

Case 3:04-cv-01467-M Document 89 Filed 07/19/05 Page 57 of 60



## WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | INVOICE # |
|---------|--------|------|----------|---|---|---------|-----------|
| 141406-00 | 105076 | 10 | UPS | | | PREPAID | 00147106 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 1/06/2004 | 1/07/2004 | W04100 | 1623# | | 16 | 1/07/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|------------------------|------------------|----------------------|-----|
| 1 | 25878K RAM ASSY 2 X 16 KIT Disc%: | EA | 2 40.00 | 0 145.60 | 2 .00 | .00 |
| 2 | 56616 HOSE KIT, 1/4X42 W/ F-JIC ENDS Disc%: | EA | 2 40.00 | 2 21.44 | 0 42.88 | 25.72 |
| 3 | 67846 STAND ASSEMBLY PASSENGER SIDE Disc%: | EA | 1 40.00 | 1 149.28 | 0 149.28 | 89.57 |
| 4 | 67847 STAND SHOE KIT Disc%: | EA | 2 40.00 | 2 22.28 | 0 44.56 | 26.74 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 142.03 |
| Misc. Charges | .00 |
| Freight | 8.30 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

**INVOICE TOTAL**          $150.33

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000061



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 140906-00 | 105096 | 10 | YELLOW | | COLLECT | 00147234 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 1/02/2004 | 1/08/2004 | W04100 | PO-1607# | | 16 | 1/08/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|---------------------------|-----|--------------------------|--------------------|------------------------|-----|
| 1 | 49230K | EA | 2 | 2 | 0 | |
| | COIL W/SPADE TERMINALS | | | 13.05 | 26.10 | 15.66 |
| | | Disc%: | 40.00 | | | |
| 2 | 49298 | EA | 1 | 1 | 0 | |
| | HEADLIGHT HOUSING ASSY | | | 46.32 | 46.32 | 27.79 |
| | | Disc%: | 40.00 | | | |
| 3 | 59694K | EA | 4 | 4 | 0 | |
| | BLADE GUIDE FLAG | | | 4.60 | 18.40 | 11.04 |
| | | Disc%: | 40.00 | | | |
| 4 | 65109 | EA | 1 | 1 | 0 | |
| | TARP - 8' | | | 64.96 | 64.96 | 45.47 |
| | | Disc%: | 30.00 | | | |
| 5 | 68351 | EA | 2 | 2 | 0 | |
| | #40 ROLLER CHAIN 26 1/2" LONG | | | 12.08 | 24.16 | 14.50 |
| | WITH MASTER LINK (HARDENED) | | | | | |
| | | Disc%: | 40.00 | | | |
| 6 | 68790 | EA | 2 | 2 | 0 | |
| | RATCHET TIE DOWN KIT | | | 67.60 | 135.20 | 94.64 |
| | | Disc%: | 30.00 | | | |
| 7 | 95330 | EA | 1 | 1 | 0 | |
| | LOW PROFILE MODEL 500 WP | | | 650.30 | 650.30 | 650.30 |
| 8 | 67070 | EA | 1 | 1 | 0 | |
| | CONTROL ON/OFF (BOXED) | | | 53.35 | 53.35 | 53.35 |
| | WP | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 912.75 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.          1% 10 NET 30

| INVOICE TOTAL | $912.75 |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**

**INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 139330-00 | 105390 | 10 | UPS | | PREPAID | 00147542 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 12/18/2003 | 1/09/2004 | W04100 | 1595# | | 16 | 1/09/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 2 | 21501 HYD PUMP KIT - FS | EA | 1 | 1 | 179.87 | 0 | 107.92 |
| | | | Disc%: | 40.00 | 179.87 | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 107.92 |
| Misc. Charges | .00 |
| Freight | 4.46 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $112.38 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000063

Case 3:04-cv-01467-MAP   Document 32-3   Filed 07/15/2005   Page 60 of 60



## WESTERN PRODUCTS          INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA              01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA              01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 141276-00 | 105864 | 10 | UPS | | | PREPAID | 00148032 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 1/06/2004 | 1/12/2004 | W04100 | 1620# | | | 16 | 1/12/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 2 | 56369 SOLENOID CONTROL KIT - U | EA | 8 Disc%: 44.00 | 8 201.83 | 0 1,614.64 | 904.24 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 904.24 |
| Misc. Charges | .00 |
| Freight | 28.30 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $932.54 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000064



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 141406-00 | 105864 | 10 | UPS | | PREPAID | 00148046 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 1/06/2004 | 1/12/2004 | W04100 | 1623# | | 16 | 1/12/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 25878K | EA | | 2 | 2 | 0 | 174.72 |
| | RAM ASSY 2 X 16 KIT | | Disc%: | 40.00 | 145.60 | 291.20 | |

| | | |
|---|---|---|
| | Sales Amount | 174.72 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | .00 |
| | Sales Tax | .00 |

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 | INVOICE TOTAL | $174.72 |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000065

Case 3:04-cv-01467-... Filed 07/19... Page 2 of 60



**WESTERN PRODUCTS**    **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA      01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/ PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 142994-00 | | 10 | DO NOT SHIP | | PREPAID | 00148903 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/14/2004 | 1/14/2004 | W04100 | INSEASON FRT ALLOWANCE | | 16 | 1/14/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY's: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | THIS CREDIT IS FOR INSEASON FREIGHT ALLOWANCE FOR ORDER 137715 | | | | | |
| 1 | XFI | EA | 1- | 1- | 0 | |
| | FREIGHT ALLOWANCE IN SEASON | | 250.00 | 250.00- | | 250.00- |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 250.00- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.    NET

| INVOICE TOTAL | $250.00- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-1467-WESTERN-PRODUCTSd 07/1INVOICEPage 3 of 60



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/ PPD | INVOICE # |
|---------|--------|------|----------|--|----------|-----------|
| 143323-00 | 106968 | 10 | UPS | | PREPAID | 00149754 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|-----------|-----------|--------|------------------|-------|-----|------|
| 1/16/2004 | 1/19/2004 | W04100 | PETER | | 16 | 1/19/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 61540-1 | EA | | 2 | 2 | 0 | |
| | HEADLAMP KIT 9-PIN | | | | 210.11 | 420.22 | 235.32 |
| | | | Disc%: | 44.00 | | | |

| | |
|---|---|
| Sales Amount | 235.32 |
| Misc. Charges | .00 |
| Freight | 11.68 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 | INVOICE TOTAL | $247.00 |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000067

Case 3:04-cv-01467-MAP Document 52-4 Filed 07/15/2005 Page 4 of 60



# WESTERN PRODUCTS INVOICE
Page: 000001

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA                01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA                01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|--|-----------|--|-----------|
| 143404-00 | 107133 | 10 | UPS | | PREPAID | | 00149908 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 1/19/2004 | 1/20/2004 | W04100 | 1639# | | | 16 | 1/20/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|---------------------------|-----|------------------------|------------------|----------------------|-----|
| 1 | 25968K | EA | 1 | 1 | 0 | |
| | BASE LUG W/#25618 O-RING | | Disc%: 40.00 | 11.00 | 11.00 | 6.60 |
| 2 | 61169 | EA | 4 | 4 | 0 | |
| | VEHICLE BATTERY CABLE | | Disc%: 40.00 | 30.45 | 121.80 | 73.08 |
| 3 | 65193 | EA | 1 | 1 | 0 | |
| | SPROCKET, #40 X 24T X 3/4" ID | | Disc%: 40.00 | 26.80 | 26.80 | 16.08 |
| 4 | 65196 | EA | 1 | 1 | 0 | |
| | SPINNER SHAFT RC ZYC (14" CHT) | | Disc%: 40.00 | 16.77 | 16.77 | 10.06 |
| 5 | 65197 | EA | 2 | 2 | 0 | |
| | 3/4" PILLOW BLOCK BEARING WITH LOCK COLLAR | | Disc%: 40.00 | 27.67 | 55.34 | 33.20 |
| 6 | 65201 | EA | 1 | 1 | 0 | |
| | SPINNER DISK RC MS | | Disc%: 40.00 | 59.98 | 59.98 | 35.99 |
| 7 | 66763 | EA | 3 | 3 | 0 | |
| | INLET FITTING/FILTER KIT | | Disc%: 40.00 | 15.44 | 46.32 | 27.78 |
| 8 | 67534 | EA | 1 | 1 | 0 | |
| | THROTTLE SWITCH MOM/OFF/MOM | | Disc%: 40.00 | 32.87 | 32.87 | 19.72 |
| 9 | 68350 | EA | 1 | 1 | 0 | |
| | #40 ROLLER CHAIN 29 1/2" LONG WITH MASTER LINK (HARDENED) | | Disc%: 40.00 | 12.73 | 12.73 | 7.64 |
| 10 | 92190K | EA | 2 | 2 | 0 | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

INVOICE TOTAL

*** Continued On The Next Page ***

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000068



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000002

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 143404-00 | 107133 | 10 | UPS | | PREPAID | 00149908 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/19/2004 | 1/20/2004 | W04100 | 1639# | | 16 | 1/20/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY's | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | SWIVEL HOSE FITTING 1/4"X45DEG | | | 5.46 | 10.92 | | 6.56 |
| |             Disc%: | | 40.00 | | | | |
| | Part number 92190    has been replaced by 92190K | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 236.71 |
| Misc. Charges | .00 |
| Freight | 9.38 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF  1% 10 NET 30
MERCHANDISE ONLY.

