UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  | CIVIL ACTION |
|---|---|---|
|  |  | DOCKET NO: |
|  |  | 04-CV-11467 MAP |
| DOUGLAS DYNAMICS, LLC, d/b/a/ WESTERN PRODUCTS, | ] | |
|  | ] | DEFENDANT'S |
| Plaintiff, | ] | OPPOSITION TO |
|  | ] | PLAINTIFF'S MOTION |
| v. | ] | FOR SUMMARY |
|  | ] | JUDGMENT |
| B & P SUPPLY, INC., | ] | |
| Defendant | ] | |

    NOW comes B & P Supply, Inc. (B & P) in the above entitled matter and submits the following in OPPOSITION to the Motion For Summary Judgment by the Plaintiff Douglas Dynamics LLC, d/b/a Western Products, (Western). Further B & P opposes the granting of summary judgment in favor of Western on B & P's Counterclaim. In support thereof, B & P supplies a Memorandum Of Law and Affidavit of Peter Dus in support of its opposition to Plaintiff's motion.

Respectfully submitted,
B & P Supply, Inc.
By its Attorney:

Dated: August 4, 2005

Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
B.B.O. # 241040

## CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr. hereby certify that I have, this 4th day of August, 2005 served the within Defendant's Opposition To Plaintiff's Motion For Summary Judgment, by mailing same to the Attorney For the Plaintiff, Christopher R. Drury, Esq., Pierce Atwood LLP, One Monument Square, Portland, ME 04101, by first class mail, postage prepaid.

Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
BBO#: 241040