UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DOUGLAS DYNAMICS**

**CIVIL / CRIMINAL**

**CASE NO. 04-11467**

**V.**

**B&P SUPPLY INC**

    Defendant

## NOTICE

**PONSOR         D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON THE MOTION FOR SUMMARY JUDGMENT ON OCTOBER 14, 2005 AT 2:30 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

August 12, 2005                     By:    /s/Elizabeth A. French

Date                                              Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**