UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a/ Western Products,<br><br>                Plaintiff,<br><br>v.<br><br>B&P SUPPLY, INC.,<br><br>                Defendant | CIVIL ACTION<br>Docket No: 3:04-cv-11467-MAP |

**MOTION TO ADMIT ATTORNEY JEFFREY M. WHITE**
***PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3**

(1)   Plaintiff seeks to have Attorney Jeffrey M. White appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2)   I, Christopher R. Drury, am a member of the bar of this Court and have entered an appearance for Plaintiff in this case. I am an associate in the law firm of Pierce Atwood LLP.

(3)   I am actively associated with Attorney Jeffrey J. White, who is a partner at Pierce Atwood LLP, One Monument Square, Portland, ME 04101; (207) 791-1100; jwhite@pierceatwood.com.

(4)   Accompanying this Motion is a Certificate by Jeffrey M. White certifying that he meets the requirements specified in Local Rule 83.5.3.

(5)   No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Jeffrey M. White be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

| | |
|---|---|
| DATED:  September 16, 2005 | /s/ Christopher R. Drury<br>Christopher R. Drury, Bar Reg. # 181400<br><br>PIERCE ATWOOD LLP<br>One Monument Square<br>Portland, ME  04101<br>(207) 791-1100<br><br>*Attorneys for Plaintiff Douglas*<br>*Dynamics, LLC d/b/a/ Western Products* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2005, I electronically filed the above motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

> Jack E. Houghton, Jr.
> 78 Bartlett Avenue
> Pittsfield, MA 01201
> (413) 447-7385
> jhoughtonjr@aol.com

> /s/ Christopher R. Drury
> Christopher R. Drury
> jwhite@pierceatwood.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a/ Western Products,<br><br>                 Plaintiff,<br><br>v.<br><br>B&P SUPPLY, INC.,<br><br>                 Defendant | CIVIL ACTION<br>Docket No: 3:04-cv-11467-MAP |

**CERTIFICATE OF JEFFREY M. WHITE
FOR ADMISSION *PRO HAC VICE* IN THE
<u>U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS</u>**

Pursuant to Local Rule 83.5.3, Christopher R. Drury (Bar Reg. No. 181400) who has entered an appearance in this case, has moved this Court to grant leave for Jeffrey M. White to practice before this Court in this particular case.

Furthermore, I, Jeffrey M. White, do hereby certify the following:

(1)    I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2)    My office address and telephone number are: Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (207-791-1100).

(3)    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4)    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *Douglas Dynamics, LLC d/b/a Western Products v. B&P Supply*.

Sworn to this date under penalties of perjury.

| | |
|---|---|
| Dated: September 16, 2005 | /s/ Jeffrey M. White_____ <br> Jeffrey M. White <br> jwhite@pierceatwood.com <br> PIERCE ATWOOD LLP <br> One Monument Square <br> Portland, ME 04101 <br> Telephone: (207) 791-1100 <br> Facsimile: (207) 791-1135 <br><br> *Attorneys for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2005, I electronically filed the above certificate with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

                              Jack E. Houghton, Jr.
                              78 Bartlett Avenue
                              Pittsfield, MA 01201
                              (413) 447-7385
                              jhoughtonjr@aol.com


                              /s/ Jeffrey M. White
                              Jeffrey M. White
                              jwhite@pierceatwood.com