UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a/ Western Products,<br><br>  Plaintiff,<br><br>v.<br><br>B&P SUPPLY, INC.,<br><br>  Defendant | CIVIL ACTION<br>Docket No: 3:04-cv-11467-MAP |

**MOTION FOR LEAVE TO ALLOW CHRISTOPHER R. DRURY TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR PLAINTIFF <u>WITH INCORPORATED MEMORANDUM OF LAW</u>**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rules 7.1 and 83.5.2, I, Christopher R. Drury, hereby request leave of the Court to withdraw my appearance as counsel for Douglas Dynamics, LLC, d/b/a/ Western Products, in the above-captioned action. In support thereof, I state as follows:

1. I previously entered an appearance as counsel for Douglas Dynamics, LLC, d/b/a Western Products in this action.

2. I no longer practice with the law firm of Pierce Atwood LLC, and wish to withdraw my appearance as counsel for Western Products in the above-captioned case.

3. Western Products consents to my withdrawal of appearance as counsel, and continues to be duly represented in this action by Jeffrey M. White, Esq. of Pierce Atwood.

WHEREFORE, I respectfully request leave of this Honorable Court to withdraw as counsel for Plaintiff Douglas Dynamics, LLC, d/b/a/ Western Products in the above-captioned action.

{W0394032.1}

| | |
|---|---|
| DATED: September 16, 2005 | /s/ Christopher R. Drury<br>Christopher R. Drury<br><br>PIERCE ATWOOD<br>One Monument Square<br>Portland, ME  04101<br>(207) 791-1100<br>cdrury@pierceatwood.com<br><br>*Former Attorney for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products.* |

{W0394032.1}

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 27, 2005, I electronically filed the **MOTION FOR LEAVE TO ALLOW CHRISTOPHER R. DRURY TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR DEFENDANT WITH INCORPORATED MEMORANDUM OF LAW** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

                                        Jack E. Houghton, Jr.
                                        78 Bartlett Avenue
                                        Pittsfield, MA 01201
                                        (413) 447-7385
                                        jhoughtonjr@aol.com

DATED: September 27, 2005

                                        /s/ Christopher R. Drury
                                        Christopher R. Drury

                                        PIERCE ATWOOD
                                        One Monument Square
                                        Portland, ME  04101
                                        (207) 791-1100
                                        cdrury@pierceatwood.com

                                        *Former Attorney for Plaintiff Douglas Dynamics, LLC d/b/a/ Western Products*