UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS DYNAMICS, LLC,
d/b/a Western Products
                Plaintiff(s)

        v.                        CIVIL ACTION: 04-11467-MAP

B&P SUPPLY, INC.
            Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for the Plaintiff in the amount of $118,727.12 pursuant to the Memorandum and Order of the Court entered this date granting the Plaintiff's motion for Summary Judgment and motion to Strike .

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: October 18, 2005          By  /s/ Mary Finn
                                        Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                        [jgm.]