UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NO:
04-CV-11467-MAP

DOUGLAS DYNAMICS, LLC, d/b/a/ WESTERN PRODUCTS,

    Plaintiff,

v.

B & P SUPPLY, INC.,

    Defendant

DEFENDANT'S MOTION TO VACATE ORDER FOR SUMMARY JUDGMENT AND TO STRIKE THE AFFIDAVIT OF PETER DUS

NOW comes Jack E. Houghton, Jr., counsel for the Defendant B & P Supply, Inc. in the above entitled matter, and moves this Honorable Court to VACATE the Order for Summary Judgment and To Strike the Affidavit of Peter Dus entered against the Defendant this past Monday, October 17, 2005. For reasons, through mistake and inadvertence, counsel for the Defendant had not correctly diaried the date and time for the hearing on the Plaintiff's Motion for Summary Judgment and to Strike the Affidavit of Peter Dus. Counsel submits an Affidavit in Support of this Motion.

WHEREFORE, counsel for the Defendant respectfully requests this Honorable Court to VACATE the Order for Summary Judgment and To Strike the Affidavit of Peter Dus entered against the Defendant on October 17, 2005.

Dated: October 18, 2005

B & P Supply, Inc., Defendant
By Its Attorney:

_____
Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
B.B.O.# 241040

## CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr. hereby certify that on this 18th day of October, 2005, I sent a copy of the above Defendant's Motion To Vacate Order For Summary Judgment and to Strike The Affidavit of Peter Dus by mailing same to Christopher R. Drury, Esq., Pierce Atwood LLP, One Monument Square, Portland, ME 04101, by first class mail, postage prepaid.

_____
Jack E. Houghton, Jr.