UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Dynamics, LLC, d/b/a Western Products,<br><br>            Plaintiff,<br><br>     v.<br><br>B&P SUPPLY, INC.,<br><br>            Defendant | CIVIL ACTION<br>Docket No: 3:04-cv-11467-MAP |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Gavin G. McCarthy as counsel for Douglas Dynamics, LLC, d/b/a Western Products in the above entitled action.


Dated:  November 2, 2005                    /s/ Gavin G. McCarthy
                                            Gavin G. McCarthy
                                            gmccarthy@pierceatwood.com

                                            PIERCE ATWOOD
                                            One Monument Square
                                            Portland, ME  04101
                                            207-791-1100

                                            *Attorney for Plaintiff Douglas Dynamics, LLC*
                                            *d/b/a/ Western Products*

{W0412939.1}

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2005, I electronically filed the above **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Jack E. Houghton, Jr.
> 78 Bartlett Avenue
> Pittsfield, MA 01201
> (413) 447-7385
> jhoughtonjr@aol.com

> /s/ Gavin G. McCarthy
> Gavin G. McCarthy
> gmccarthy@pierceatwood.com

{W0412939.1}