# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DOUGLAS DYNAMICS, LLC,
d/b/a Western Products,

    Plaintiff(s)

        v.                       CIVIL ACTION NO. 3:04 -11467-MAP

B&P SUPPLY, INC.,

    Defendant(s)

## AMENDED JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**AMENDED JUDGMENT** entered for the plaintiff Douglas Dynamics, LLC, d/b/a Western Products, against the defendant B&P Supply, Inc., pursuant to the court's memorandum and order entered this date, granting amended judgement for plaintiff in the total amount of $139,247.93.

                                                **SARAH A. THORNTON**,
                                                CLERK OF COURT

Dated: February 6, 2006            By  /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                               [jgm.]