UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS

**FIRST EXECUTION**

CIVIL ACTION NO.
04-11467-MAP

COPY

To the Sheriffs of the counties of the Commonwealth of Massachusetts and/or their deputies.

WHEREAS, <u>DOUGLAS DYNAMICS, LLC</u> has recovered judgment against <u>Defendant B&P SUPPLY, INC.</u> on the 6th day of <u>FEBRUARY 2006</u>, for the sum of <u>ONE HUNDRED THIRTY-NINE THOUSAND TWO HUNDRED AND FORTY-SEVEN DOLLARS AND 93/100 ($139,247.93)</u> debt or damage, inclusive of pre-judgment interest and fees, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of <u>$139,247.93</u>, in the whole, with interest thereof at the rate of <u>4.60% per</u> annum from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at <u>Springfield</u>, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 23rd day of October, <u>2006.</u>

SARAH A. THORTON
CLERK OF COURT

SEAL

By: _____
Deputy Clerk

(Execution – 1st. – 2/2000)                                                              (writexec.)