UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS DYNAMICS, INC., )
        Plaintiff )
)
vs. )    CASE NO. 04-11467-MAP
)
B&P SUPPLY, INC., )    RESPONSE OF TRUSTEE,
        Defendant )    BERKSHIRE BANK
)
vs. )
)
BERKSHIRE BANK, )
        Trustee )

    Berkshire Bank, Trustee, answers that at the time the Trustee Writ was served on it, it did not have any goods, effects or credits belonging to Defendant, B&P Supply, Inc.

    Signed under the penalties of perjury this 17th day of November, 2006.

        BERKSHIRE BANK

        By: _____
        Gerald A. Denmark, Its Attorney
        24 North Street
        P.O. Box 1308
        Pittsfield, Massachusetts 01202
        (413) 236-3120
        BBO # 120460

CERTIFICATE OF SERVICE

    I, Gerald A. Denmark, do hereby certify that I have served a copy of the foregoing Trustee's Response by first class mail upon Jeffrey E. Poindexter, Esq., at the Law Offices of Bulkley Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA 01115-5507, and to B&P Supply, Inc., 260 Columbus Avenue, Pittsfield, MA 01201, this 17th day of November, 2006.

        _____
        GERALD A. DENMARK