UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS DYNAMICS, LLC,            )
       Plaintiff/Judgment Creditor   )   Civil Action No. 04-11467-MAP
                                     )
v.                                )
                                     )
B&P SUPPLY, INC.,                 )
       Defendant/Judgment Debtor    )

### NOTICE OF APPEARANCE

    Please enter my appearance as attorney for the plaintiff/judgment creditor, Douglas Dynamics, LLC, in the captioned matter.

                                      The Plaintiff/Judgment Creditor
                                      DOUGLAS DYNAMICS, INC.
                                      By Its Attorneys:


                                      /s/ Jennifer K. Cannon
                                      Jennifer K. Cannon, BBO No. 664431
                                      Bulkley, Richardson and Gelinas, LLP
                                      1500 Main Street, Suite 2700
                                      Springfield, MA 01115-5507
                                      Tel.: (413) 781-2820
                                      Fax: (413) 272-6805
                                      jcannon@bulkley.com

Dated: March 27, 2007

                              Certificate of Service

    I hereby certify that a true copy of the above document was served upon the attorney of record through the Court's CM/ECF system on March 27, 2007.


                                        /s/ Jennifer K. Cannon
                                        Jennifer K. Cannon