INVOICE TOTAL    **$246.09**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000069



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|--|-----------|-----------|
| 134598-00 | 107288 | 10 | YELLOW | | | COLLECT | 00150036 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 1/21/2004 | W04100 | PO-1546# | | 16 | 1/21/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|---------------------------|-----|--------------------------|--------------------|------------------------|-----|
| 4 | 3919 | EA | 2 | 0 | 2 | |
| | DODGE MOUNT ASSY | | | 351.90 | .00 | .00 |
| | | Disc%: | 44.00 | | | |
| 19 | 63472 | EA | 1 | 0 | 1 | |
| | BLADE ASSY - 7'-2"LSX | | | 598.99 | .00 | .00 |
| | | Disc%: | 44.00 | | | |
| 26 | 65605-2 | EA | 1 | 1 | 0 | |
| | BATTERY KIT, SPREADER | | | 75.11 | 75.11 | 38.31 |
| | | Disc%: | 49.00 | | | |
| 41 | 94480 | EA | 1 | 1 | 0 | |
| | TOP SCREEN 7' RC | | | 261.87 | 261.87 | 183.31 |
| | | Disc%: | 30.00 | | | |
| 45 | 95425 | EA | 1 | 0 | 1 | |
| | CHUTE ASSY 14" STS | | | 526.24 | .00 | .00 |
| | CENTER BELT DRIVE | | | | | |
| | | Disc%: | 49.00 | | | |
| 47 | 95424 | EA | 1 | 0 | 1 | |
| | CHUTE ASSY 14" MS | | | 398.90 | .00 | .00 |
| | CENTER BELT DRIVE | | | | | |
| | | Disc%: | 49.00 | | | |
| 49 | 65605-2 | EA | 2 | 2 | 0 | |
| | BATTERY KIT, SPREADER | | | 75.11 | 150.22 | 76.62 |
| | | Disc%: | 49.00 | | | |

|  | |
|--|--|
| Sales Amount | 298.24 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          1% 10 NET 30
MERCHANDISE ONLY.

| INVOICE TOTAL | $298.24 |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 143685-00 | 107550 | 10 | UPS | | PREPAID | 00150419 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 1/21/2004 | 1/22/2004 | W04100 | PO-1648# | | 16 | 1/22/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 61540-1 | EA | 1 | 1 | 0 | |
| | HEADLAMP KIT 9-PIN | | | 210.11 | 210.11 | 117.66 |
| | | Disc%: | 44.00 | | | |
| 2 | 67106 | EA | 1 | 1 | 0 | |
| | ADJUSTMENT ROD ASSEMBLY | | | 29.38 | 29.38 | 17.63 |
| | | Disc%: | 40.00 | | | |
| 3 | 8439 | EA | 1 | 1 | 0 | |
| | PLUG-IN HARNESS KIT | | | 233.00 | 233.00 | 130.48 |
| | 2B OR 2D OR HB2 | | | | | |
| | | Disc%: | 44.00 | | | |

|  | |
|--|--|
| Sales Amount | 265.77 |
| Misc. Charges | .00 |
| Freight | 11.25 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|--|--|
| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 |

INVOICE TOTAL      **$277.02**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
 B & P SUPPLY
 260 COLUMBUS AVE
 PITTSFIELD MA          01201

Ship-to:
 B & P SUPPLY
 260 COLUMBUS AVE
 PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 134598-00 | 107634 | 10 | YELLOW | | COLLECT | 00150700 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 11/24/2003 | 1/23/2004 | | W04100 | PO-1546# | | 16 | 1/23/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 19 | 63472 | EA | 1 | 1 | | 0 | |
| | BLADE ASSY – 7'-2"LSX | | | 598.99 | 598.99 | | 335.43 |
| | | | Disc%: | 44.00 | | | |
| 47 | 95424 | EA | 1 | 1 | | 0 | |
| | CHUTE ASSY 14" MS | | | 398.90 | 398.90 | | 203.44 |
| | CENTER BELT DRIVE | | | | | | |
| | | | Disc%: | 49.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

Sales Amount      538.87
Misc. Charges        .00
Freight        .00
Sales Tax        .00

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30          INVOICE TOTAL          $538.87

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000072



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**
Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA        01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA        01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 137715-00 | 107634 | 10 | YELLOW | | COLLECT | 00150713 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 11/24/2003 | 1/23/2004 | W04100 | PO-1576# | | 16 | 1/23/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY's: PRICES: | ORDERED PER UNIT | SHIPPED EXTENDED | BACKORDERED NET |
|------------|------------------------|-----|----------------|------------------|------------------|------|
| 38 | 62370 | EA | 2 | 0 | 2 | |
| | TOYOTA MOUNT ASSY U #2365 | | | 445.20 | .00 | .00 |
| | TACOMA PICK-UP 4X4 95 & LATER | | | | | |
| | | | Disc%: 44.00 | | | |
| 39 | 62530 | EA | 3 | 3 | 0 | |
| | RUBBER DEFLECTOR KIT 8.0' | | | 130.65 | 391.95 | 219.48 |
| | ORDER IN MULT OF 3 ONLY | | | | | |
| | | | Disc%: 44.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 219.48 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $219.48 |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-01467-M Document 1 Filed 07/16/04 Page 10 of 60



7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
    B & P SUPPLY
    260 COLUMBUS AVE
    PITTSFIELD MA      01201

Ship-to:
    B & P SUPPLY
    260 COLUMBUS AVE
    PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 144264-00 | | 10 | YELLOW | | PREPAID | 00150925 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/23/2004 | 1/23/2004 | W04100 | FOUR STAR REBATE 2003 | | 16 | 1/23/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: PRICES: | ORDERED | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | XPF | EA | | 1 | 1 | 0 | |
| | FOUR STAR SELECT CREDIT | | | | 1,732.06 | 1,732.06 | 1,732.06 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 1,732.06 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF   1% 10 NET 30
MERCHANDISE ONLY.

| INVOICE TOTAL | $1,732.06 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000074

Case 2:04-cv-01467-MJP   Document 32-1   Filed 07/15/2005   Page 11 of 60



**WESTERN PRODUCTS**     **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA     01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA     01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 144709-00 | | 10 | DO NOT SHIP | | PREPAID | 00151441 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/27/2004 | 1/27/2004 | W04100 | 1576 – | | 16 | 1/27/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | | PRICES: | PER UNIT | EXTENDED | NET |
| | CUSTOMER WAS SHIPPED A 95425 WHEN ORDERED A 65125 | | | | | |
| | ON PO 1576 - CUSTOMER WILL KEEP INCORRECT CHUTE | | | | | |
| | THIS IS TO INVOICE FOR PART SHIPPED | | | | | |
| 1 | 95425 | EA | 1 | 1 | 0 | |
| | CHUTE ASSY 14" STS | | | 526.24 | 526.24 | 268.38 |
| | CENTER BELT DRIVE | | | | | |
| | Disc%: | 49.00 | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

Sales Amount     268.38
Misc. Charges     .00
Freight     .00
Sales Tax     .00

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.     NET

INVOICE TOTAL     $268.38

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000075



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 144787-00 | | 10 | DO NOT SHIP | | PREPAID | 00151452 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 1/27/2004 | 1/27/2004 | W04100 | FOUR STAR REBATE 2003 | | 16 | 1/27/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: | ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | | | PRICES: | PER UNIT | EXTENDED | NET |
| 1 | XPF | EA | | 1- | 1- | 0 | |
| | FOUR STAR SELECT CREDIT | | | | 1,732.06 | 1,732.06- | 1,732.06- |
| | FOUR STAR SELECT REBATE | | | | | | |
| | THIS CREDIT REPRESENTS A 2% REBATE ON ALL 2003 TAILGATE | | | | | | |
| | AND HOPPER SPREADER WHOLEGOODS PURCHASES AND ALL 2003 PARTS | | | | | | |
| | AND TRUE ACCESSORIES PURCHASES AS OUTLINED IN THE FOUR STAR | | | | | | |
| | SELECT PROGRAM FROM 2003 PRESEASON | | | | | | |
| | THANK YOU FOR YOUR PARTICIPATION! | | | | | | |

|  | |
|---|---|
| Sales Amount | 1,732.06- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | NET | INVOICE TOTAL | $1,732.06- |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000076



# WESTERN PRODUCTS          INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 144970-00 | | 10 | DO NOT SHIP | | | PREPAID | 00151568 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 1/27/2004 | 1/27/2004 | W04100 | REBATE CREDIT 01/23/04 | | | 16 | 1/27/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | | PRICES: | PER UNIT | EXTENDED | NET |
| 1 | XPF | EA | 1- | 1- | 0 | 1,732.06- |
| | FOUR STAR SELECT CREDIT | | | 1,732.06 | 1,732.06- | |

CUSTOMER PLEASE NOTE THIS CREDIT IS FOR ORDER #144264 WHICH
WAS ENTERED IN ORIGINALLY AS A BILLING INSTEAD OF YOUR 4 →
STAR REBATE CREDIT. NEW REBATE CREDIT TO FOLLOW ON ORDER
#144787.

*Inv # 150925*

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 1,732.06- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $1,732.06- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000077

Case 2:04-cv-11467-MAP    Document 32-4    Filed 07/15/2005    Page 14 of 60



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 145182-00 | | 10 | DO NOT SHIP | | PREPAID | 00151680 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/27/2004 | 1/27/2004 | W04100 | RMA 11936 | | 16 | 1/27/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED | SHIPPED | BACKORDERED | |
| | DESCRIPTION | | PRICES: | PER UNIT | EXTENDED | NET |
|---|---|---|---|---|---|---|
| | CREDIT MEMO | | | | | |
| | RMA 11936 | | | | | |
| 1 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 302.50 | 302.50- | 302.50- |
| | CR 5.5HRS @ $55/HR TO DO MISC LABOR | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 302.50- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF      NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $302.50- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000078



### WESTERN PRODUCTS **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 145207-00 | | 10 | DO NOT SHIP | | PREPAID | 00151696 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 1/27/2004 | 1/27/2004 | W04100 | RMA 39311 | | 16 | 1/27/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|---------------------------|-----|--------|-------------------|--------------------|------------------------|-----|
| | CREDIT MEMO | | | | | | |
| | RMA 39311 | | | | | | |
| 1 | 49311 | EA | | 2- | 2- | 0 | |
| | ONE QT. HIGH PERFORMANCE FLUID | | | | 4.08 | 8.16- | 8.16- |
| | 12 QUARTS PER CASE | | | | | | |
| | WARRANTY CREDIT | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 8.16- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.    NET

| INVOICE TOTAL | $8.16- |
|---------------|--------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 145243-00 | | 10 | DO NOT SHIP | | | PREPAID | 00151842 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 1/28/2004 | 1/28/2004 | | W04100 | MUNI | | 16 | 1/28/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | CREDIT MEMO | | | | | |
| 1 | XMP | EA | 1- | 1- | 0 | |
| | MUNI DISCOUNT PLOWS | | | 276.42 | 276.42- | 276.42- |
| | MUNICIPAL CREDIT ON 1 PLOW SOLD TO | | | | | |
| | T/O WILLIAMSBURG SI-5975 | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 276.42- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF  NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $276.42- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000080

Case 3:04-cv-01467-MJR Document ... Filed 07/15 ... Page 17 of 60



# WESTERN PRODUCTS

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---------|--------|------|----------|--|-----------|--|-----------|
| 144715-00 | 108247 | 10 | UPS | | PREPAID | | 00151922 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 1/27/2004 | 1/28/2004 | W04100 | PO-1662# | | 16 | 1/28/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------|------------------------|-----|------|------|------|------|
| 1 | 64100 | EA | 6 | 6 | 0 | |
| | HEADLAMP KIT 11-PIN | | | 170.00 | 1,020.00 | 571.20 |
| | Disc%: | | 44.00 | | | |
| 2 | 27780 | EA | 3 | 3 | 0 | |
| | PLUG-IN HARNESS KIT | | | 233.00 | 699.00 | 391.44 |
| | HB-3 &HB-4-B, LIGHT GREEN LABEL | | | | | |
| | Disc%: | | 44.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 962.64 |
| Misc. Charges | .00 |
| Freight | 37.08 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

INVOICE TOTAL

$999.72

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000081



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|--|-----------|-----------|
| 144950-00 | 108247 | 10 | UPS | | | PREPAID | 00151943 |
| **ORDER DATE** | **SHIP DATE** | | **CUST #** | **PURCHASE ORDER #** | **JOB #** | **SLS** | **DATE** |
| 1/27/2004 | 1/28/2004 | | W04100 | 1663# | | 16 | 1/28/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 21294 | EA | 3 | 3 | 0 | |
| | PLOW BATTERY CABLE | | | 30.30 | 90.90 | 54.54 |
| | | | Disc%: 40.00 | | | |
| 2 | 8439 | EA | 3 | 3 | 0 | |
| | PLUG-IN HARNESS KIT | | | 233.00 | 699.00 | 391.44 |
| | 2B OR 2D OR HB2 | | | | | |
| | | | Disc%: 44.00 | | | |

|  |  |
|--|--|
| Sales Amount | 445.98 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF     1% 10 NET 30
MERCHANDISE ONLY.

| INVOICE TOTAL | $445.98 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000082



**WESTERN PRODUCTS**      **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---------|--------|------|----------|--|---------|-----------|
| 144747-00 | 108451 | 10 | UPS | | WP-PAY WNTY | 00152035 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 1/27/2004 | 1/29/2004 | W04100 | RMA 39311 | | 16 | 1/29/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | | PRICES: | PER UNIT | EXTENDED | NET |
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY RMA 39311 | | | | | |
| 1 | 66763 | EA | 1 | 1 | 0 | |
| | INLET FITTING/FILTER KIT | | | .00 | .00 | .00 |
| | | Disc%: | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 33.00 | 33.00- | 33.00- |
| | CR .6RHS @ $55/HR TO R&R PICKUP TUBE, SUCTION FILTER OR DIFFUSER | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 33.00- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.    1% 10 NET 30

| INVOICE TOTAL | $33.00- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000083

Case 3:04-cv-01467-MWESTERN PRODUCTSled 07/11INVOICEage 20 of 60



# WESTERN PRODUCTS
### INVOICE
Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 145775-00 | 108625 | 10 | UPS | | PREPAID | 00152488 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 1/29/2004 | 1/30/2004 | W04100 | 1668# | | 16 | 1/30/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 49138K RELIEF VALVE KIT - 2 SETS Disc%: | EA | 1 40.00 | 1 14.08 | 0 14.08 | 8.45 |
| 2 | 49226K POPPET CHECK VALVE KIT Disc%: | EA | 1 40.00 | 1 18.20 | 0 18.20 | 10.92 |
| 3 | 49229K CARTRIDGE 40 W/JAM NUT Disc%: | EA | 2 40.00 | 2 63.08 | 0 126.16 | 75.70 |
| 4 | 56185K SUCTION FILTER KIT Disc%: | EA | 4 40.00 | 4 4.82 | 0 19.28 | 11.56 |
| 5 | 56507 BYPASS CHECK VALVE ASSEMBLY Disc%: | EA | 1 40.00 | 1 4.12 | 0 4.12 | 2.47 |
| 6 | 59700 BLADE GUIDE & FLAG ASSY 24" Disc%: | EA | 2 44.00 | 2 31.20 | 0 62.40 | 34.94 |
| 7 | 90493K 5/8-11X6 EYEBOLT W/ NUTS Disc%: | EA | 8 40.00 | 8 2.86 | 0 22.88 | 13.76 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 157.80 |
| Misc. Charges | .00 |
| Freight | 10.46 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

INVOICE TOTAL

**$168.26**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-01467-MRK   Document 89-11   Filed 07/18/2005   Page 21 of 60



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 147266-00 | | 10 | DO NOT SHIP | | PREPAID | 00154384 |
| **ORDER DATE** | **SHIP DATE** | | **CUST #** | **PURCHASE ORDER #** | **JOB #** | **SLS** | **DATE** |
| 2/07/2004 | 2/07/2004 | | W04100 | RMA 62065 | | 16 | 2/07/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|--------------------------|-----|--------------------------|--------------------|------------------------|-----|
| | CREDIT MEMO | | | | | |
| 1 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 110.00 | 110.00- | 110.00- |
| | CR 2.0HRS @ $55/HR TO DO MISC LABOR | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|--|--|
| Sales Amount | 110.00- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF   **NET**
MERCHANDISE ONLY.

| INVOICE TOTAL | $110.00- |
|---------------|----------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000085



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000001

## OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 147285-00 | 110317 | 10 | UPS | | WP-PAY WNTY | 00154620 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|---|-------|-----|------|
| 2/07/2004 | 2/10/2004 | W04100 | RMA 11931 | | | 16 | 2/10/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|---------------------------|-----|--------------------------|--------------------|------------------------|-----|
| | ATTN SHIPPING:  "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 11931 | | | | | |
| 1 | 49089 | EA | 1 | 1 | 0 | |
| | CUTTING EDGE ASSY 8' P | | .00 | .00 | .00 | .00 |
| | Disc%: | | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 27.50 | 27.50- | 27.50- |
| | CR .5HRS @ $55/HR TO R&R CUTTING EDGE ASSY | | | | | |

|  | | |
|--|--|--|
| Sales Amount | 27.50- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $27.50- |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000086

Case 3:04-cv-11467-MAP Document 55 Filed 07/15/2005 Page 23 of 60



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA            01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 147506-00 | 110319 | 10 | UPS NEXT DAY | | PREPAID | 00154680 |
| **ORDER DATE** | **SHIP DATE** | | **CUST #** | **PURCHASE ORDER #** | **JOB #** | **SLS** | **DATE** |
| 2/10/2004 | 2/10/2004 | | W04100 | 1681# | | 16 | 2/10/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** | | | | | | |
| | NEXT DAY AIR | | | | | | |
| | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** | | | | | | |
| 1 | 95489 | EA | 2 | | 2 | 0 | |
| | PULLEY KIT | | | | 9.53 | 19.06 | 11.44 |
| | | | Disc%: | 40.00 | | | |
| 2 | 95418 | EA | 2 | | 2 | 0 | |
| | BELT | | | | 8.76 | 17.52 | 10.52 |
| | | | Disc%: | 40.00 | | | |

|  | |
|---|---|
| Sales Amount | 21.96 |
| Misc. Charges | .00 |
| Freight | 28.75 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF 1% 10 NET 30
MERCHANDISE ONLY.

INVOICE TOTAL    **$50.71**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000087



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 148280-00 | | 10 | DO NOT SHIP | | PREPAID | 00155676 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/13/2004 | 2/13/2004 | W04100 | RMA 70544 | | 16 | 2/13/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | CREDIT MEMO | | | | | |
| | RMA 70544 | | | | | |
| 1 | 56538K | EA | 1- | 1- | 0 | |
| | RAM ASSY 1-1/2 X 8 KIT | | | 98.01 | 98.01- | 58.81- |
| | Disc%: | | 40.00 | | | |
| | WARRANTY CREDIT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 27.50 | 27.50- | 27.50- |
| | CR .5RHS @ $55/HR TO R&R LIFT/ANGLE CYLINDER ASSY | | | | | |
| 3 | 49311 | EA | 2- | 2- | 0 | |
| | ONE QT. HIGH PERFORMANCE FLUID | | | 4.08 | 8.16- | 8.16- |
| | 12 QUARTS PER CASE | | | | | |
| | WARRANTY CREDIT | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 94.47- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF    NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $94.47- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000088



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|---|-----------|-----------|
| 148284-00 | | 10 | DO NOT SHIP | | PREPAID | 00155679 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 2/13/2004 | 2/13/2004 | W04100 | RMA 39189 | | 16 | 2/13/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|---------------------------|-----|--------------------------|--------------------|------------------------|-----|
| | CREDIT MEMO | | | | | |
| | RMA 39189 | | | | | |
| 1 | 49229K | EA | 1- | 1- | 0 | |
| | CARTRIDGE 40 W/JAM NUT | | 63.08 | 63.08- | | 37.85- |
| | Disc%: | 40.00 | | | | |
| | WARRANTY CREDIT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | 11.00 | 11.00- | | 11.00- |
| | CR .2HRS @ $55/HR TO R&R CARTRIDGE VALVE COIL | | | | | |
| 3 | 49311 | EA | 1- | 1- | 0 | |
| | ONE QT. HIGH PERFORMANCE FLUID | | 4.08 | 4.08- | | 4.08- |
| | 12 QUARTS PER CASE | | | | | |
| | WARRANTY CREDIT | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 52.93- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF      NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $52.93- |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-01467-MWESTERN PRODUCTS 07/15INVOICEage 26 of 60



# WESTERN PRODUCTS
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE
Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 148419-00 | | 10 | DO NOT SHIP | | PREPAID | | 00155934 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 2/16/2004 | 2/16/2004 | | W04100 | RMA 70543 | | 16 | 2/16/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT MEMO RMA 70543 49311 ONE QT. HIGH PERFORMANCE FLUID 12 QUARTS PER CASE WARRANTY CREDIT | EA | | 2- | 2- 4.08 | 0 8.16- | 8.16- |

|  | Sales Amount | 8.16- |
|---|---|---|
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
|  | Freight | .00 |
|  | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.    NET

INVOICE TOTAL    $8.16-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000090



# WESTERN PRODUCTS

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

# INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 148194-00 | 111267 | 10 | UPS | | PREPAID | 00156015 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 2/13/2004 | 2/16/2004 | W04100 | PO-1688# | | 16 | 2/16/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | 25519K | EA | 1 | 1 | 0 | |
| | HEX NIPPLE 1/4" | | 2.37 | 2.37 | | 1.42 |
| | | Disc%: | 40.00 | | | |
| 2 | 49064K | EA | 1 | 1 | 0 | |
| | LIFT VALVE W/2-#25730 O-RINGS | | 6.12 | 6.12 | | 3.67 |
| | | Disc%: | 40.00 | | | |
| 3 | 55020K | EA | 4 | 4 | 0 | |
| | PRESSURE HOSE 1/4" X 38" | | 8.32 | 33.28 | | 19.96 |
| | | Disc%: | 40.00 | | | |
| 4 | 59700 | EA | 1 | 1 | 0 | |
| | BLADE GUIDE & FLAG ASSY 24" | | 31.20 | 31.20 | | 17.47 |
| | | Disc%: | 44.00 | | | |
| 5 | 67665 | EA | 2 | 2 | 0 | |
| | PIN, RECEIVER | | 12.85 | 25.70 | | 15.42 |
| | | Disc%: | 40.00 | | | |
| 6 | 27149 | EA | 1 | 1 | 0 | |
| | TUBE, SPRING BAR | | 30.90 | 30.90 | | 18.54 |
| | | Disc%: | 40.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 76.48 |
| Misc. Charges | .00 |
| Freight | 9.38 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.        1% 10 NET 30

| INVOICE TOTAL | $85.86 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000091



## WESTERN PRODUCTS

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA     01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPO | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 148357-00 | 111267 | 10 | UPS | | PREPAID | | 00156046 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/13/2004 | 2/16/2004 | W04100 | PO-1691# | | 16 | 2/16/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 66342 | EA | | 1 | 1 | 0 | |
| | RAM ASSY 1-1/2 X 10 | | | 72.80 | 72.80 | | 43.68 |
| | | | Disc%: | 40.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 43.68 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $43.68 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000092

Case 3:04-cv-01467-WMC   Document 83-1   Filed 07/15/2005   Page 29 of 60



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 148418-00 | 111487 | 10 | UPS | | | WP-PAY WNTY | 00156257 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/16/2004 | 2/17/2004 | W04100 | RMA 70543 | | 16 | 2/17/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 70543 | | | | | |
| 1 | 64148 | EA | 1 | 1 | 0 | |
| | RAM ASSEMBLY 1-1/2 X 12 KIT | | Disc%: 40.00 | .00 | .00 | .00 |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 27.50 | 27.50- | 27.50- |
| | CR .5HRS @ $55/HR TO R&R LIFT/ANGLE CYLINDER ASSY | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

|  | |
|---|---|
| Sales Amount | 27.50- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF    1% 10 NET 30
MERCHANDISE ONLY.

| INVOICE TOTAL | $27.50- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000093

Case 3:04-cv-01467-M Document Filed 07/15 Page 30 of 60



# WESTERN PRODUCTS

## INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA                01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA                01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---------|--------|------|----------|--|---------|----------|
| 148420-00 | 111493 | 10 | UPS | | WP-PAY WNTY | 00156258 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 2/16/2004 | 2/17/2004 | W04100 | RM A70541 | | 16 | 2/17/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING:  "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 70541 | | | | | |
| 1 | 66600 | EA | 1 | 1 | 0 | |
| | CONTROL VARIABLE SPEED (PWM) | | .00 | .00 | .00 | .00 |
| | BOXED - WP | | | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 11.00 | 11.00- | 11.00- |
| | CR .2RHS @ $55/HR TO R&R CAB CONTROL | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 11.00- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF       1% 10 NET 30
MERCHANDISE ONLY.

| INVOICE TOTAL | $11.00- |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000094



## WESTERN PRODUCTS                INVOICE

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---------|--------|------|----------|--|---------|----------|
| 148426-00 | 111482 | 10 | UPS | | WP-PAY WNTY | 00156263 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 2/16/2004 | 2/17/2004 | W04100 | RMA 75570 | | 16 | 2/17/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED / PRICES | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------|------|-----|------|------|------|-----|
| | ATTN SHIPPING:  "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY RMA 75570 | | | | | |
| 1 | 49297 | EA | 1 | 1 | 0 | |
| | REPLACEMENT SEALED BEAM (2E1) | | .00 | .00 | .00 | .00 |
| | TYPE 2E1 PER SAE J1383 GLASS | | | | | |
| | Disc%:   40.00 | | | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 11.00 | 11.00- | 11.00- |
| | CR .2HRS @ $55/HR TO R&R SEALED BEAM BULB | | | | | |

Sales Amount          11.00-
Misc. Charges           .00
THANK YOU FOR YOUR PROMPT PAYMENT          Freight                .00
Sales Tax              .00

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.    1% 10 NET 30

INVOICE TOTAL          $11.00-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000095



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 148672-00 | | 10 | DO NOT SHIP | | PREPAID | 00156362 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 2/17/2004 | 2/17/2004 | | W04100 | RMA 75363 | | 16 | 2/17/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|-----|-----------------|-----|------|------|------|------|
| | CREDIT MEMO | | | | | |
| | RMA 75363 | | | | | |
| 1 | 66888 | EA | 1- | 1- | 0 | |
| | A-FRAME UT STD | | | 269.60 | 269.60- | 161.76- |
| | SERVICE KIT | | | | | |
| | | | Disc%: | 40.00 | | |
| | Part number 68888 | | has been replaced by 94641 | | | |
| | CREDIT, SHIPPING ERROR | | | | | |
| 2 | 66887 | EA | 1- | 1- | 0 | |
| | QUADRANT UT STD | | | 198.30 | 198.30- | 118.98- |
| | SERVICE KIT | | | | | |
| | | | Disc%: | 40.00 | | |
| | CREDIT, SHIPPING ERROR | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 280.74- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $280.74- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**                                    **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA       01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA       01201

| ORDER # | SHIP # | LOC | SHIP VIA | | COL/PPD | | INVOICE # |
|---------|--------|-----|----------|--|---------|--|-----------|
| 148673-00 | | 10 | DO NOT SHIP | | PREPAID | | 00156363 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 2/17/2004 | 2/17/2004 | W04100 | RMA 70542 | | 16 | 2/17/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|-----|-----|-----|-----|-----|-----|-----|
| | CREDIT MEMO | | | | | |
| | RMA 70542 | | | | | |
| 1 | 67859 | EA | 2- | 2- | 0 | |
| | RECEIVER KIT, PASSENGER SIDE | | | 83.55 | 167.10- | 100.26- |
| | Disc%: | | 40.00 | | | |
| | WARRANTY CREDIT | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|--|--|
| Sales Amount | 100.26- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF  NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $100.26- |
|---------------|----------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-01467-MAP Document 75 Filed 07/15/2008 Page 34 of 60



**WESTERN PRODUCTS INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 149101-00 | | 10 | DO NOT SHIP | | PREPAID | 00156920 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/19/2004 | 2/19/2004 | W04100 | RMA 75568 2 OF 2 | | 16 | 2/19/2004 |

| LINE SEQ # | ITEM NUMBER<br>DESCRIPTION | UOM | QTY'S: | ORDERED<br>PRICES: | SHIPPED<br>PER UNIT | BACKORDERED<br>EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | CREDIT MEMO | | | | | | |
| | RMA 75568 | | | | | | |
| 1 | 49311 | EA | | 1- | 1- | 0 | |
| | ONE QT. HIGH PERFORMANCE FLUID | | | | 4.08 | 4.08- | 4.08- |
| | 12 QUARTS PER CASE | | | | | | |
| | WARRANTY CREDIT | | | | | | |

| | | |
|---|---|---|
| | Sales Amount | 4.08- |
| | Misc. Charges | .00 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Freight | .00 |
| | Sales Tax | .00 |

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | NET | INVOICE TOTAL | $4.08- |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000098

Case 3:04-cv-11467-MAP Document 75 Filed 07/15/2005 Page 35 of 60



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/ PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 149102-00 | | 10 | DO NOT SHIP | | PREPAID | 00156921 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/19/2004 | 2/19/2004 | W04100 | RMA 75571 | | 16 | 2/19/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | CREDIT MEMO | | | | | |
| | RMA 75571 | | | | | |
| | 49311 | EA | 1- | 1- | 0 | |
| | ONE QT. HIGH PERFORMANCE FLUID | | 4.08 | | 4.08- | 4.08- |
| | 12 QUARTS PER CASE | | | | | |
| | WARRANTY CREDIT | | | | | |

Sales Amount        4.08-
Misc. Charges         .00
Freight         .00
Sales Tax         .00

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF        NET
MERCHANDISE ONLY.

INVOICE TOTAL        $4.08-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000099

Case 3:04-cv-11467-MAP   Document   Filed 07/15   Page 36 of 60



**WESTERN PRODUCTS** **INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 149103-00 | | 10 | DO NOT SHIP | | PREPAID | 00156922 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 2/19/2004 | 2/19/2004 | W04100 | RMA 75569 | | | 16 | 2/19/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | CREDIT MEMO RMA 75569 | | | | | |
| 1 | 49311 | EA | 1- | 1- | 0 | 4.08- |
| | ONE QT. HIGH PERFORMANCE FLUID | | | 4.08 | 4.08- | |
| | 12 QUARTS PER CASE | | | | | |
| | WARRANTY CREDIT | | | | | |

| | |
|---|---|
| Sales Amount | 4.08- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | NET | INVOICE TOTAL | $4.08- |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000100

Case 3:04-cv-01467-M Document Filed 07/15 Page 37 of 60



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | | INVOICE# |
|---|---|---|---|---|---|---|---|
| 149066-00 | 111910 | 10 | UPS | | WP-PAY WNTY | | 00157088 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 2/19/2004 | 2/20/2004 | W04100 | RMA 75569 | | | 16 | 2/20/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 75569 | | | | | |
| 1 | 56538K | EA | 1 | 1 | 0 | |
| | RAM ASSY 1-1/2 X 8 KIT | | | .00 | .00 | .00 |
| | Disc%: | | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 27.50 | 27.50- | 27.50- |
| | CR .5RHS @ $55/HR TO R&R ANGLE CYLINDER ASSY | | | | | |

|  | |
|---|---|
| Sales Amount | 27.50- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF 1% 10 NET 30
MERCHANDISE ONLY.

| INVOICE TOTAL | $27.50- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000101

Case 3:04-cv-01467-WMC Filed 07/18 Page 38 of 60



**WESTERN PRODUCTS**

**INVOICE**

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | INVOICE# |
|---|---|---|---|---|---|---|---|
| 149088-00 | 111907 | 10 | UPS | | | WP-PAY WNTY | 00157103 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 2/19/2004 | 2/20/2004 | | W04100 | RMA 75571 | | | 16 | 2/20/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY's ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RAM 75571 | | | | | |
| 1 | 64148 | EA | 1 | 1 | 0 | |
| | RAM ASSEMBLY 1-1/2 X 12 KIT | | .00 | | .00 | .00 |
| | Disc% | 40.00 | | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 27.50 | 27.50- | 27.50- |
| | CR .5RHS @ $55/HR TO R&R LIFT/ANGLE CYLINDER ASSY | | | | | |

|  |  |
|---|---|
| Sales Amount | 27.50- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 | INVOICE TOTAL | $27.50- |

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000102

Case 3:04-cv-11467-MAP Document 53-3 Filed 07/15/2005 Page 39 of 60



## WESTERN PRODUCTS

### INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 149093-00 | 111962 | 10 | UPS | | WP-PAY WNTY | 00157105 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/19/2004 | 2/20/2004 | W04100 | RMA 39186 | | 16 | 2/20/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 39186 | | | | | |
| 1 | 67528 | EA | 1 | 1 | 0 | |
| | LIGHT 12V PANEL MOUNT-RED | | .00 | .00 | | .00 |
| | Disc% | | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | 27.50 | 27.50- | | 27.50- |
| | CR .5HRS @ $55/HR TO R&R CONTROL | | | | | |

| | | |
|---|---|---|
| | Sales Amount | 27.50- |
| | Misc. Charges | .00 |
| | Freight | .00 |
| | Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $27.50- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000103

Case 3:04-cv-11467-MAP Document 34 Filed 07/15 Page 40 of 60



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---------|--------|------|----------|--|---------|----------|
| 148948-00 | 111872 | 10 | YELLOW | | COLLECT | 00157168 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|-----------|-----------|--------|------------------|-------|-----|------|
| 2/19/2004 | 2/20/2004 | W04100 | 1704# | | 16 | 2/20/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | * * * * * * * <br> PLEASE SHIP ASAP <br> * * * * * * * | | | | | |
| 1 | 94809-1 <br> ICEBREAKER 8' RC STS TECUMSEH <br> Disc%: | EA <br><br> 49.00 | 1 | 1 <br> 4,897.36 | 0 <br> 4,897.36 | 2,497.65 |
| 2 | 95425 <br> CHUTE ASSY 14" STS <br> CENTER BELT DRIVE <br> Disc%: | EA <br><br><br> 49.00 | 1 | 1 <br> 526.24 | 0 <br> 526.24 | 268.38 |
| 3 | 65605-2 <br> BATTERY KIT, SPREADER <br> Disc%: <br> Part number 65605-1 | EA <br><br> 49.00 <br> has been replaced by 65605-2 | 1 | 1 <br> 75.11 | 0 <br> 75.11 | 38.31 |
| 4 | 65118 <br> TOP SCREEN HD 8' RC <br> Disc%: | EA <br><br> 30.00 | 1 | 1 <br> 261.87 | 0 <br> 261.87 | 183.31 |

|  |  |
|---|---|
| Sales Amount | 2,987.65 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | | |
|---|---|---|
| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 | INVOICE TOTAL |

**$2,987.65**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000104

Case 3:04-cv-11467-MAP Document 81-6 Filed 07/15/2005 Page 41 of 60



7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | | INVOICE # |
|---------|--------|------|----------|--|--|---------|--|-----------|
| 137715-00 | 112030 | 10 | UPS | | | COLLECT | | 00157175 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 12/11/2003 | 2/23/2004 | | W04100 | PO-1576# | | | 16 | 2/23/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|--------|-----------------|------------------|----------------------|-----|
| 38 | 62370 | EA | 2 | 2 | | 0 | |
| | TOYOTA MOUNT ASSY U #2365 | | | 445.20 | 890.40 | | 498.62 |
| | TACOMA PICK-UP 4X4 95 & LATER | | | | | | |
| | Disc%: | | 44.00 | | | | |

| | | Sales Amount | 498.62 |
|--|--|--------------|--------|
| | | Misc. Charges | .00 |
| | | Freight | 40.60 |
| | | Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE 1% 10 NET 30
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

| INVOICE TOTAL | $539.22 |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000105

Case 3:04-cv-01467-MAP Document 29-4 Filed 07/15/2005 Page 42 of 60



## WESTERN PRODUCTS — INVOICE

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 149394-00 | | 10 | DO NOT SHIP | | PREPAID | | 00157373 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 2/23/2004 | 2/23/2004 | | WO4100 | COOP CREDIT | | 16 | 2/23/2004 |

| LINE SEQ # | ITEM NUMBER | UOM | QTY'S: | ORDERED | SHIPPED | BACKORDERED | |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | | | PRICES: | PER UNIT | EXTENDED | NET |
| 1 | XCP | EA | | 1- | 1- | 0 | |
| | PRIOR YEAR CO-OP ADVERTISING | | | | 520.62 | 520.62- | 520.62- |

60% CREDIT FOR ADVERTISING WESTERN PLOWS & SPREADERS IN
THE SHOPPERS GUIDE & YANKEE SHOPPER GROUP NOVEMBER 2003

CREDIT MEMO

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 520.62- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF      **NET**
MERCHANDISE ONLY.

| INVOICE TOTAL | $520.62- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000106

Case 3:04-cv-01467-N Document Filed 07/18 Page 43 of 60



**WESTERN PRODUCTS** **INVOICE**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
    B & P SUPPLY
    260 COLUMBUS AVE
    PITTSFIELD MA            01201

Ship-to:
    B & P SUPPLY
    260 COLUMBUS AVE
    PITTSFIELD MA            01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---------|--------|------|----------|---|---------|-----------|
| 149395-00 | | 10 | DO NOT SHIP | | PREPAID | 00157374 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 2/23/2004 | 2/23/2004 | W04100 | COOP CREDIT | | 16 | 2/23/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY's: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | XCP | EA | 1- | 1- | 0 | 339.36- |
| | PRIOR YEAR CO-OP ADVERTISING | | | 339.36 | 339.36- | |
| | 60% CREDIT FOR ADVERTISING WESTERN PLOWS & SPREADERS IN THE | | | | | |
| | SHOPPERS GUIDE 12-4-03 & THE YANKEE SHOPPER GROUP DEC. 03. | | | | | |
| | | | | | | |
| | CREDIT MEMO | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

|  | |
|---|---|
| Sales Amount | 339.36- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF     NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $339.36- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

Case 3:04-cv-11467-MAP Document 38-18 Filed 07/18/Page 44 of 60



# WESTERN PRODUCTS INVOICE

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 149396-00 | | 10 | DO NOT SHIP | | PREPAID | | 00157375 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 2/23/2004 | 2/23/2004 | | W04100 | COOP CREDIT | | 16 | 2/23/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | XCP | EA | 1- | 1- | 0 | | 202.80- |
| | PRIOR YEAR CO-OP ADVERTISING | | | 202.80 | 202.80- | | |
| | 60% CREDIT FOR ADVERTISING WESTERN ULTRAMOUNT PLOWS ON | | | | | | |
| | PITTSFIELD CABLE TV 104 TIMES DECEMBER 2003. | | | | | | |
| | CREDIT MEMO | | | | | | |

|  | | |
|---|---|---|
| Sales Amount | 202.80- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF          **NET**
MERCHANDISE ONLY.

| INVOICE TOTAL | $202.80- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

**WESTERN 000000108**



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|---|
| 149827-00 | | 10 | DO NOT SHIP | | | PREPAID | | 00158061 |
| ORDER DATE | SHIP DATE | | CUST# | PURCHASE ORDER # | | JOB# | SLS | DATE |
| 2/26/2004 | 2/26/2004 | | W04100 | RMA 62322 2 OF 2 | | | 16 | 2/26/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT MEMO RMA 62322 49311 ONE QT. HIGH PERFORMANCE FLUID 12 QUARTS PER CASE WARRANTY CREDIT | EA | | 2- | 2- 4.08 | 0 8.16- | 8.16- |

THANK YOU FOR YOUR PROMPT PAYMENT

Sales Amount    8.16-
Misc. Charges    .00
Freight    .00
Sales Tax    .00

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. **NET**

INVOICE TOTAL    $8.16-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000109

Case 3:04-cv-11467-M  **WESTERN PRODUCTS** Filed 07/15/**INVOICE** Page 46 of 60

Page: 000001

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/ PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 149815-00 | 112699 | 10 | UPS | | PREPAID | 00158158 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 2/26/2004 | 2/27/2004 | W04100 | 1730# | | 16 | 2/27/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | 65725 | EA | 1 | | 1 | 0 | |
| | SPINNER GUARD - TWO STAGE | | | | 77.95 | 77.95 | 46.77 |
| | | Disc%: | | 40.00 | | | |
| 2 | 67106 | EA | 1 | | 1 | 0 | |
| | ADJUSTMENT ROD ASSEMBLY | | | | 29.38 | 29.38 | 17.63 |
| | | Disc%: | | 40.00 | | | |

| | |
|---|---|
| Sales Amount | 64.40 |
| Misc. Charges | .00 |
| Freight | 9.09 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.   1% 10 NET 30

| INVOICE TOTAL | $73.49 |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000110

**WESTERN PRODUCTS** **INVOICE**

**Page: 000001**

7777 NORTH 73RD STREET
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 149825-00 | 112685 | 10 | UPS | | | WP-PAY WNTY | 00158163 |
| **ORDER DATE** | **SHIP DATE** | **CUST #** | **PURCHASE ORDER #** | | | **JOB #** | **SLS** | **DATE** |
| 2/26/2004 | 2/27/2004 | W04100 | RMA 62322 | | | | 16 | 2/27/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 62322 | | | | | |
| 1 | 66763 | EA | 1 | 1 | 0 | |
| | INLET FITTING/FILTER KIT | | Disc%: 40.00 | .00 | .00 | .00 |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 33.00 | 33.00- | 33.00- |
| | CR .6HRS @ $55/HR TO R&R PICKUP TUBE, SUCTION FILTER OR | | | | | |
| | DIFFUSER | | | | | |

|  | Sales Amount | 33.00- |
|---|---|---|
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | .00 |
| | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

**INVOICE TOTAL**

$33.00-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

**WESTERN 000000111**



**WESTERN PRODUCTS**

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|---|
| 149878-00 | | 10 | DO NOT SHIP | | | PREPAID | 00158181 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 2/27/2004 | 2/27/2004 | | W04100 | RMA 39561 | | 16 | 2/27/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT MEMO RMA 39561 49311 ONE QT. HIGH PERFORMANCE FLUID 12 QUARTS PER CASE WARRANTY CREDIT | EA | | 1- | 1- 4.08 | 0 4.08- | 4.08- |

|  | Sales Amount | 4.08- |
|---|---|---|
| | Misc. Charges | .00 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Freight | .00 |
| | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE NET
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

| INVOICE TOTAL | $4.08- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**               **INVOICE**
7777 NORTH 73RD STREET                        Page: 000001

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:                          Ship-to:
  B & P SUPPLY                      B & P SUPPLY
  260 COLUMBUS AVE                  260 COLUMBUS AVE
  PITTSFIELD MA       01201         PITTSFIELD MA        01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 149857-00 | 112771 | 10 | UPS | | WP-PAY WNTY | 00158295 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/27/2004 | 3/01/2004 | W04100 | RMA 39565 | | 16 | 3/01/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | ATTN SHIPPING:  "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | | |
| | RMA 39565 | | | | | | |
| 1 | 63411 | EA | | 1 | 1 | 0 | |
| | VEHICLE BATTERY CABLE | | | | .00 | .00 | .00 |
| | Disc%: | | | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | | |
| 2 | XLW | EA | | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | | 27.50 | 27.50- | 27.50- |
| | CR .5HRS @ $55/HR TO DO MISC LABOR | | | | | | |

|  |  |
|---|---|
| Sales Amount | 27.50- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. 1% 10 NET 30 | INVOICE TOTAL   $27.50- |

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED. ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE# |
|---|---|---|---|---|---|---|
| 149858-00 | 112770 | 10 | UPS | | WP-PAY WNTY | 00158296 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/27/2004 | 3/01/2004 | W04100 | RMA 39564 | | 16 | 3/01/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 39564 | | | | | |
| 1 | 95418 | EA | 1 | 1 | 0 | |
| | BELT | | .00 | .00 | .00 | .00 |
| | | Disc%: | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | 95489 | EA | 1 | 0 | 1 | |
| | PULLEY KIT | | .00 | .00 | .00 | .00 |
| | | Disc%: | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 3 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | 44.00 | 44.00- | | 44.00- |
| | CR.8HRS @ $55/HR TO DO MISC LABOR | | | | | |

| | | | |
|---|---|---|---|
| | Sales Amount | 44.00- | |
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 | |
| | Freight | .00 | |
| | Sales Tax | .00 | |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.

1% 10 NET 30

INVOICE TOTAL      $44.00-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**     **INVOICE**
7777 NORTH 73RD STREET                        Page: 000001

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:                     Ship-to:
  B & P SUPPLY                 B & P SUPPLY
  260 COLUMBUS AVE             260 COLUMBUS AVE
  PITTSFIELD MA       01201    PITTSFIELD MA        01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|--|-----------|-----------|
| 149860-00 | 112774 | 10 | UPS | | | WP-PAY WNTY | 00158297 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 2/27/2004 | 3/01/2004 | W04100 | RMA 39563 | | 16 | 3/01/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|------------|---------------------------|-----|--------------------------|--------------------|------------------------|-----|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY RAM 39563 | | | | | |
| 1 | 67844 | EA | 1 | 1 | 0 | |
| | STAND LOCK PIN KIT | | Disc%: 40.00 | .00 | .00 | .00 |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 5.50 | 5.50- | 5.50- |
| | CR .1HRS @ $55/HR TO DO MISC LABOR | | | | | |

|  | | Sales Amount | 5.50- |
|--|--|--------------|-------|
| THANK YOU FOR YOUR PROMPT PAYMENT | | Misc. Charges | .00 |
| | | Freight | .00 |
| | | Sales Tax | .00 |

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 | INVOICE TOTAL | $5.50- |

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**    **INVOICE**

7777 NORTH 73RD STREET

Page: 000001

P.O. BOX 245038

MILWAUKEE, WISCONSIN 53224-9538

414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

```
Sold-to:                        Ship-to:
  B & P SUPPLY                    B & P SUPPLY
  260 COLUMBUS AVE                260 COLUMBUS AVE
  PITTSFIELD MA      01201        PITTSFIELD MA       01201
```

| ORDER # | SHIP # | LOC | SHIP VIA | | | COL/PPD | INVOICE # |
|---------|--------|-----|----------|---|---|---------|-----------|
| 149862-00 | 112759 | 10 | UPS | | | WP-PAY WNTY | 00158298 |
| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 2/27/2004 | 3/01/2004 | WO4100 | RMA 39562 | | | 16 | 3/01/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY RMA 39562 | | | | | |
| 1 | 66763 | EA | 1 | 1 | 0 | |
| | INLET FITTING/FILTER KIT | | Disc%: 40.00 | .00 | .00 | .00 |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | 33.00 | 33.00- | 33.00- |
| | CR .6HRS @ $55/HR TO R&R PICKUP TUBE, SUCTION FILTER OR DIFFUSER | | | | | |

| | | |
|---|---|---|
| | Sales Amount | 33.00- |
| | Misc. Charges | .00 |
| THANK YOU FOR YOUR PROMPT PAYMENT | Freight | .00 |
| | Sales Tax | .00 |

| CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY. | 1% 10 NET 30 | INVOICE TOTAL | $33.00- |
|---|---|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000116



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

OUR REMITTANCE ADDRESS IS:

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA      01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|-----------|-----------|
| 149864-00 | 112777 | 10 | UPS | | WP-PAY WNTY | 00158299 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 2/27/2004 | 3/01/2004 | W04100 | RMA 39561 | | 16 | 3/01/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING: "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | RMA 39561 | | | | | |
| 1 | 56616 | EA | 1 | 1 | 0 | |
| | HOSE KIT, 1/4X42 W/ F-JIC ENDS | | .00 | .00 | .00 | .00 |
| | Disc%: | | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | 11.00 | 11.00- | | 11.00- |
| | CR .2HRS @ $55/HR TO R&R HOSE | | | | | |
| 3 | 67665 | EA | 2 | 2 | 0 | |
| | PIN, RECEIVER | | .00 | .00 | .00 | .00 |
| | Disc%: | | 40.00 | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 4 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | 11.00 | 11.00- | | 11.00- |
| | CR .1HRS @ $55/HR TO DO MISC LABOR | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 22.00- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $22.00- |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**          **INVOICE**
7777 NORTH 73RD STREET                        Page: 000001
P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:                          Ship-to:
B & P SUPPLY                      B & P SUPPLY
260 COLUMBUS AVE                  260 COLUMBUS AVE
PITTSFIELD MA        01201        PITTSFIELD MA        01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---|---|---|---|---|---|---|
| 149089-00 | 112858 | 10 | UPS | | WP-PAY WNTY | 00158498 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 2/19/2004 | 3/02/2004 | WD4100 | RMA 75568 | | 16 | 3/02/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: ORDERED / PRICES: | SHIPPED / PER UNIT | BACKORDERED / EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING:   "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY RMA 75568 | | | | | |
| 1 | 56614 RAM ASSY 1-1/2 X 10 | EA | 1 | 1 | 0 | |
| | Disc%: | | 40.00 | .00 | .00 | .00 |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW WARRANTY LABOR CREDIT | EA | 1- | 1- 27.50 | 0 27.50- | 27.50- |
| | CR .5HRS @ $55/HR TO R&R LIFT/ANGLE CYLINDER ASSY | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

Sales Amount      27.50-
Misc. Charges        .00
Freight              .00
Sales Tax            .00

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.
1% 10 NET 30

INVOICE TOTAL          $27.50-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**                    **INVOICE**

7777 NORTH 73RD STREET                                   Page: 000001

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538          **OUR REMITTANCE ADDRESS IS:**
414-354-2310

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:                        Ship-to:
B & P SUPPLY                    B & P SUPPLY
260 COLUMBUS AVE                260 COLUMBUS AVE
PITTSFIELD MA          01201    PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | COL/PPD | INVOICE # |
|---------|--------|------|----------|--|---------|-----------|
| 150532-00 | 113310 | 10 | UPS | | WP-PAY OTHER | 00159174 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 3/08/2004 | 3/10/2004 | W04100 | 030804 | | 16 | 3/10/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|-------------------------|-----|------------------------|------------------|----------------------|-----|
| | * * * * * * * | | | | | |
| | REPLACEMENT PART FOR RMA #70542.  CREDIT FOR PARTS RETURNED | | | | | |
| | ISSUED ON INV #00156363 | | | | | |
| | * * * * * * * | | | | | |
| 1 | 67859 | EA | 2 | 2 | 0 | |
| | RECEIVER KIT, PASSENGER SIDE | | | 83.55 | 167.10 | 100.26 |
| | | | Disc%:  40.00 | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 100.26 |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF
MERCHANDISE ONLY.                1% 10 NET 30

| INVOICE TOTAL | $100.26 |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000119



## WESTERN PRODUCTS
7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|---|
| 151028-00 | | 10 | DO NOT SHIP | | | PREPAID | | 00159538 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 3/15/2004 | 3/15/2004 | | W04100 | RMA 39191 | | | 16 | 3/15/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | CREDIT MEMO | | | | | | |
| | RMA 39191 | | | | | | |
| 1 | XLW | EA | | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | | 125.00 | 125.00- | 125.00- |
| | CR 2.3HRS @ $55/HR TO DO MISC LABOR | | | | | | |

|  | Sales Amount | 125.00- |
|---|---|---|
| THANK YOU FOR YOUR PROMPT PAYMENT | Misc. Charges | .00 |
| | Freight | .00 |
| | Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF       **NET**
MERCHANDISE ONLY.

INVOICE TOTAL          **$125.00-**

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**
Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL / PPD | INVOICE # |
|---------|--------|------|----------|--|--|-----------|-----------|
| 151029-00 | | 10 | DO NOT SHIP | | | PREPAID | 00159539 |

| ORDER DATE | SHIP DATE | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
|------------|-----------|--------|------------------|-------|-----|------|
| 3/15/2004 | 3/15/2004 | W04100 | RMA 39192 | | 16 | 3/15/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|------------|---------------------------|-----|--------|-----------------|------------------|----------------------|-----|
| | CREDIT MEMO | | | | | | |
| | RMA 39192 | | | | | | |
| 1 | XLW | EA | | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | | | 48.00 | 48.00- | 48.00- |
| | CR .9HRS @ $55/HR TO DO MISC LABOR | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 48.00- |
| Misc. Charges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF       NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $48.00- |
|---------------|---------|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA       01201

Ship-to:
  B & P SUPPLY
  260 COLUMBUS AVE
  PITTSFIELD MA       01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | | INVOICE # |
|---------|--------|------|----------|---|---|---------|---|-----------|
| 151943-00 | | 10 | DO NOT SHIP | | | PREPAID | | 00160415 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | | JOB # | SLS | DATE |
| 3/29/2004 | 3/29/2004 | | W04100 | RMA 39610 | 1089 | | 16 | 3/29/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | CREDIT MEMO | | | | | | |
| | RMA 39610 | | | | | | |
| 1 | 56616 | EA | 1- | 1- | 0 | | |
| | HOSE KIT, 1/4X42 W/ F-JIC ENDS | | Disc%: | 21.44 | 40.00 | 21.44- | 12.86- |
| | WARRANTY CREDIT | | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | | |
| | WARRANTY LABOR CREDIT | | | 11.00 | | 11.00- | 11.00- |
| | CR .2HRS @ $55/HR TO R&R HOSE | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 23.86- |
| Surcharges | .64- |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF    NET
MERCHANDISE ONLY.

| INVOICE TOTAL | $24.50- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

**INVOICE**

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC | SHIP VIA | | COL / PPD | | INVOICE # |
|---|---|---|---|---|---|---|---|
| 152026-00 | | 10 | DO NOT SHIP | | PREPAID | | 00160551 |
| ORDER DATE | SHIP DATE | | CUST # | PURCHASE ORDER # | JOB # | SLS | DATE |
| 3/30/2004 | 3/30/2004 | | W04100 | RMA 39609 | | 16 | 3/30/2004 |

| LINE SEQ # | ITEM NUMBER / DESCRIPTION | UOM | QTY'S: | ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|---|
| | CREDIT MEMO | | | | | | |
| | RMA 39609 | | | | | | |
| 1 | 49089 | EA | 1- | 1- | 0 | | 44.77- |
| | CUTTING EDGE ASSY 8' P | | | 74.62 | 74.62- | | |
| | | Disc%: | 40.00 | | | | |
| | WARRANTY CREDIT | | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | | 27.50- |
| | WARRANTY LABOR CREDIT | | | 27.50 | 27.50- | | |
| | CR .5RHS @ $55/HR TO R&R CUTTING EDGE ASSY - ALL EXCEPT HW | | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 72.27- |
| Surcharges | 2.24- |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE
APPLICABLE TO THE AMOUNT OF     NET
MERCHANDISE ONLY.

INVOICE TOTAL          $74.51-

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.

WESTERN 000000123



### WESTERN PRODUCTS

7777 NORTH 73RD STREET

P.O. BOX 245038
MILWAUKEE, WISCONSIN 53224-9538
414-354-2310

## INVOICE

Page: 000001

**OUR REMITTANCE ADDRESS IS:**

WESTERN PRODUCTS DIVISION
DOUGLAS DYNAMICS L.L.C.
1340 SOLUTIONS CENTER
CHICAGO, IL 60677-1003

Sold-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

Ship-to:
B & P SUPPLY
260 COLUMBUS AVE
PITTSFIELD MA          01201

| ORDER # | SHIP # | LOC. | SHIP VIA | | | COL/PPD | INVOICE# |
|---|---|---|---|---|---|---|---|
| 152940-00 | 114301 | 10 | UPS | | | WE-PAY WNTY | 00161308 |

| ORDER DATE | SHIP DATE | CUST# | PURCHASE ORDER # | JOB # | SLS | DATE |
|---|---|---|---|---|---|---|
| 4/19/2004 | 4/20/2004 | W04100 | RMA 39560.1 | | 16 | 4/20/2004 |

| LINE SEQ # | ITEM NUMBER DESCRIPTION | UOM | QTY'S: ORDERED PRICES: | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| | ATTN SHIPPING:   "ADD'L PARTS REQUIRED" REFERS TO LABOR ONLY | | | | | |
| | rma 39560.1 | | | | | |
| 1 | 49346 | EA | 1 | 1 | 0 | |
| | CUTTING EDGE ASSY 7.5' P 1/2" | | .00 | .00 | .00 | .00 |
| | Disc%:   44.00 | | | | | |
| | N/C, WARRANTY REPLACEMENT | | | | | |
| 2 | XLW | EA | 1- | 1- | 0 | |
| | WARRANTY LABOR CREDIT | | 27.50 | 27.50- | | 27.50- |
| | CR .5HRS @ $55/HR TO R&R CUTTING EDGE ASSY - ALL | | | | | |
| | EXCEPT HEAVYWEIGHT | | | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | |
|---|---|
| Sales Amount | 27.50- |
| Surcharges | .00 |
| Freight | .00 |
| Sales Tax | .00 |

CASH DISCOUNTS, WHEN OFFERED ARE APPLICABLE TO THE AMOUNT OF MERCHANDISE ONLY.

1% 10 NET 30

| INVOICE TOTAL | $27.50- |
|---|---|

A LATE FEE OF 18% PER YEAR WILL BE CHARGED ON ALL PAST DUE ACCOUNTS TO THE EXTENT PERMITTED BY APPLICABLE LAW.

SELLER REPRESENTS THAT ALL GOODS COVERED BY THIS INVOICE WERE PROCESSED IN
COMPLIANCE WITH THE REQUIREMENTS OF SECTION 12 (A) AND ALL APPLICABLE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
ALL SALES SUBJECT TO WESTERN PRODUCTS CREDIT POLICY, WARRANTY MANUAL, AND TERMS OF SALE PREVIOUSLY PROVIDED TO CUSTOMER.



**WESTERN PRODUCTS**
MAIL:    P.O. Box 245038, Milwaukee, WI 53224-9538
SHIP:    7777 N 73rd Street, Milwaukee, WI 53223
PHONE:  414-354-2310   FAX: 414-354-8448;  Sales 414-354-6664;  Purchasing 414-354-1888

**WESTERN PRODUCTS**
**TERMS OF SALE**

1. Definitions.

   In this Terms of Sale, the terms "you," "your," authorized outlet," and "buyer" refer to the purchaser of any products (including but not limited to whole goods, parts and accessories) from Western Products. "We," "us," "our," and "Western Products" refer to Western Products, a division of Douglas Dynamics, LLC.

2. Products.

   You may produce those products authorized by us from time to time, and we reserve the right to discontinue, withdraw or limit the sale of any and all products, and to change the design and specifications of the products.

3. Sole Terms and Conditions.

   These Terms of Sale will govern all sales of products by Western Products to you.  A PURCHASE ORDER OR OTHER OFFER OR CONFIRMATION OF PURCHASE CONTAINING ADDITIONAL OR DIFFERENT TERMS IS HEREBY EXPRESSLY REJECTED, AND YOUR ACCEPTANCE OF ANY PRODUCTS AND/OR YOUR PLACEMENT OF ANY ORDERS WITH WESTERN PRODUCTS INDICATES YOUR ASSENT TO THESE TERMS OF SALE.

4. Credit and Warranty Policies.

   All product orders are subject to our acceptance and the terms of our standard Credit Policy and Warranty Manual, copies of which have been provided to you or are available upon your request, the terms of which are incorporated herein by reference. Our Credit Policy, the Warranty Manual and these Terms of Sale may be revised by us from time to time and shall become effective upon our publication of revisions to you and you agree to be bound by such revisions.  Cancellation, modification, suspension or delay of your order will require our written approval.

5. Nonexclusivity.

   Although Western Products uses care in selecting its authorized outlets, you agree that your approval as an authorized outlet in no way constitutes the grant of a franchise or other exclusive or special right to purchase or sell Western Products' products. There is no franchise fee or other charge to you, other than the costs of goods sold to you. We reserve the right to sell to others and to decline to sell to you for any reason or no reason, in our sole discretion, at any time.

6. Warranties.

   The warranties set forth in our Warranty Manual, as revised from time to time, are exclusive and no other warranties, express or implied, including, without limitation, any implied WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE MADE AND ARE HEREBY DISCLAIMED IN CONNECTION WITH ANY PRODUCTS SOLD TO YOU BY WESTERN PRODUCTS.  THE REMEDIES SET FORTH IN OUR WARRANTY POLICY ARE EXCLUSIVE.  UNDER NO CIRCUMSTANCES SHALL WESTERN PRODUCTS BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR OTHER DAMAGES, OTHER THAN THE REMEDY OF REPAIR OR REPLACEMENT SET FORTH IN OUR WARRANTY MANUAL.

7. Shipment/Title.

   All products are shipped FOB our designated plant.  Risk of loss shall pass to you upon delivery to a common carrier or to your carrier at our plant.  We retain, and you hereby grant to us, a security interest in all products sold to you until paid in full.

 A DIVISION OF DOUGLAS DYNAMICS, L.L.C.

8. Taxes.

All taxes imposed on any and all transactions between us and you are your sole responsibility, other than taxes imposed upon the net income of Western Products.

9. Force Majeure.

We shall not be liable to you for any delay in delivery or other nonperformance caused by discontinuance or substantial interference with our business, in whole or in part, by reason of fire, flood, earthquake, tempest, labor dispute, war, act of God, embargo, civil commotion, governmental regulation, or any other cause beyond our reasonable control.

10. Logos and Trademarks; Proprietary Information.

"WESTERN®," Western Products, and the Western logo displayed in our literature are all trademarks of Western Products. You agree not to use the same, except with our express written consent. No such consent will grant you any license, and you will cease and desist in using any logos and trademarks of Western Products, upon written request from us. From time to time we may disclose confidential or proprietary information to you about us or our products and you agree to maintain such information in confidence so long as it is not publicly available.

11. Miscellaneous.

Neither these Terms of Sale nor the Warranty Manual or the Credit Policy may be modified except by a writing duly authorized by Western Products. All sales and other transactions between you and us are governed by the laws of the State of Wisconsin, without regard to conflicts of law principles. You represent and warrant us that you have all necessary licenses and permits to operate your business, including, without limitation, licenses and permits to sell our products and to install the same on motor vehicles, and further that you will comply with all applicable laws, regulations and governmental orders in the sale, installation and repair of our products. If any provision of these Terms of Sale, or the application thereof, is held to be unenforceable or invalid, the remaining provisions shall not be affected thereby. Neither these Terms of Sale nor any agreement for the sale of products between you and us can be assigned, without our express written consent. Nothing herein shall be deemed to create a relationship other than at will which may be terminated by us or you upon the giving of notice to the other.

WESTERN 000000126



**WESTERN PRODUCTS**
MAIL:    P.O. Box 245038, Milwaukee, WI 53224-9538
SHIP:    7777 N 73rd Street, Milwaukee, WI 53223
PHONE:  414-354-2310  FAX: 414-354-8448; Sales 414-354-6664; Purchasing 414-354-1888

# WESTERN PRODUCTS
## CREDIT POLICY

Below we have provided the general terms of our credit policy. We expect that our policy will change from time to time and expect to be able to give our customers ample notice when changes occur. However, we do reserve the right to change this policy without notification.

### Security Interests and Guarantees

As part of our credit policy at Western Products, we require customers to provide a guarantee by the businesses' ownership. We also require the business itself to grant a security interest, covering goods purchased from Western Products. This document must be accompanied by a form UCC-1 which your state requires for public notice. Forms for the security agreement, guarantees, and the UCC-1 will be mailed to you by our credit department for your signature.

In certain situations Western Products may also require customers to provide a letter of credit, promissory note, or another type of security to cover Western's interest in goods which we sell to you.

### Credit Limits

Generally, Western Products' credit policy does not provide for a fixed credit limit for its customers. Instead, we offer a flexible credit system which is designed to match your credit needs to the seasonal sales effects of the snowplow and truck equipment industries. Therefore, our credit system recognizes our customers' greater demands in the pre-season and fall and lesser needs during the slower parts of the season. We reserve the right to modify the amount of credit we will extend at any time, in our sole discretion.

### Sales Terms

Western may offer various credit terms for different products and promotions, including special pre-season terms. Outside of these programs, our standard credit terms are 1% 10, net 30. For customers who pay timely, these standard terms will provide an opportunity to earn an additional 1% discount by paying your invoices within ten days of your shipment. Of course if you would rather take the full thirty days to pay, this is an option as well at no cost.

### Past Due Accounts

If you are unable to make your payment within the terms of the invoice, you should notify our credit department of the delay as soon as possible. By contacting the Western Products credit department, we can often work out an agreeable payment schedule. Those invoices which do fall past due will be subject to a late fee which is currently set at 1.5% per month (.79% per month for accounts in Alaska, Arkansas and Minnesota). In addition to the late fees, accounts which fall significantly past due or are habitually late will be subject to suspension or termination of credit. These terms apply to all orders and acceptance of such orders is expressly conditioned upon these terms, not withstanding any language in any purchase order or other order document to the contrary.

Any account referred to an outside attorney for collection will be charged, and you agree to pay, all reasonable costs of collection. All of our sales are governed by, and you agree that your transactions with Western Products will be subject to the laws of the State of Wisconsin (without regard to conflict of law rules).

### Payment

In general, credit terms will be stated on each invoice unless you are notified differently. Unless otherwise stated, standard credit terms of 1% 10, net 30, shall apply. In order to eliminate confusion please include the remittance copy of each invoice with your payment. If we do not receive your invoice remittance, payments will typically be applied to the oldest invoice first. We reserve the right to apply all payments received as we may elect, in our sole discretion.

As with any sound credit policy, a good payment history and up-to-date credit information is the best source for future credit approval. Your assistance here will be beneficial to both of us.

If you have any questions concerning our credit policy, or any other credit matters, feel free to give our credit department a call.

Rev 5/96a #2 credit policy.doc



A DIVISION OF DOUGLAS DYNAMICS, L.L.C.

WESTERN 000000127



**WESTERN PRODUCTS**
MAIL:    P.O. Box 245038, Milwaukee, WI  53224-9538
SHIP:    7777 N. 73rd Street, Milwaukee, WI  53223
PHONE:  414-354-2310   FAX 414-354-8448; Sales 414-354-6664; Purchasing 414-354-1888

Peter Dus                                                                    April 13, 2004
B&P Supply
260 Columbus Ave.
Pittsfield, MA 01201

Dear Peter:

Based on discussions we have had, I understand that you are disappointed with the availability of our products this year.   Last year was a very strong year for sales, and we were not able to keep up with the market demand at all times.  We are making efforts to improve the availability of product in the future.

We have asked you on several occasions to provide us with specific details of items you feel you should receive a credit for.  To date, we have not received any specific response from you.

I have talked with Bob Hannum and am aware of your request for compensation for lost plow sales.  It would be unprecedented for us, or we think any other manufacturer, to reimburse a distributor for lost profit due to lack of product availability.  We do not control the weather and can't possibly guarantee that distributors will receive as much product as they would like under all conditions.  I would guess that most businesses involved in selling any type of snow removal equipment along the East Coast this year benefited from the strong sales caused by the weather, but at the same time may not have had as much product to sell as they would have liked.

Peter, you have been an excellent paying customer in the past.  As a gesture of goodwill, we are willing to allow you to take the 1% cash discount on your past due invoices and will waive the $1,800 a month in late fees that are accruing if you pay your balance within ten days of receipt of this letter.  I hope this proposal is acceptable to you.  Please call me as soon as possible to discuss payment arrangements.

It would be to our mutual advantage to put this behind us and focus on the upcoming season.  I would prefer not to get our attorney involved in this process, but we will have no other choice if we can't resolve this quickly.

Sincerely,

Robert J. Young
Controller
Western Products
866-334-3850 Ext 3942
byoung@westernplows.com